AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Richard Philippe<br>*Defendant(s)* | )<br>)<br>) Case No. 19-mj-7256<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 5, 2019__ in the county of __Bristol__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:

Please see attached affidavit by ATF Special Agent Jacob Berrick

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF Special Agent Jacob Berrick
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 25, 2019

_____
*Judge's signature*

City and state: Boston, Massachusetts   Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*