IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIM. NO. 19-mj-07256

v.

RICHARD PHILIPPE

**DEFENDANT'S MOTION FOR DETENTION HEARING**

Defendant Richard Philippe, pursuant to 18 U.S.C. §3142 and F.R.Crim.P. 46, hereby moves that the Court schedule a detention hearing for the purpose of determining whether the defendant may be released on conditions that will reasonable assure his appearance and avoid endangering the safety of any person. The defendant seeks a hearing on September 10, 2019 at 2:45 p.m., a time convenient to both parties.

      Richard Philippe
/s/ *Keith Halpern*
Keith Halpern
BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
(617) 722-9952

CERTIFICATE OF SERVICE
I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 4, 2019.

/s/ *Keith Halpern*