AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

For the  DISTRICT OF  Massachusetts

United States of America

V.

Richard Philippe

**EXHIBIT AND WITNESS LIST**

Case Number:  1:19-cr-10328-FDS-1

| PRESIDING JUDGE<br>Jennifer C. Boal | PLAINTIFF'S ATTORNEY<br>bely | DEFENDANT'S ATTORNEY<br>Halpern |
|---|---|---|
| TRIAL DATE (S)<br>9/10/2019 - 9/10/2019 | COURT REPORTER<br>Digital Recorder | COURTROOM DEPUTY<br>Steve York |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 9/10/2019 | Y | Y | A series of photograph containing items sold by Richard and Myrlande Philippe |
|  |  | 9/10/2019 |  |  | Testimony by Myrlande Philippe |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages