UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Docket No. 1:19-cr-10328-FDS |
| RICHARD PHILIPPE | ) |
| | ) |
| Defendant. | ) |
| | ) |

**RESPONSE TO ORDER REGARDING 18 U.S.C. § 3142**

The Court has ordered that the United States specify the grounds under which it is moving for detention. The United States respectfully responds that it relies on the following two grounds for detention:

1. Dangerousness. *See* 18 U.S.C. § 3142(f)(1)(E). This subsection applies in cases involving a firearm or other dangerous weapon. Here, Defendant is charged with possessing ammunition, which is a dangerous weapon.[1] In addition, while Defendant is not charged with possessing a firearm, his alleged offense involved the possession of firearms in that he is alleged to have sold firearms and ammunition out of his Taunton warehouse and in that the search of that warehouse uncovered both 144 rounds of ammunition and firearm boxes with serial numbers corresponding to firearms purchased by Defendant's source of supply. *See* Complaint Affidavit (Docket 1, ¶¶ 7, 9.[2]

---

[1] *See, e.g.,* 18 U.S.C. § 921(a)(4)(B), which expressly excludes "shotgun shell" from a category of weapons, and which thus implies that other types of shells, cartridge cases, and bullets that can be expelled from a firearm constitute "weapons." *See, also* 18 U.S.C. § 930 (defining "dangerous weapon," for the purpose of that statute, to include any material that is used for or is readily capable of causing death or serious bodily injury.

[2] Moreover, Defendant acknowledged possessing ammunition in his warehouse that he acquired during trips that he made to Georgia for the purpose of obtaining firearms. *Id.* ¶ 11.

2. Risk of Flight. *See* 18 U.S.C. § 3142(f)(2)(A).

The United States submits that the factors set forth in the report issued by Pretrial Services and discussed during the hearing on September 10, 2019 justifies detention on each of the foregoing grounds.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By: */s/ William F. Abely*
WILLIAM F. ABELY
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
William.abely@usdoj.gov

Date: September 12, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ William F. Abely*
WILLIAM F. ABELY
Assistant U.S. Attorney

Date: September 12, 2019