UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Docket No. 1:19-cr-10328-FDS |
| RICHARD PHILIPPE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNITED STATES' EXHIBIT LIST

| 1 | Ammunition seized during search of Taunton warehouse |
|---|---|
| 2 | Traffic ticket seized during search of Taunton warehouse |
| 3 | Gun boxes seized during search of Taunton warehouse |
| 4 | Photographs taken during search of Taunton warehouse |
| 5 | Video taken during search of Taunton warehouse |
| 6 | Transcript of sentencing, *Rhode Island v. Philippe*, WC-2003-0445A |
| 7 | Judgment of conviction, *Rhode Island v. Philippe*, WC-2003-0445A |
| 8 | Request to enter a plea, *Rhode Island v. Philippe*, WC-2003-0445A |
| 9 | Assorted court documents, *Rhode Island v. Philippe*, WC-2003-0445A |
| 10 | Arrest report, booking information, and fingerprints: Rhode Island State Police (September 5, 2003) |
| 11 | Booking information and fingerprints: ATF (July 5, 2019) |

| | | |
|---|---|---|
| 12 | Phone seized during search of Taunton warehouse | |
| 13 | Select records derived from extraction of phone seized during search of Taunton warehouse: | |
| | 13-A | Select entries from phone contacts |
| | 13-B | Call log – calls to Tay |
| | 13-C | Chat between Defendant and Austin Lumpkin |
| | 13-D | Screenshots of directions to Dahlonega Gold and Pawn |
| | 13-E | Photographs of Defendant's driver's license |
| | 13-F | Photographs of guns |
| | 13-G | Photographs of guns with location data |
| 14 | Defendant's RMV information | |
| 15 | Photographs of guns and ammunition purchased from cooperating witness | |
| 16 | Photographs of cash seized from cooperating witness | |
| 17 | Select Dahlonga Gold & Pawn receipts | |
| 18 | Records produced by PayPal | |
| 19 | Plea and cooperation agreements for cooperating witness | |

The government reserves the right to supplement this list with additional exhibits based on developments that occur amidst trial preparations, in response to defense filings or exhibits, and/or based on rulings or statements of the Court .

>Respectfully submitted,
>
>ANDREW E. LELLING
>United States Attorney
>
>By: /s/ *William F. Abely*
>    WILLIAM F. ABELY
>    FRED M. WYSHAK III
>    Assistant U.S. Attorneys

Date: September 18, 2020

## CERTIFICATE OF SERVICE

    I hereby certify that this document will be filed via ECF and thereby served on all counsel of record.

>/s/ *William F. Abely*
>William F. Abely
>Assistant U.S. Attorney

Date: September 18, 2020