# REQUEST TO ENTER PLEA OF NOLO CONTENDERE OR GUILTY
## SUPERIOR COURT

| 1. STATE OF RHODE ISLAND VS. Richard Philippe | 2. CASE NO. W2/3 - 445A |
|---|---|
| 3. CHARGES<br>Count I § 11-47-8(a) carry a gun w/o a license<br>Count II Did alter and remove serial ID Number § 11-47-24 | 4. PENALTY<br>10 yrs ACI<br>3 yrs |

I, the above named defendant, do hereby request Court permission to withdraw my present plea of **Not Guilty** and to enter a plea of **Nolo Contendere or Guilty**. I understand the plea of **Nolo Contendere** is for all purposes the same as a plea of **Guilty** and that I will be admitting sufficient facts to substantiate the charge(s) which has (have) been brought against me in the case to which this plea relates. I understand by changing my plea I will be giving up and waiving each and all of my rights as follows:

P.R 1. My right to a trial by jury or by a Judge, sitting without a jury, and my right to appeal to the Supreme Court from any verdict or finding of guilt.
P.R 2. My right to have the State prove each and every element of the charge(s) against me by evidence and proof beyond a reasonable doubt.
P.R 3. My right to the presumption of innocence. P.R
P.R 4. My privilege against self-incrimination. P.R
P.R 5. My right to confront and cross-examine the State's witnesses against me.
P.R 6. My right to present evidence and witnesses on my own behalf and to testify in my own defense if I choose to do so.
P.R 7. My right to appeal to the Rhode Island Supreme Court from the sentence imposed by the Court after the entry of my plea of **Nolo Contendere or Guilty**.
P.R 8. My right to have the Court obtain and consider a pre-sentence report before the imposition of sentence by the Court.

No promises have been made to me by my Attorney, the State's Attorney, or the Court, other than the fact the Court has agreed to impose the following sentence in addition to whatever money costs are imposed by law,

**5. SENTENCE**
Count I Nolo Cap plea to 10 yr ACI 1 yr to serve 9 yr SS 9 yr prob. credit for Time served. Sentence to be imposed after Court receives presentence report. Count IV dismissed LEA Count II Not [crossed out] dismissed LEA costs on Count I. Confiscate weapon and ammunition to the State.
Count III Nolo 1 Apr probation Suspended 1 yr probation
Count V Nolo 25¢ + costs no further loss of license.

I understand if the Court imposes the sentence referred to above, I will not be permitted to withdraw my plea of **Nolo Contendere or Guilty** except by permission of the Court.
I UNDERSTAND THAT IF I AM A RESIDENT ALIEN, A SENTENCE IMPOSED AS A RESULT OF MY PLEA MAY RESULT IN DEPORTATION, EXCLUSION OF ADMISSION TO THE UNITED STATES, AND/OR DENIAL OF NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES, AND THAT THIS COURT WILL HAVE NO CONTROL OVER THOSE PROCEEDINGS.
I have discussed the entire contents of this form with my Attorney, who has explained it to me. I have no questions as to what it states or what it means, and I understand it completely. I swear to the truth of the above.

6. WITNESS (Attorney for the Defendant)
Signature: [signature]
Print Name: Seth Adam Reshmuth
Date: 3-15-04
Registration No. 1735

7. DEFENDANT
Signature: Philippe Richard
Print Name: Richard Philippe
Date: 3-15-04

8. DATE/TIME STAMP
STATE OF RHODE ISLAND SUPREME COURT JUDICIAL RECORDS CENTER
I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center
Signature: [signature] Date: 2.2.19

J-1 (REV. 01/04)          (CERTIFICATE OF JUDGE ON REVERSE SIDE)

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
# SUPERIOR COURT

## CERTIFICATE OF JUDGE

| 1. STATE OF RHODE ISLAND VS.  Richard Ph. McIntyre | 2. CASE NO.  W2/3 445A |
|---|---|

This certifies that the defendant has come before me, in the presence of counsel, and presented the attached request, affidavit and attorney's certification. Thereupon, I addressed the defendant personally in open court, and established by responses to my questions that the defendant has been fully informed of the contents of the affidavit, all of the rights enumerated therein, and the nature and consequences of this plea as set forth therein. The defendant has also been made aware of the range of punishment which might be imposed, as well as any assurances made to the defendant by counsel, the prosecuting attorney or the court regarding a sentence. The Court finds the defendant has the capacity to understand all of the above.

I have also been satisfied by the prosecutor's statement of the facts, the defendant's answers, and the content of the affidavit that there is a factual basis for the plea. I find this plea is made voluntarily, intelligently, and with knowledge and understanding of all matters set forth in the attached request and affidavit.

| 3. JUSTICE  Signature [signed] J. | Date 3-15-04 |
|---|---|

J-1(REV. 01/04)   (REQUEST TO ENTER PLEA OF NOLO CONTENDER OR GUILTY ON REVERSE SIDE)