## State of Rhode Island and Providence Plantations

Providence Superior Court

State of Rhode Island vs  Richard Philippe

Case No:  W2-2003-0445A

### JUDGMENT OF CONVICTION AND COMMITMENT

On the date(s) below came the attorney for the State and the defendant, who appeared in person and by counsel, before the justice of the Superior Court named below.

Prosecutor: Roger R. Demers
Defense Attorney(s): Seth A Perlmutter

**IT IS ADJUDGED** that the defendant, having entered a plea or having been found guilty as charged of the offense(s):

Count 1: Carry Pistol W/O License, Plea Of Nolo Contendere, Sentenced By Judge Gale, 30-Jul-2004

    Full Sentence 10 Years

    Term To Serve 144 Days   credit for time served

    Suspended 3506 Days

    Probation 3506 Days   deft to forfeit weapon, Probation
                           to be transferred to New York

    Assessments Including Fine   $1006.50

**STATE OF RHODE ISLAND SUPREME COURT JUDICIAL RECORDS CENTER**
I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center

Signature   7.9.19   Date

Count 3: Possession  Marijuana/1st Off, Plea Of Nolo Contendere, Sentenced By Judge Gale, 30-Jul-2004

    Suspended 1 Years

    Probation 1 Years   concurrent

    Community Service 500 Hours

Count 5: Driving With Suspended License, Plea Of Nolo Contendere, Sentenced By Judge Gale, 30-Jul-2004

    Fine   $250.00

    No Loss Of License

and the Court, having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

    **IT IS ADJUDGED** that the defendant is guilty as charged and convicted.

    **IT IS ADJUDGED** that the defendant is hereby committed to the custody of the warden of the Adult Correctional Institutions for the period stated above.

**IF CONVICTED AFTER TRIAL,** the defendant has been advised of his/her right to appeal within twenty (20) days to the Supreme Court and of his/her right, if unable to pay the cost of an appeal, to apply for leave to be represented on appeal by the public defender or to appeal in forma pauperis.

**IT IS ORDERED** that the Clerk deliver a certified copy of this judgment to the proper authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY ATTEST

Clerk *Deputy*    Justice, Superior Court    Date