UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Docket No. 1:19-cr-10328-FDS |
| RICHARD PHILIPPE | ) |
| | ) |
| Defendant. | ) |
| | ) |

## UNITED STATES' MOTION IN LIMINE #3 – POTENTIAL ADMISSION OF EVIDENCE OF RECOVERY OF FIREARMS

The United States of America respectfully moves this Court to admit evidence of the recovery of various firearms that appear to have been purchased and sold by Defendant Richard Philippe if the Defendant makes any assertions or arguments concerning the supposed harmlessness or legitimacy of Defendant's possession and sale of firearms and ammunition.

Defendant has admitted to purchasing numerous guns in Georgia from Austin Lumpkin, to transporting these guns to Massachusetts, and to selling these guns along with ammunition to certain customers. Defendant engaged in these transactions from April to June, 2019. The focus of the proof at trial will be on the Defendant's knowing possession of ammunition and his knowledge of his prior felony conviction, and the United States does not intend – in the first instance – to introduce evidence concerning what happened with various guns and ammunition that Defendant bought, transported, and sold.[1]

---

[1] With one exception: the United States intends to introduce the testimony of one witness who purchased firearms and ammunition directly from Defendant, and regarding what happened with these firearms and ammunition.

Defendant asserted to agents that his possession and sale of guns and ammunition was legitimate. Should the defense seek to suggest or demonstrate – whether through its own witnesses, via cross-examination, or during opening statement or closing argument – that Defendant's conduct was harmless or innocuous, the United States will seek to introduce evidence to rebut any such assertion or suggestion. Specifically, the United States would introduce evidence that numerous firearms or ammunition that appear tied to Defendant and/or his Georgia-based source of supply have been involved in various crimes and/or recovered by Massachusetts law enforcement.[2] Among such evidence is the following:

- On July 3, 2020, federal and local law enforcement responded to an active shooter event at the South Shore Mall in Braintree. During an altercation involving numerous individuals, a 15-year-old girl was shot. Police recovered a Taurus .9mm pistol outside the mall, and video showed this pistol to have been tossed aside by a suspect fleeing the shooting. Records show that Austin Lumpkin acquired this firearm in Georgia on April 16, 2019. Location data extracted from the Defendant's phone show that the phone was in Georgia on April 24, 2019.

- On or about April 24, 2020, Massachusetts State Police recovered a .9mm pistol from a vehicle that had been involved in a high-speed pursuit and later sent for repairs. Records show that Austin Lumpkin acquired this firearm in Georgia on April 27, 2019.

- On January 22, 2020, federal and local law enforcement recovered a pistol, two pistol boxes, and suspected drugs and digital scales while executing a search warrant in Stoughton. The pistol boxes bore the serial numbers of pistols that appear to have been sold along with the boxes. Records show that Austin Lumpkin acquired both of these firearms in Georgia – one on May 21, 2019 and one on June 21, 2019. Location data extracted from the Defendant's phone show that the phone was in Georgia on May 23, 2019. As noted below, Defendant is known to have possessed at least one other gun that was purchased by Lumpkin on June 21, 2019.

- On October 22, 2019, Brockton police recovered an unloaded .22 caliber pistol from a hotel room. Records show that Austin Lumpkin acquired these firearms in

---

[2] Given the conditional nature of this evidence, the United States has not included such evidence on its Exhibit List, but reserves the right to amend the Exhibit List in the future to include such documents.

Georgia on June 21, 2019. A photograph found on Defendant's phone shows the Defendant holding this very firearm, with the serial number visible.

- On September 22, 2019, Boston Police arrested two men after finding two loaded Taurus .9mm pistols. Records show that Austin Lumpkin acquired these firearms in Georgia on April 4, 2019.

- On July 3, 2019, Boston Police arrested a known gang member who was found in possession of a loaded .9mm pistol. Records show that Austin Lumpkin acquired this firearm in Georgia on May 24, 2019.

The United States respectfully submits this motion to facilitate the Court's determination of these issues should the need arise, but acknowledges that the Court may not need to render a decision on the motion depending on what does or does not transpire at trial.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By: /s/   *William F. Abely*
    WILLIAM F. ABELY
    FRED M. WYSHAK III
    Assistant U.S. Attorneys

Date: September 18, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document will be filed via ECF and thereby served on all counsel of record.

/s/   *William F. Abely*
William F. Abely
Assistant U.S. Attorney

Date:  September 18, 2020

## RULE 7.1 CERTIFICATION

I certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue.

/s/      *William F. Abely*
William F. Abely
Assistant United States Attorney

Date: September 18, 2020