UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Docket No. 1:19-cr-10328-FDS |
| RICHARD PHILIPPE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNITED STATES' MOTION IN LIMINE # 5 – JUDICIAL NOTICE OF DRIVING DISTANCE

The United States of America respectfully moves this Court to take judicial notice that the driving distance between Taunton, Massachusetts and Dahlonega, Georgia, utilizing major highways, exceeds 1,050 miles.

At issue in this trial is Defendant's state of mind – specifically, whether he knew that he had been convicted of a crime punishable by imprisonment by more than a year. The evidence will show that Defendant repeatedly drove from Massachusetts to Georgia in order to purchase guns from Austin Lumpkin – who in turn had purchased these guns from a retailer in Dahlonega, Georgia that held a Federal Firearms License – and to drive these guns back to Massachusetts to sell out of his warehouse in Taunton, Massachusetts. The fact that Defendant chose to drive more than 1,000 miles to purchase these guns indirectly from a licensed retailer, rather than purchasing guns himself from a licensed retailer in or around Massachusetts, is strongly probative of Defendant's state of mind, and strongly suggests that he knew that his status as a felon prohibited him from purchasing firearms legitimately. Information about the length of the drive from Taunton, Massachusetts to Dahlonega, Georgia will assist the jury in assessing Defendant's pattern of conduct and his accompanying knowledge.

Pursuant to Fed. R. Evid. 201, the Court "may judicially notice a fact that is not subject to reasonable dispute because it… can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." The highway mileage between two cities may be accurately and readily determined via an atlas or online mapping service, and the accuracy of such distance cannot be reasonably disputed. *See, e.g., United States v. Moon*, 802 F.3d 135, 149 and n. 11 (1st Cir. 2015) (taking judicial notice of the distance between Worcester and Boston). *See also Deutch v. United States*, 367 U.S. 456, 470 (1961) (taking judicial notice of the mileage between Ithaca, NY and Albany, NY); *Boyce Motor Lines v. United States*, 342 U.S. 337, 344 (1952) ("[w]e may, of course, take judicial notice of geography").

Given the foregoing, and the relevance of Defendant's state of mind to the jury's determination, the United States respectfully requests that the Court take judicial notice that the driving distance between Taunton, Massachusetts and Dahlonega, Georgia, utilizing major highways, exceeds 1,050 miles.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By: /s/   *William F. Abely*
        WILLIAM F. ABELY
        FRED M. WYSHAK III
        Assistant U.S. Attorneys

Date: September 18, 2020

**CERTIFICATE OF SERVICE**

      I hereby certify that this document will be filed via ECF and thereby served on all counsel of record.

      /s/   *William F. Abely*
      William F. Abely
      Assistant U.S. Attorney

Date:  September 18, 2020


**RULE 7.1 CERTIFICATION**

      I certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue.

      /s/     *William F. Abely*
      William F. Abely
      Assistant United States Attorney

Date: September 18, 2020