IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA               No. 19-cr-10328-FDS

v.

RICHARD PHILIPPE

**DEFENDANT'S MOTION TO CONTINUE FILING DATE
FOR PROPOSED VOIR DIRE QUESTIONS**
*Assented to by Government*

Defendant Richard Philippe hereby moves the Court to continue the date for filing proposed voir dire questions until one month prior to a trial date. As grounds, defendant states:

Drafting voir dire questions to address Covid-19 issues will require considerable time. The situation is so fluid that questions drafted based on current conditions may not make sense months from now.

        Richard Philippe
        By his Attorney,

        /s/ *Keith Halpern*
        Keith Halpern
        BBO # 545282
        572 Washington Street, Suite 19
        Wellesley, MA 02482
        (617) 722-9952

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 18, 2020.

        /s/ *Keith Halpern*