IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                  No. 19-cr-10328-FDS

v.

RICHARD PHILIPPE

## DEFENDANT PHILIPPE'S WITNESS LIST

Defendant Richard Philippe hereby identifies by reference as potential witnesses all individuals listed as potential witnesses by the government. In addition to himself, the defendant identifies his wife as a potential witness. Defendant reserves the right to identify additional witnesses in response to the government's case.

1. Myrlande Philippe.

                                              Richard Philippe
                                              By his Attorney,

                                              /s/ *Keith Halpern*
                                              Keith Halpern
                                              BBO # 545282
                                              572 Washington Street, Suite 19
                                              Wellesley, MA 02482
                                              (617) 722-9952

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 18, 2020.

                                                /s/ *Keith Halpern*