IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA             No. 19-cr-10328-FDS

v.

RICHARD PHILIPPE

**DEFENDANT'S OPPOSITION
TO MOTION IN LIMINE #2 RE PRIOR CONVICTION**

Defendant Richard Philippe hereby opposes the government's Motion *in Limine* #2 – Admission of Evidence of Defendant's Prior Conviction.

The defendant does not object to the admission into evidence of the defendant's request to enter into a plea.

The transcript of the sentencing hearing is problematic. The government asserts that just a "small subset" of the material requires redaction due to unfair prejudice and suggests that this can be resolved through a conference between counsel. It's an inaccurate assessment of the problem. The court ambiguously talks about an assassination plot and the gun being used to kill someone. Discussion of Mr. Philippe's reluctance to identify the person he got the gun from, and his eventual disclosure, is prejudicial and irrelevant. Immigration issues are discussed, including Mr. Philippe's not being a citizen and facing possible deportation to Haiti. What is relevant to the issue of Mr. Philippe's knowledge of the potential sentence begins on page 12. The document should be redacted to exclude everything up to "I weigh …" at page 12, line 2, and everything after page 13, line 8. What remains is the only part of the colloquy that bears upon the issue of Mr. Philippe's knowledge of the potential and actual sentence.

The judgment of conviction should not be admitted into evidence. Mr. Philippe does not

dispute that he was convicted of a crime that carried a potential sentence of over one year and would stipulate to the terms of the sentence imposed. If there was evidence that Mr. Philippe was given a copy of the judgment and read it, then the document might be relevant to his knowledge. There is no such evidence. The portion of the sentencing transcript that the defendant does not object to states the sentence, and that's what informed Mr. Philippe's knowledge, together with the plea request that he signed. But here, the government seeks to use the formality of the written judgment to draw an inference that it was cemented into Mr. Philippe's consciousness and that he knew what it said, even though there is no evidence that he ever saw it.

Respectfully submitted,

Richard Philippe
By his Attorney,

/s/ *Keith Halpern*
Keith Halpern
BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
(617) 722-9952

CERTIFICATE OF SERVICE
I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 25, 2020.

/s/ *Keith Halpern*