IN THE UNITED STATES DISTRICT COURT FOR THE
DISPLAY DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA                    No. 19-cr-10328-FDS

    v.

RICHARD PHILIPPE

_____

**DEFENDANT'S OPPOSITION
TO MOTION IN LIMINE #3 RE FIREARM RECOVERY**

    Defendant Richard Philippe hereby opposes the government's Motion *in Limine* #3 – Potential Admission of Evidence of Recovery of Firearms. The defendant does not intend to argue that the possession of ammunition was legitimate or harmless, so the government's motion should not require resolution.

    The defendant may offer evidence or argument concerning his state of mind regarding the legitimacy of his possession of ammunition. The government's motion is based upon some supposed link in relevancy between Mr. Philippe contending that the possession of ammunition really was legitimate and criminal incidents involving guns that he allegedly sold. Such a link could not be justified even if there was evidence that Mr. Philippe knew about these incidents and continued to distribute ammunition and guns. Whether or not a properly licensed gun dealer is authorized to sell guns is not determined by whether or not one of his customers commits a crime with a gun sold by the dealer. Moreover, there is no evidence that Mr. Philippe knew of any crime committed that involved a gun that he allegedly sold. Even if Mr. Philippe did offer evidence or argument that his possession of ammunition was legitimate, that assertion would not be undercut by evidence of criminal activity involving the guns or ammunition he allegedly sold. But given that Mr. Philippe is not going to assert that his possession of ammunition actually was

proper, but only that he mistakenly thought it was, whatever happened to the guns and ammunition he allegedly sold is entirely irrelevant. It has nothing to do with his state of mind.

The motion evinces an extraordinarily expansive view of evidence relevant to the question of ammunition possession, including evidence about guns, even though Mr. Philippe is not charged with a firearm offense, and evidence of ammunition sales, even though he is charged only with possession on the day his property was searched and ammunition found. The defendant did not anticipate this take on evidence supposedly relevant to whether Mr. Philippe was a felon illegally in possession of ammunition on July 5, 2019 and did not foresee the need to file a motion *in limine* on this issue. He will file a motion.

Respectfully submitted,

Richard Philippe
By his Attorney,

/s/ *Keith Halpern*
Keith Halpern
BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
ksh@keithhalpern.com

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 25, 2020.

/s/ *Keith Halpern*