IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA           No. 19-cr-10328-FDS

v.

RICHARD PHILIPPE
_____

**DEFENDANT'S OPPOSITION
TO MOTION IN LIMINE #5 RE DRIVING DISTANCE**

Defendant Richard Philippe hereby opposes the government's Motion *in Limine* #5 – Judicial Notice of Driving Distance, only to the extent that the government's mileage estimate is slightly more than the 1,019-1,033-mile routes that defense counsel has found on Google Map. The defendant expects to enter into a stipulation that the driving distance is approximately 1,000 miles.

          Respectfully submitted,

          Richard Philippe
          By his Attorney,

          /s/ *Keith Halpern*
          Keith Halpern
          BBO # 545282
          572 Washington Street, Suite 19
          Wellesley, MA 02482
          ksh@keithhalpern.com

CERTIFICATE OF SERVICE
I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 25, 2020.

          /s/ *Keith Halpern*