IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA            No. 19-cr-10328-FDS

v.

RICHARD PHILIPPE

_____

**DEFENDANT'S OPPOSITION
TO MOTION IN LIMINE #4 RE HEARSAY STATEMENTS**

      Defendant Richard Philippe hereby opposes the government's Motion *in Limine* #4 – Prohibition of Defense Elicitation of Agent Testimony Concerning Self-Serving Hearsay Statements of the Defendant.

      Hearsay is defined as a statement "… offered in evidence to prove the truth of the matter asserted." Fed. R. Evid. 801(c). The defendant does not dispute that it would be improper for counsel to elicit agent testimony about his statements while offering those statements for the truth of the matter asserted.

      The problem with the government's motion is that it fails to distinguish between statements that are offered for the truth and statements offered to establish state of mind. For example, Mr. Philippe told an agent, "my possession of ammunition was legit." If the defendant sought to admit this statement into evidence in order to establish that he was legally entitled to possess ammunition, then the government's position would be valid, since the statement was being offered for the truth of the matter asserted. However, if the statement is offered to show what Mr. Philippe's state of mind was -- that he thought it was permissible for him to possess ammunition -- it's not hearsay.

      The defendant has no intention of asserting that he really was entitled to possess

ammunition. His statements to agents about what he thought are not hearsay if they are offered, not for the truth of the matter asserted, but only to prove his state of mind.

Respectfully submitted,

Richard Philippe
By his Attorney,

/s/ *Keith Halpern*
Keith Halpern
BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
ksh@keithhalpern.com

CERTIFICATE OF SERVICE
I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 25, 2020.

/s/ *Keith Halpern*