## AFFIDAVIT OF NOTARY PRESENTMENT

On (Oct 14th, 2021) (Myrlande Philippe) appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.

To: Fred M. Wyshak, II
US Attorney's Office, MA
1 Courthouse Way, Suite 9200
Boston, MA 02210

List of Documents:

Declaration of Status

Case No: 1:19-cr-10328-FDS-1

_____
Notary Print Name: Mariela Sanchez

_____
Notary Signature

_____
Signature: Myrlande Philippe

Notary Seal



MARIELA A. SANCHEZ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires On
January 09, 2026

FILED IN CLERKS OFFICE
2021 OCT 14 AM 10: 05
U.S. DISTRICT COURT
DISTRICT OF MASS.

## AFFIDAVIT OF NOTARY PRESENTMENT

On (Oct 14th, 2021) (Myrlande Philippe) appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.

To Fred M. Wyshak, III
U.S. Attorney's Office MA
1 Courthouse Way, Suite 9200
Boston, MA 02210

List of Documents:

Subpoena

Case No: 1:19-cr-10328-FDS-1

Mariela Sanchez
Notary Print Name

M_____
Notary Signature

Myrlande Philippe
Signature

Notary
Seal



MARIELA A. SANCHEZ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires On
January 09, 2026

FILED IN CLERKS OFFICE
2021 OCT 14 AM 10:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

# SUBPOENA

October 13th, 2021                                                  Case No: No:1:19-cr-10328-FDS-1

richard philippe
Living Man
v.
USA

JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
DISTRICT OF MASSACHUSETTS

1. I, richard philipp, the living man, demand the main camera footage of nurses and correctional officers who forced the TB vaccination on to I, richard philippe, on July 17th, 2021, along with the body camera footage from the correctional officers, and their names.
2. I, richard philippe, the living man, demand all the footage from The Donald W. Wyatt Detention Facility of me in segregation between July 17th, 2021 to August 20th, 2021.
3. I, richard philippe, the living man, demand all video footage of me in the Donald W. Wyatt Detention Facility from July 15th, 2021 October 13th, 2021. Both body camera and main camera footage.
4. I, richard philippe, the living man, demand all the records showing how long I was kept in segregation starting July 17th, 2021.
5. I, richard philippe, the living man, demand all the records showing why I was put in segregation on July 17th, 2021.
6. I, richard philippe, the living man, demand all medical records of me in the Donald W. Wyatt Detention Facility.
7. I, richard philippe, the living man, demand all medical records regarding the medical ward diagnosis of me being sick which led to segregation, and the reasons for a forced TB vaccination against my will.
8. I, richard philippe, the living man, demand Daniel W. Martin (Warden) explain why I was repeatedly put into unsanitary cells, during segregation, starting on July 17th, 2021 and present.
9. I, richard philippe, the living man, demand Daniel W. Martin (Warden) to explain why he hasn't paid the debt.

**In the words of Henry R. Gibson, "The Equity completely disregards form, and looks at the substance and intent."**

**With Good Reason, Good Conscious, And Good Faith**

**AFFIDAVIT OF NOTARY PRESENTMENT**

On (Oct 13th, 2021) (Myrlande Philippe) appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.

To: Fred M. Wyshak, III
U.S. Attorney's Office MA
1 Courthouse Way, Suite 9200
Boston, MA 02210

List of Documents:

Subpoena

Case No. 1:19-cr-10328-FDS-1

Mariela Sanchez
Notary Print Name

_____
Notary Signature

Myrlande Philippe
Signature

Notary
Seal



MARIELA A. SANCHEZ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires On
January 09, 2026

[Stamp: 2021 OCT 14 AM 10:05 U.S. DISTRICT COURT DISTRICT OF MASS. FILED IN CLERKS OFFICE]

# SUBPOENA

October 13th, 2021                                  Case No: No:1:19-cr-10328-FDS-1

richard philippe
Living Man
v.
USA
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
DISTRICT OF MASSACHUSETTS

1. I, richard philippe, the living man, demand the footage from the main cameras at the Donald W. Wyatt Detention Facility (K-Pod and G-Pod). Along with the body camera footage and names from every single correctional officer who participated in attacking richard philippe on September 22nd, 2021(Wednesday), at K-Pod and G-Pod section of the prison between 8:55-11:00 AM. The footage from the main cameras would also be between 8:55-11:00 AM as well. I want to highlight that we don't just want main camera footage, but body cameras footage too.
2. I, richard philippe, the living man, demand all the records showing why I was put in segregation on September 22nd, 2021.

**In the words of Henry R. Gibson, "The Equity completely disregards form, and looks at the substance and intent."**

**With Good Reason, Good Conscious, And Good Faith**

# DECLARATION OF STATUS OF RICHARD PHILIPPE
Original document (Total of 12 pages)
Restoration of Former Status

From Being a Public "United States" citizen;
a Federally-owned "U.S. citizen" as of March 9, 1933; and
a Taxpayer/Bondman put to Tribute as of September 5, 1979.

To Becoming Once Again

## A PRIVATE CITIZEN OF THE UNITED STATES OF AMERICA:
an "American National"
Under Section I of the 14th Amendment:
Constitution of the United States of America

**RICHARD PHILIPPE of Philippe: American National**
*Am a resident of the kingdom of god, a sojourner, temporarily laying my head form place to place, not a U.S. citizen or permanent-resident, I am a non-enemy, non-rebel, non-combative, non-belligerent friend of the United States, assuring that the United States is not being cheated.*

Private Citizen of the United States
13 Baltic St
County of Bristol
Attleboro, Massachusetts
Zip Code Excepted [02703-7507]
Phone: 774-203-6780

++++++++++++++++++++++++++++++++++++++++++++++++++++++++

### Declaration of Status of Richard Philippe:
Pre 1933 Private American National Citizen of the United States of America,
and
### Declaration of Mistake
*Maxims: "Equity regards as done that which ought to have been done."*
*Equity will not aid a volunteer*
*Equity will not complete an imperfect gift*
*Equity will not suffer a wrong to be without a remedy*
*Equity will not permit a statute to be used as an instrument of fraud*
*An unrebutted Declaration point by point stands as Truth*
*Coming in peace, and granting peace to all men,*
Accordingly, I, **richard philippe** , affiant formally known as Richard Philippe in some cases, in esse and sui juris, by good reason and good conscience, hereby make oath,

depose and declare that the following facts are true, correct and complete to the best of my knowledge and belief.

I, **Richard Philippe** , do solemnly declare and affirm the following historical facts and distinctions with regard to the status of de jure **Private American National citizenship** (said original federal citizenship, secured by Article IV, Section 2 of the Constitution of the United States, having been broadened into national citizenship by Section 1 of the 14th Amendment to the Constitution of the United States of America) and on the other hand, a State-created, statutory, de facto Public **"U.S. Citizenship", as a basis enabling a correction of mistake by this Declaration.** This de facto Public U.S. citizenship, being in substance likened to a privileged Roman citizenship, would enable the constitutionally de jure civilian government of the United States (having been constitutionally altered from being a de jure "Federal" government to a de jure "National" government by the 14th Amendment, 1868) to be replaced with a Congressionally-created, statutory, de facto Emergency War Powers military government of the United States on March 9, 1933. This current de facto government in many ways has in fact replaced the constitutional, de jure jurisdiction of the United States, the "United States" being the collective name of the states which are united by and under the constitution, "(Hooven & Allison Co. v. Evatt, 324 U.S. 652, 672), replacing it with a de facto jurisdiction of the United States", (Hooven & Allison Co. v. Evatt, supra, 671).

Further, with the major changes of the de jure constitutional jurisdiction for the "United States", with its Common Law civilian due process and procedure secured by the Fifth Amendment, the Seventh Amendment, and section 1 of the 14th Amendment, to a de facto, extra-constitutional, "Roman Civil Law-like" jurisdiction of the "United States" (established by an amended World War I statute (1933), a Presidential Proclamation (1933), and the subsequent abolition of Common Law rights and Common law civilian due process by the Supreme Court (1938), an alien and foreign martial due process was adopted by the federal and state courts fitted for the new de facto Public "U.S. citizens" "residing" in the states deemed de facto "conquered territories." Since these de facto Public ``U.S. citizens" are in substance "Roman like" citizens, and since these de facto "conquered territories" are in substance, provinces under military rule, it is only fitting that the "Public U.S. citizens" should be criminally and civilly subjected to a martial process imposed by their constitutionally-created courts. This de facto martial process, if unchallenged by prima fascia evidence proving the accused to be an American Private National Citizen of the United States of America and not a Public "U.S. citizen", would confer, in substance martial in personam jurisdiction. With this absolutist judicial jurisdiction limited only by decisions of the Supreme Court, the federal courts would be in substance territorial courts of the Conqueror. These emergency war Powers Courts would enforce the sovereign will of the de facto Emergency War Powers Courts and would enforce the sovereign will of the de facto Emergency War Powers Congress, while sitting in a special "Roman Equity" in substance, a martial equity, operating upon a legal fiction. The legal fiction would be the presumption of fact that each individual Private American National Citizen of the United States of America was in contract and

enfranchised by the state of his natural birth, thereby altering his constitutional, de jure Private American National citizenship conferred at birth, into a statutory, de facto Public "U.S. citizenship" upon the public filing of a unilateral contract, in which his change in status would enable and obligate the Emergency War Powers courts to dispose of this in a federal, state, criminal, or civil matter.

**This in effect then, leaves only exclusive/American Equity Jurisdiction operable for remedies required by the Private American National Citizen, the posterity of the People that created these United States.**

Further, that unilateral contract was the application for birth certificate/ public filing of a "Certificate of Live Birth". The American application for birth certificate "Certificate of Live Birth" —by operation of law—would be the contract to alter de jure Private American National Citizenship to de facto Public "U.S. Citizenship". With this presumption of fact of an existing contract held by every individual Public "U.S. Citizen" (holding its Private American National Citizen of the United States of America as Property and Surety), every court legally sits in a martial, concurrent jurisdiction (in which the forms of Law and Equity have been merged) enforcing the statutes of an Emergency War Powers Congress. This de facto status enables and obligates all federal and state courts to sit in this state of emergency, subverting the Common Law jurisdiction of the United States (as per Section I of the 13th Amendment, and Section I of the 14th Amendment) by rendering ineffective, the constitutional status of de jure private American National Citizens of the United States of America (Section 1 of the 14th Amendment).

As of March 6, 1933, all Public "U.S. citizens"—with their Surety/Property, Private American National Citizens—were seized as booty of war by President Franklin Roosevelt's martial, Emergency War Powers Proclamation 2039 which practically overthrew the Sovereignty of the People of the United States of America, reducing them to being mere property of a de facto military government sitting in Washington, D.C., to be treated as "rebels and belligerents" living in the fifty states deemed by the Conqueror/Commander-in-Chief to be merely "occupied territories", the seized state governors ruling their de facto military governments in subordination to Washington DC.

Therefore, finding this situation of statutory-altered, Private American National Citizenship status intolerable, unconscionable, and at variance and in conflict with the originally established courts of Common Law as well as the courts or exclusive/inherent Equity/Chancery governed solely by the Maxims of Equity, I, **Richard of Philippe**, do make oath, solemnly declare and affirm:

1. **WHEREAS**, the FRANCHISE, CORPORATE SOLE, Cestui Que Trust, via the "application for birth certificate and/or the BIRTH CERTIFICATE" (hereinafter BIRTH CERTIFICATE) being in fact a unilateral contract under seal, was created

and offered legally through deceit, in effect, alters, within the current, government, the status of "We the People", which includes every individual Private American National Citizen; first of our sovereignty as a People, then of our constitutionally-created status, and ultimately our lives, fortunes and our sacred honor;

2. **WHEREAS**, the true purpose of the BIRTH CERTIFICATE, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable by "We the People", adhesion contract/quasi-contract between the state of the baby's natural birth and the mother of the baby, the baby then deemed property of the Federal, de facto military government of the United States (the BIRTH CERTIFICATES being recorded by the Department of Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment);

3. **WHEREAS**, the true nature of the DATE OF FILING on the BIRTH CERTIFICATE, a unilateral contract under seal, is to commence the legal birth of the quasi-corporate, artificial person/Public "U.S. citizen" created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered for registration and filed with a public office of the baby's state of live birth);

4. **WHEREAS**, the true nature of the DATE OF BIRTH of the baby named on the BIRTH CERTIFICATE is to commit the natural person/Private American Natural Citizen as Surety, for, and personal property, of the state-created, artificial person/Public "U.S. citizen", both entities being legally wedded into one legal entity, the hybrid, federally-owned, Public "U.S. citizen",

5. **WHEREAS**, the BIRTH CERTIFICATE is a BUSINESS INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states treated as "conquered territories"), also sent to the Bureau of Census, a division of the Department of Commerce in Washington, D.C., placing the NAME of the Public "U.S. citizen" into interstate and foreign world commerce as a statutory, legal, "person" (as corporations, partnerships, trusts, corporate soles, etc.), distinct and separate from the "natural born citizen", i.e. the Private American National Citizen;

6. **WHEREAS**, the Secretary of State (of the several states) charters corporations and issues franchises, therefore, any natural born citizen/Private American National Citizen with a BIRTH CERTIFICATE is liable to the Franchise Board of the State's Department of Revenue for income/excise/privilege taxes, as well as being liable to the Internal Revenue Service collecting the internal revenue for the "Federal Corporation" of the United States (28 USC 3002 (15)(A) via excise/income/privilege taxes in payment of the interest on the national debt (proven by President Ronald Reagan's Grace commission) which interest is owed to the Roman papacy's Federal Reserve Bank;

7. **WHEREAS**, this BIRTH CERTIFICATE, functioning as a BUSINESS INSTRUMENT, has deceived the Private American National Citizen, **Richard of Philippe**, allegedly named on said certificate, into an unknown and covert implied contract by operation of law, and had placed Affiant and fellow Private American National Citizens under an alien, foreign, and yet "temporary", de facto military jurisdiction of the United States created at first by the 'Emergency Banking Relief Act", in its initial paragraphs containing a congressionally-amended WWI statute known as "Trading with the Enemy Act" and codified as 12 USC 95(a), and secondly by then President Franklin D. Roosevelt's Emergency War Powers Proclamation 2040 decreed on March 9, 1933;

8. **WHEREAS**, the above de facto jurisdiction of the United States includes the jurisdiction of the constitutionally-created, federal and state civilian courts (IN FORM) sitting in a martial Roman Equity/At Law (IN SUBSTANCE), they are no longer proceeding against the accused Private American National Citizen with the Mode of a Common Law civilian due process, but rather with the Mode of a Roman Civil Law martial due process that, if unchallenged by producing state-filed public records and other prima fascia evidence, will confer a martial jurisdiction over the accused, being then forced to plead in a court imposing martial due process and procedure derived from a congressionally-amended World War I statute as of March 9, 1933, the judges, federal and state, acting on behalf of the de facto military dictator/Commander-in-chief sitting in Washington D.C.;

9. **WHEREAS**, upon the public filing of the BIRTH CERTIFICATE with its attached Private American Citizen serving as Surety and personal property, another "source" was created that would generate "income" which could then be income/excise/privileged taxed; the natural person /baby/Private American National Citizen now wedded to his new artificial person / "U.S. Citizen" as its property and subordinate Surety, the new "source" (deemed a "rebel" and "belligerent" residing according to state statute in a state deemed an "occupied territory") being in commerce and subject to the absolute legislative powers of the "temporary" Emergency War Powers Congress (1933-present) to regulate without limited interstate and foreign commerce pursuant to Article 1, Section 8, Clause 3, of the "United States Constitution" during this time of a "temporary" declared state of National Emergency now 2016 in its eighty-third year;

10. **WHEREAS**, Affiant, a Private American National Citizen, has presently ceased to be Surety for the personal property of the Public "U.S. citizen" **RICHARD PHILIPPE** " by means of a duly filed **"Release With Consideration"**—Nunc Pro Tunc Ab Initio", and **"Rescission of Signatures of Suretyship—**Nunc Pro Tunc Ab Initio", thereby returning to the former status of being a Private American National Citizen held for less than twenty (20) days after Affiant's natural birth;

11. **WHEREAS**, Affiant in esse, has irrevocably separated himself from the state-created FRANCHISE, CORPORATE SOLE, "United States Citizen", created by

means of a publicly filed BIRTH CERTIFICATE, hereby revokes all powers, including but not limited to, Powers of Attorney and/or Agency that Affiant may have granted to any third party, public and/or private. Therefore, Affiant does not consent and is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040 confirmed and approved by Congress in its passage of the **"Emergency Banking Relief Act"** and then thereby amending the **"Trading With the Enemy Act"**. Therefore, Affiant is not in commerce (as are corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizenship" status (as do corporations being Public U.S. citizens), having discharged all de facto Emergency War Power Military Governments, federal and state, from any duty or obligation arisen from Affiant being the Property/Surety for and/or wedded to the state-created hybrid, the federally owned Public "U.S. citizen" in service of Washington D.C., for commerce and war;

12. **WHEREAS**, I, **Richard of Philippe**, have returned to my former status of being an American Freeman and an American National in Equity, i.e. de jure Private National Citizen of the United States under Section 1 of the 14th Amendment and therefore stand "in personam", "in esse", and "sui juris", possessing all God-given unalienable rights including those protected by the first eight amendments of the Bill of Rights, all Constitutional rights (federal and state) and all common Law rights of a de jure Private Citizen of the United States / American National, no longer under the legal disability of being the Property/Surety for and/or wedded to a de facto, state-created, Public "U.S. citizen" owned by the Federal de facto Military Government of the United States;

13. **WHEREAS**, I, **Richard of Philippe**, am no longer the Property/Surety for and/or wedded to a de facto Public U.S. citizen" (which is "alien juris"), therefore, no longer under the de facto jurisdictional power of statutorily-created, de facto Emergency War Powers Governments (federal and state) as those absolute legislative, absolute executive, and absolute judicial powers are exercised towards a de facto Public "U.S. citizen" deemed a "rebel and belligerent" statutorily "residing" in a state deemed "occupied territory", and therefore no longer under the paternal guardianship of de facto Emergency War Powers Governments (federal and state) as those absolute, paternal powers are exercised towards its "infants, children and wards", and the de facto Public U.S. citizens";

14. And so **Richard of Philippe**, aka **Richard Philippe**, hereby present my renunciation, as to any implied allegiance to the de facto "United States". **THEREFORE**, based upon the foregoing, I, **Richard of Philippe**, in esse and sui juris, do make oath, solemnly declare and affirm the following positive averments:

15. I am one of the **Posterity of "We the People"** by whom and for whom the Constitution was originally ordained and established according to its Preamble, holding de jure Private American National Citizenship conferred upon my natural birth by section I of the 14th Amendment to the Constitution for the United States.

16. My Proper name at Common Law is **"Richard"**, my surname/family name is **"Philippe "**, I am also known by the name Richard Philippe.

17. My Proper name **"Richard of Philippe "** is spelled in both upper and lower case letters, without capitonyms (without using all capital-lettered name), in accordance with proper rules of English grammar.

18. I was naturally born on September the fifth (5th), the year of our Lord Nineteen Hundred and seventy-nine (1979) and was called Richard Philippe for many years. My natural and legal parents were **Jean Ignacio Philippe and Rose Philippe, who unknowingly and by mistake subjected myself, as a newborn baby, to this Emergency war Powers Government; to be unconscionably and mistakenly on** public **record.**

19. My place of nativity was Port au Prince, Haiti

20. In the day of my natural birth I became a de jure **Private American National Citizen** of the geographical Amexem/ America( including the north,central,and south america)  pursuant to Section I of the 14th Amendment to the Constitution of the United States of America.

21. In the day of my natural birth I became a de jure **PRIVATE AMERICAN NATIONAL CITIZEN/ PRIVATE RESIDENT** of the geographical Amexem/ America pursuant to Section I of the 14th Amendment to the Constitution of the United States of America.

22. On the day my "Certificate of Live Birth" was filed with the "State of Massachusetts", by operation of law I became the Property/Surety and/or and wedded to "Richard Philippe ", a state-created, Massachusetts "corporate sole" and statutory **Public "U.S. citizen"** of the de facto "Emergency war Powers Military Government of the "United States", it governing the states as "conquered territories" and its state-created "U.S. citizens" as a conquered people.

23. **Said Property** has been returned to the natural owner, said Suretyship has been terminated, the marriage has ended and my former status of **Private American National** Citizen of the United States of America has been restored, pursuant to the maxims of the Law of Contract, The American Common Law, Equity Maxims, Equity Jurisprudence and the Uniform Commercial Code, by means of a duly filed and publicly recorded **"Release Without Consideration—Nunc Pro Tunc Ab Initio".**

24. If a de jure **Private American National Citizenship** of the Republic is "paramount and dominant", my de jure **Private Citizenship** of the Republic of Massachusetts is "subordinate and derivative" of said Private National Citizenship of

the United States. Selective Draft Law Cases; 245 U.S. 366, 389 (1918). Private Citizens of the United States were called **"American Freemen"** by pre-14th Amendment presidents George Washington, Andrew Jackson, Zachary Taylor and Abraham Lincoln, as well as by post 14th Amendment Supreme Court Justice John Marshall Harlan evidenced by his dissent [in U.S. Maxwell v Dow, 176 U.S. 581, 607, 617 (1900) and Downes v. Bidwell, 182 U.S. 2444, 381 (1901)].

25. I, now **Specially and Privately Reside** without the military jurisdiction of the "United States" as defined by the "Trading With the Enemy Act", and therefore **Privately Reside** within a non-military occupied private estate within the territorial jurisdiction of the geographical Republic of Massachusetts, which I sometimes refer to as The Massachusetts Republic Free State. Therefore I am a **Special and Private Resident holding Private Citizenship** of the Republic of Massachusetts pursuant to Section 1 of the 14th Amendment.

26. **My flags** are the civilian flag of the Republic of the United States of America (4 USC 1) and the civilian flag of the Republic of Massachusetts. Neither civilian flag, representing its nation under a republican form of government, displays gold fringe and/or gold cords with gold tassels' as do military colors displayed by the Commander-in-chief of the de facto Military Government of both the United States of America and the Republic of Massachusetts.

27. **My law** is the Twenty Maxims of English/American Equity.

28. **My seal** is private to my family.

29. Being a non-statutory, constitutionally-protected **Private American National Citizen** of the Republic of the United States of America and a non-statutory, constitutionally-protected **Private Citizen/Special and Private Resident** of the Republic of Massachusetts and therefore no longer the Property/Surety for and/or wedded to the Massachusetts "corporate sole" / "Public U.S. citizen" **"RICHARD PHILIPPE** I am not in commerce as a matter of personal status, as are statutory, state-created, **Surety-backed Public "U.S. citizens"** of the United States, and therefore the sentient, living person "Richard  Philippe ", without a Surety and Personal Property, is a **"Non-Taxpayer"** described in Economy Plumbing & Heating vs. United States, 470 F. 2d, 585 at 589 (1972).

30. I have rescinded every **Signature of Suretyship—Nunc Pro Tunc Ab Initio**—ever executed on behalf of the corporate sole / "U.S. citizen" **"RICHARD PHILIPPE "** (including and derivative of the NAME thereof) be it public and/or private, by means of a duly filed **'Rescission of Signatures of Suretyship—Nunc Pro Tunc Ab Initio"**.

31. The legal Title holder(s) and the Equitable Title holder of all legal property of the Private Business Trust **"RICHARD  PHILIPPE "** are private in nature evidenced by a "Notice of Private Trust Arrangement" filed in the public record.

32. I am the agent for the Private Business Trust "RICHARD  PHILIPPE " in the acquisition of its legal property by nature evidenced by a **"Notice of Private Trust Agreement"** filed in the public record.

33. **The Private Business Trust "RICHARD  PHILIPPE "** is in U.S. domestic and world commerce, all products being equitable property by nature of a special and private Sole Beneficiary holding the status of a Private Citizen of the United States, secured by Section 1 of the 14th Amendment to the Constitution of the United States of America. Therefore the Private Business Trust **"RICHARD  PHILIPPE "**, "has no income", and therefore the trust is a Non-taxpayer legal entity.

34. Further, I, **Richard  of Philippe**  in esse and sui juris, makes oath, do solemnly declare and affirm the following negative averments:

35. I am *not alien* juris, holding the status of being the **Property/Surety** for and/or wedded to an artificial, de facto, hybrid Public "U.S. citizen created by state statute in the state of my natural birth for the benefit of the de facto Emergency War Powers Military Government created on March 9, 1933; hence I am neither an infant or a child nor a rebel or a belligerent under the power of a paternal and martial Emergency War Powers Military Government, federal or state.

36. My Proper name is not **"RICHARD  PHILIPPE ", "RICHARD  PHILIPPE ", Richard Philippe "**, or any other form or derivative thereof; of this *nom de guerre/name of war* carried by all **"U.S. citizens"**, which is principal in distinguishing the difference between all of the uppercase names and mixed case names, which has been affirmed by a federal court of record.

37. My Proper name is not spelled in solely upper case letters or with any abbreviations, which is principal in distinguishing the difference between the all-uppercase name and the mixed case name which has been affirmed by a federal court of record.

38. I am not **"RICHARD PHILIPPE ", "RICHARD  PHILIPPE "**, or **"Richard Philippe "**, or any derivative thereof; which is principal in distinguishing the difference between the all-uppercase names and the mixed case names that has been affirmed by a federal court of record.

39. I am neither the **Property/Surety** for, nor wedded to the artificial entity **"RICHARD  PHILIPPE ", "RICHARD PHILIPPE ", "Richard Philippe "** or any other derivative of this nom de guerre/name or war carried by all "U.S. citizens", said **NAME** being the legal property by characteristic of the de facto Military Government of the United States of America.

40. I am neither a statutory, state-created **Public "United States citizen"**, (artificial person) of the sovereign, de facto Military Government of the United States nor am I **Surety** for and/or personal property of and/or wedded to a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, de facto Military Government of the United States as a matter of **Status** and/or a matter of **public and/or private contract.** Therefore, I am not a state-created, federally owned, statutory **Public, "United States citizen"** (artificial person/"U.S. citizen") of the sovereign, de facto Military Government of the United States for income/excise/privilege tax purposes.

41. **My flags,** national and state, are not military colors bordered with gold fringe and/or draped with gold cords with gold tassels.

42. I am **not a rebel, belligerent or enemy** publicly residing within **a conquered territory** of the "United States" (the territory over which the sovereignty of the United States exists", Hooven, supra p 671), its sovereign, de facto, Military Government having been created by FDR's presidential proclamation 2040 **approved and confirmed** by Congress, "Emergency Banking Relief Act" (12 USC 95b), which act also was amended (via 12 USC 95a) the "Trading with the Enemy Act" (50 USC App, 5(b), on March 9, 1933.

43. I do not **publicly reside** according to state statute within **a conquered territory** or within **a federal military district** of the geographical Republic of the United States of America (composed of the fifty states). My special, private and confidential location, of living in Equity, on the land of the County of Bristol may be mailed service at:

44. Richard of Philippe , American National
    Private Citizen of the United States of America
    Private Citizen of the Republic of Massachusetts
    Nation Massachusetts, General delivery Attleboro,
    Zip accepted near (02703-7507)

45. I do **not publicly reside** according to statute within any of the **ten regions** of the geographical United States of America designated by Zip **codes of the Federal Zone Improvement Project** begun in 1963 and take exception to whenever and wherever possible in the use of either a ZIP code or a Postal code, both being synonymous.

46. **Further, I, Richard  of Philippe** , in esse and sui juris, make oath, do solemnly declare and affirm the following **specific negative averments:**

47. Whereas a mistake made by my natural parents in unknowingly subjecting me, while yet a baby, to the intentions and jurisdiction of this aforesaid temporary de facto

government that they misunderstood, and now hold such mistaken acts as unconscionable by their own admission?

48. Am I not free, under the rules of English American Equity, to correct a mistake for the regard of my own interest?

49. Can I not now choose by my free will act to properly correct my status by way of this declaration, for the intention of having proper and peaceful relations with all men?

50. Are not all of the aforesaid averments made in this declaration true regarding who I am, and who I am not being?

51. Are my own parents both not also in the process of a similar status correction action regarding their own interests?

52. Is it not my intention to see that my own wife and children have the same proper status as myself, and does our identity belong in the U.S. "Do not Detain Do not Arrest List"?

.
**Further and Finally:**
.
I, **Richard of Philippe** , am a constitutionally-acknowledged and protected, de jure, **Pre-1933 Private American National Citizen** of the United States of America, and therefore, I am a constitutionally-acknowledged and protected, de jure, Private Citizen of the Republic of Massachusetts, **Specially and Privately residing in English/American Equity** on the land of Bristol County, in Massachusetts. **Therefore**, I, **Richard of Philippe** , holding the constitutionally-protected private right to a civilian due process of law on both a federal and state level, as well as being unaffected by the "Emergency Banking Relief Act" having imposed a **martial due process of law** (by way of the amended "The Trading With the Enemy Act") on any substantively, artificial, "**person within** the United States" deemed federal "booty of war", am as foreign, by nature and by characteristic, to the extra-constitutional, alien, de facto, temporary" **Emergency War Powers Military Government** of the United States and owe no temporary allegiance to said "temporary" Emergency War Powers Government. Therefore, I am **foreign**, by nature and characteristic, to the extra-constitutional, alien, de facto, "temporary" Emergency War Powers Government of the State of Massachusetts and the extra-constitutional, alien, de facto, "temporary", Emergency war Powers Governments of the other forty-nine (49) states and owe no temporary allegiance to said "temporary" Emergency War Powers **Military Governments** having been "temporarily" created by Congress (12 USC 95a) and by President Franklin D. Roosevelt (Presidential Proclamation 2040) on **March 9, 1933.**

This **"Declaration of Status of Richard of Philippe : American National; Pre-1933 Private American National Citizen"** supersedes any previous filing with any public office of said Declaration of Status.
**Again I say: I come in and operate in peace.**
Further Affiant Sayeth Not.