

U.S. Department of Justice

*Nathaniel R. Mendell*
*Acting United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

November 1, 2021

<u>*Via FedEx*</u>
Inmate Richard Philippe
c/o Lus Jimines, Evidence Coordinator
D.W. Wyatt Detention Facility
950 High Street
Central Falls, Rhode Island 02863

      Re:    <u>United States v. Richard Philippe</u>
               <u>Criminal No. 1:19-cr-10328-FDS</u>

Dear Mr. Philippe:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Rule 116.1 of the Local Rules of the United States District Court for the District of Massachusetts, the government hereby makes its expert witness disclosures in advance of trial in the above-referenced matter.  These disclosures include a production of discovery Bates numbered USAO 1307 – USAO 1439, as outlined below.  The production is provided in the enclosed encrypted DVD.  To decrypt the discovery, enter the password sent under separate cover on your behalf to Ms. Jimines.

      At trial, the government will be prepared to introduce, as necessary, testimony authorized under Rules 702, 703, or 705 of the Federal Rules of Evidence, of the following witnesses:

- Samuel Files, Fingerprint Analyst III of the Plymouth County Sheriff's Department, Bureau of Criminal Investigation, in the field of latent fingerprint examination. Analyst Files is expected to testify concerning his comparisons of your fingerprints obtained at the time of your arrest in Massachusetts on July 5, 2019, with 1) fingerprints derived from a digital photograph of a hand holding a gun (19 PCS-3744-OF), and 2) fingerprints associated with the arrest of "Richard Philippe" in Rhode Island on September 5, 2003 (21 PCS-2671-OF).  Analyst Files would express the opinion that the source of the aforementioned fingerprints is the same person.  Report 19 PCS-3744-OF was previously produced to you on October 25, 2019, but is re-produced herein, along with the relevant latent analysis reports, copies of fingerprint cards, fingerprints images and analyses, software data, and Analyst Files' Statement of Qualifications, at USAO 1318 – 1382.

- Special Agent Patrick Briody, Bureau of Alcohol, Tobacco, Firearms and Explosives, in the field of firearms and ammunition, and interstate nexus examinations of the same. Special Agent Briody is expected to testify about his examination of 19 rounds of .45 caliber ammunition, seized from your warehouse in Taunton, Massachusetts on July 5, 2019. Special Agent Briody would express the opinion that the ammunition meets the federal definition of "ammunition" in Title 18, United States Code, Chapter 44, Section 921(a)(17)(A), and that its presence in Massachusetts indicates that it traveled in and affected interstate and/or foreign commerce. Special Agent Briody's interstate nexus and ammunition report (previously disclosed on October 15, 2020) and curriculum vitae are enclosed at USAO 1314 – 1317.

- Special Agent Christopher Scott, Bureau of Alcohol, Tobacco, Firearms and Explosives, in the field of digital device forensics. Special Agent Scott is expected to testify about conducting a digital forensic extraction of data from a mobile telephone with phone number ▮▮▮▮▮▮▮▮, seized from your warehouse in Taunton, Massachusetts on July 5, 2019. Special Agent Scott would authenticate the extracted data, and he may express opinions about 1) the location of the device at the time certain data stored on the device was generated, and 2) attribution of the device to a user(s) and/or owner(s). Special Agent Scott's extraction report and notes, photographic documentation of examined devices, and curriculum vitae are enclosed at USAO 1385 – 1439.

- Special Agent Daniel J. Abou-Jaoude, Bureau of Alcohol, Tobacco, Firearms and Explosives, in the field of digital device forensics. Special Agent Abou-Jaoude is expected to testify about conducting a digital forensic extraction of data from a mobile telephone belonging to ▮▮▮▮▮▮▮▮. Special Agent Abou-Jaoude's testimony would authenticate the extracted data, and he may express opinions about the source of certain communications being a device associated with phone number ▮▮▮▮▮▮▮▮. Special Agent Abou-Jaoude's processing notes, extraction report, and curriculum vitae are enclosed at USAO 1307 – 1313.

The government is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(b)(1) and Rule 16 of the Federal Rules of Criminal Procedure, and the government expects to produce additional supplemental discovery prior to trial in accordance with these rules.

Very truly yours,

NATHANIEL R. MENDELL
Acting United States Attorney

By: *Fred M. Wyshak, III*
Fred M. Wyshak, III
Assistant U.S. Attorney

Encl.
One (1) encrypted DVD