**In the philippe court,**
**at the UNITED STATES FEDERAL COURT,**
**JOHN JOSEPH MOAKLEY COURTHOUSE**
**12/3/21**

**case # 1:19-cr-10328-FDS-1**

**i:man; known to use the name richard: philippe; invoke the judge article 6 oath, title 4 subsection 101, state constitutional oath.**

richard Philippe

```
F I L E D
Clerk's Office
   USDC, Mass.
Date 12/8/21
By _____
   Deputy Clerk
```

**In the philippe court,**
**at the UNITED STATES FEDERAL COURTHOUSE,**
**JOHN JOSEPH MOAKLEY COURTHOUSE**
**12/3/21**

**case # 1:19-cr-10328-FDS-1**

**i:man; known to use the name richard: philippe; invoke the oath of office and title 5 US**
**Code 3331 oath of office.**

richard Philippe

F I L E D
Clerk's Office
USDC, Mass.
Date_____
By_____
Deputy Clerk

**In the philippe court,**
**at the UNITED STATES FEDERAL COURT,**
**JOHN JOSEPH MOAKLEY COURTHOUSE**
**12/3/21**

**case # 1:19-cr-10328-FDS-1**

**i:man; known to use the name richard: philippe; require to see form 56 attached to this**
**case.**

richard philippe

F I L E D
Clerk's Office
USDC, Mass.
Date 12/8/21
By _____
Deputy Clerk

**In the philippe court,**
**at the UNITED STATE FEDERAL COURTHOUSE**
**JOHN JOSEPH MOAKLEY COURTHOUSE**
**12/3/21**

**case # 1:19-cr-10328-FDS-1**

**i:man; known to use the name richard:philippe; require to see the 1099-R attached to this case.**

richard philippe

FILED
Clerk's Office
USDC, Mass.
Date 12/8/21
By _____
Deputy Clerk

**In the philippe court,**
**at the UNITED STATES FEDERAL COURT,**
**JOHN JOSEPH MOAKLEY COURTHOUSE**
**12/3/21**

**case # 1:19-cr-10328-FDS-1**

**i:man; known to use the name richard: philippe; require court of record.**

richard philippe

```
F I L E D
Clerk's Office
  USDC, Mass.
Date 12/8/21
By _____
  Deputy Clerk
```

**In the philippe court,**
**at the UNITED STATES FEDERAL COURT,**
**JOHN JOSEPH MOAKLEY COURTHOUSE**
**12/3/21**

**case # 1:19;-cr-10328-FDS-1**

**i: man; known to use the name richard: philippe; require evidence be established on the**
**record that the secretary of state has been properly noticed of this action pertaining to**
**court case # 1:19;-cr-10328-FDS-1.**

richard philippe

```
F I L E D
Clerk's Office
  USDC, Mass.
Date  1/5/21
By  m    m
   Deputy Clerk
```

**In the philippe court,**
**at the UNITED STATE FEDERAL COURTHOUSE**
**JOHN JOSEPH MOAKLEY COURTHOUSE**
**12/3/21**

**case # 1:19-cr-10328-FDS-1**

**i:man; known to use the name richard:philippe; require the affidavit of complaint in this**
**case file jacket be verified.**

richard Philippe

FILED
Clerk's Office
USDC, Mass.
Date_____
By_____
Deputy Clerk

**In the philippe court,**
**at the UNITED STATES FEDERAL COURT,**
**JOHN JOSEPH MOAKLEY COURTHOUSE**
**12/3/21**

**case # 1:19-cr-10328-FDS-1**

**i:man; known to use the name richard: philippe; require the nature and cause be shown**
**on the record.**

richard philippe

FILED
Clerk's Office
USDC, Mass.
Date 12/5/21
By _____
Deputy Clerk

**In the philippe court,
at the UNITED STATES FEDERAL COURT,
JOHN JOSEPH MOAKLEY COURTHOUSE
12/3/21**

**case # 1:19-cr-10328-FDS-1**

**i: man; known to use the name richard: philippe; require jurisdiction to be established on
the record for my inspection.**

richard philippe

FILED
Clerk's Office
USDC, Mass.
Date 12/15/21
By _____
Deputy Clerk

**In the philippe court,**
**at the UNITED STATES FEDERAL COURT,**
**JOHN JOSEPH MOAKLEY COURTHOUSE**
**12/3/21**

**case # 1:19-cr-10328-FDS-1**

**i:man; known to use the name richard:philippe; require everyone full name under real I.D**
**Act that's participating in this case.**

*richard philippe*

```
FILED
Clerk's Office
  USDC, Mass.
Date 12/8/21
By _____
    Deputy Clerk
```

**In the philippe court,**
**at the UNITED STATES FEDERAL COURT,**
**JOHN JOSEPH MOAKLEY COURTHOUSE**
**12/3/21**

**case # 1:19-cr-10328-FDS-1**

**i:man; known to use the name richard: philippe; require the delegation of authority or**
**power of attorney on behalf of the state, so that's the contract between the lawyer, the**
**prosecuting attorney and the state.**

richard philippe

FILED
Clerk's Office
USDC, Mass.
Date
By
Deputy Clerk

**In the philippe court,**
**at the UNITED STATES FEDERAL COURT,**
**JOHN JOSEPH MOAKLEY COURTHOUSE**
**12/3/21**


**case # 1:19-cr-10328-FDS-1**


**i: man; known to use the name richard: philippe; require to depose the claimant within 72**
**hours, if you can not produce the claimant in 72 hours your failure to respond acquiesce**
**by tacit agreement that this case should be dismissed  for want prosecution.**

Tacit

of

richard philippe

FILED
Clerk's Office
USDC, Mass.
Date 12/15/21
By _____
Deputy Clerk

**In the philippe court,**
**at the UNITED STATES FEDERAL COURT,**
**JOHN JOSEPH MOAKLEY COURTHOUSE**
**12/3/21**

**case # 1:19-cr-10328-FDS-1**

**Let us take judicial notice that no plaintiff has made a general appearance with full testimony bonded to this case and i require this case to be dismissed for want of prosecution.**

richard philippe

FILED
Clerk's Office
USDC, Mass.
Date 12/15/21
By _____
Deputy Clerk