On or About Jul-5-2019

I Appoint the Court Judge Denis Saylor as trustee of the Trust Created by the Deposit of the bank's foreclosure complaint security in the Court's Book's

And

Order the trustee to exchange the Complaint Security for a dismissal order Security

Under Trust law and under Statutes of UCT (uniform trust code) sec 407 I am not a Trustee and Do not Accept the Role of a trustee

UCT Sec 416

I Retroactively Appoint the Court Denis Saylor as trustee of the trust created by the deposit of the Bank's foreclosure complaint security in the Court's Books, And order the Trustee to exchange the complaint security for a dismissal order security

UCT Sec 402(2)(1)

if fail to perform he's breached the trust and loses his appointment so the trust loses legal title and reverts to me wich collapses the trust

RICHARD PHILIPPE
Richard Philippe / richard philippe