Case Number: 1:19-cr-10328-FDS-1

## AFFIDAVIT OF FACT

i, a man: known to use the name **richard:philippe**, a Non Citizen and paramount Security Interest Holder to the property in collateral both registered and unregistered belonging to **RICHARD PHILIPPE-ENS LEGIS**, a corporate **UNITED STATES CITIZEN** Doing business as **RICHARD PHILIPPE–ENS LEGIS**, the legal named trust(person) of the corporate **COMMONWEALTH OF MASSACHUSETTS**, and being first duly sworn, depose, say, and declare under penalty of perjury by my signature that the following facts admitted to are true, correct and complete to the best of my knowledge and belief.

1. Once the **Indictment** has been **deposited** generally into the **Courts securities accounts**, the Courts leverages securities out of the account against a **Presumption of access to the Estates credit**. The Case Bond is floated into the markets through Fidelity.('see proof annexed to affidavit from Treasury Direct.Gov)
2. The **ARREST WARRANT** (and summons in civil case) Courts serve-as vouchers seeking a bank **CONSENT** to transfer Estate(private) funds to the Courts depository account **to pay for this case Bond.**
3. A case in an incorporated Court as this, the Court(**JUDGE CHIEF DENNIS SAYLOR IV**) deposits the Indictment by **endorsing it "FILED IN CASE NO: 1:19-cr-10328-FDS-1"** THE STAMP IS A BANKERS ACCEPTANCE. This signifies acceptance, opening of an account, issuance of a number, and a deposit. The indictment has a payer **RICHARD PHILIPPE**, Payee(Plaintiff **COMMONWEALTH OF MASSACHUSETTS**), Implied amount(penal sum on the charges), a date, signature, and place of payment( the Court,). The Court maintains securities accounts in its normal course of Business, making it a securities intermediary UCC 8-102(a). Bankers acceptance.
4. The Clerk is a bank teller acting for the Court(**JUDGE CHIEF DENNIS SAYLOR IV**)
5. After depositing the check the Court then **issues credits to a general account**, meaning **THEFT of title** to the deposit(to the funds) **ON THE PRESUMPTION** that the funds will eventually be made available by the payer. It's always **PRESUMED** the funds will be available until proven otherwise by **an insufficient notice from the payer's bank**. Just like a BOL, the **Court issues a voucher to the payer's bank** to Certify the existence of the book-entry-credits- the funds.
6. The **VOUCHER IS THE BENCH(BANK) WARRANT OR SUMMONS** which are nothing more than **Securities issued** to Secure Acceptance by the Payer's Bank- indorsement [my Authorization] disguised as law for the masses, disguised as equity for lawyers/ Attorneys. [**KIDNAPPED HELD FOR RANSOM 18 US CODE 1201 CHAPTER 55**]
7. Court is seeking **Authorization by the Payer's bank( i, a man)** to ESTABLISH THE ESTATE AS SURETY(many times include the Corpse) for the funds credited to the account Represented by the Case Number.(No man shall be imprisoned for a debt).
8. The BC **IS A PRESUMPTION OF THE ESTATES AGREEMENT TO ACT AS SURETY** Just like a bank check the Court **MUST** go back to the Source which is i, to have the Securities approved **IN WHICH, i, DECLINE and do not CONSENT.**
9. i, do not and will not give consent or even Specific Consent to have the ESTATE act as Surety on the Bond (Case Bond).
10. i, do not consent to the Estate putting up the Corpse for collateral.
11. i, decline to give Bankers Acceptance, and decline do not consent to the lease of i, signature or autograph.
12. i, at no time Consent to the indorsement for the Appearance Bond nor do i, Consent to any man, woman, actor, attorney, Lawyer, judge, prosecutor, clerk, public official to sign on i, behalf.

1

Please Address all future Correspondence by mail in the matter to a direct
Living Man, namely Richard-PHILIPPE:
Care of: 13 Baltic St
Attleboro, Massahcusetts, Republic,[02703]

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The Purpose for notarization is verification and identification only and not for entrance into any foreign jurisdiction.

## ACKNOWLEDGEMENT

As a Notary Public for said County and State. I do hereby certify on this _____ day of December, 2021, that Richard-Philippe: the above-mentioned, appeared before me and executed the foregoing.

    Witness my hand and Seal:

_____
NOTARY PUBLIC

My Commission Expires:_____

Notary Signature:_____

3

13. **Again i, State the Estate does not Consent to be Surety on the Bond(Case Bond) or put up the Corpse for Surety.**
14. It is a common act in/at Court for the Court(Judge ,Magistrate, Administrator, Lawyer, Attorney, Prosecutor)to resort to shameless incivility, to get the Appearance Bond(Case Bond)[ also Recognizance bond] as they do not want to be stuck with the liability, because the stole the Estates equity by depositing the Indictment security generally, they have terminated i, interest in it and they become liable for the income and taxable termination (26 USC 2612, 2603).
15. What the Court is doing is a Breach of Trust against we the Beneficiaries (i,)
16. i, do not Consent or agree to Make a General Appearance, as the Defendant in a Corporate Court of inferior statutory law.
17. It is Tax Fraud by not Reporting the gain when the Court terminated i, interest in i, Security as well as criminal Activity (10 years Prison- see 18 USC 2073).

NOTICE

If your corporate agency has a lawful commercial and or claim of a legal duty against i, a man: known to use the name **richard-philippe:** submits it within twenty- one (21) after the date of receipt of this notice to the address below and addressed to the man **richard-philippe:** with valid proof of claim of corpus delicti, and will make them whole.

If you or any Authorized Representative of you or your principal fails to respond with a valid affidavit of truth in the front in the form of a rebuttal or does not or can not provide a full disclosed True Bill of Commerce and a complete Assessment of any and all commercial claim and or legal duty against i, a man or you ignore this notice / affidavit and remain silent without stating your claim for a period of twenty-one (21) days then you accept my claim of lawful establishments herein by tacit agreement and my affidavit will stand as fact/ truth in commerce, further creating a private to the facts stand herein. Your default under Maxims of law will constitute your agreement that any and all against i, a living breathing, flesh-and-blood, Sentient Natural man Known to use the name **richard-philippe:**, are unfounded in common law and thus do not and cannot exist.

Further Affiant saith not

i, Certify ( or Declare) under penalty under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct.

Without Prejudice, ALL RIGHTS RESERVED

Date: 12-16-2021    By: richard philippe
i, a man known to use the name richard:philippe
In the interest of RICHARD PHILIPPE ENS LEGIS
U.C.C 1-103.6. 1-201 AND 1-308. 3-311. 3-603. 3-604. 3-105

2