# Exhibit 1

| | |
|---|---|
| ▮▮▮ | I was gonna put them in my car, cause you said, oh, we have all Dahlonega's stuff. |
| S/A NORRIS: | I thought we did. They told me. They told me I did. So… |
| ▮▮▮ | I'm sure it was an accident. |
| S/A BERRICK: | Um, so, in that first interview, uh, you said there was five people that you sold firearms to. |
| ▮▮▮ | Like… period? |
| S/A BERRICK: | Well, that's what I'm trying to find out. J—so, uh, uh—[Voices overlap] |
| ▮▮▮ | It was—it was—it was mostly Rich. I was trying to th—so, like, what they were saying, I was trying to think. I didn't know what they were asking me—[Voices overlap] |
| S/A BERRICK: | Okay. [Voices overlap] |
| ▮▮▮ | So, I was—I could only think of, like, five people at the time. I couldn't even actually—if you look at the thing, I couldn't even think of five. I could only think of, like, three. |
| S/A BERRICK: | Okay. |
| ▮▮▮ | So, it was literally Rich is who they were asking about. |
| S/A BERRICK: | Got you. So, uh, is there anybody other than the people we've discussed today that you sold firearms to? |

| | |
|---|---|
| ▉ | Like, uh, like, my Dad, I gave him that nine-nine-five, and I—[Voices overlap] |
| S/A BERRICK: | Okay. [Voices overlap] |
| ▉ | Gave him a—the… the gun I bought from that pawn shop I couldn't think of the name was. From Collins Industrial Boulevard [PH] is the name of that street. |
| S/A BERRICK: | Okay. |
| ▉ | Uh, so, the High-Point and then… |
| S/A BERRICK: | So, are there any ODT guns that you purchased that went to Rich? |
| ▉ | No. |
| S/A BERRICK: | Are there any ODT guns that you bought that went to Twin? |
| ▉ | No, cause I—I didn't, like—l-like you should look at dates, like it was real recent, and I only use ODT to get my money back on guns, or to recoup some of my money. But once I met Rich I didn't need to do that anymore, cause he literally said, he w—like, he probably told you guys, he would buy anything. |
| S/A BERRICK: | Right, right. Um, [Clears throat] we talked about how you got introduced to Twin, right? |
| ▉ | Uh, when I was a child? |
| S/A BERRICK: | Your aunt? Right. Yeah. [Voices overlap] |
| ▉ | Yeah. |

| | But is it a crime if the person that you sell a gun to isn't a criminal? If you—like, if you were to go to, like, New York, or something like you said, and you said they sell it, uh, for eight hundred dollars? |
|---|---|
| S/A BERRICK: | So, you're saying if you bought it here and drove up to New York and sold it there? |
| | Yeah, if they're not a criminal. Like, if they—[Voices overlap] |
| S/A BERRICK: | Yeah, you can't—you can't sell a handgun to somebody who doesn't live in your state. |
| S/A NORRIS: | It has to be a Georgia residence. |
| S/A BERRICK: | Yeah. |
| S/A NORRIS: | And if you [U/I], you know… |
| S/A BERRICK: | Yup. |
| S/A NORRIS: | You get what we're saying? Like, I don't want to—I don't want to run around with you about all this, about—I want you to understand what we are talking about. Like, eh—I want you to understand and, like, you're very intelligent and—about all of this, like, gun stuff and, like, ge—you know, dealing with different guns and, like, buying guns. I want you to—it's—it's very important for you to understand this based on, like what's been going on in the past, what, two years. You know? |
| | Well, I was thinking it was just the Rich stuff from the last few months, but, I mean, I've sold almost all my guns that—[Voices overlap] |
| S/A NORRIS: | Mhm. |

Page 267 of 283

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: 3 |
|---|---|---|

## SUMMARY OF EVENT:

Interview of ▮▮▮h ▮▮▮▮h ▮▮▮▮▮▮▮.

## NARRATIVE:

1. This report serves to memorialize the fact that an interview of ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮▮N by Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Don Dorman and SA Nick DeGennaro occurred on July 1, 2019, at approximately 12:20 PM. This interview occurred at ▮▮▮▮▮▮▮'s place of employment (Save my Server) located at ▮▮▮▮▮▮e ▮▮▮▮▮▮l ▮▮, Suwanee, Georgia, 30024.

2. This Report of Investigation (ROI) was audio recorded in its entirety and is only intended to provide a brief summary of the substance of the interview. ▮▮▮▮▮▮▮N agreed to speak with agents and provided, in summary and not verbatim, the following information;

3. ▮▮▮▮▮▮N provided his cellular telephone number as ▮▮▮▮▮▮▮▮ and address as ▮▮▮ ▮▮▮▮▮▮▮n ▮▮▮▮, Winder, Georgia, 30680. ▮▮▮▮▮▮N stated that he is currently employed and previously worked at two businesses as a firearms sales person. ▮▮▮▮▮▮N provided his PAYPAL user information as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

4. ▮▮▮▮▮▮N stated that he had purchased approximately one hundred fifty firearms over the past two years. Of the approximate one hundred and fifty firearms he purchased, ▮▮▮▮▮▮N said that he only had ten (10) or twelve (12) firearms left. ▮▮▮▮▮▮N explained that he shoots his firearms competitively and does firearm review videos on social media sites.

5. ▮▮▮▮▮▮N stated that he buys rifles from the internet site called Outdoor Trader (ODT) and pistols from gun stores (Federal Firearm Licensee's (FFL)) such as I-Pawn, Mikes, Cash America and Dahlonega Gold and Pawn. ▮▮▮▮▮▮N stated that he shot his firearms and then sold them. ▮▮▮▮▮▮N stated that he used to sell his firearms on ODT but for the past three months he sold them all to the same five (5) people. ▮▮▮▮▮▮N could only recall the names "RICH" and ▮▮▮▮▮.

6. ▮▮▮▮▮▮N recalled that one of the people he sold his firearms to was a "weird dude" named "RICH". ▮▮▮▮▮▮N claimed that he sold "RICH" broken firearms and had "RICH's" phone number stored in his

| Prepared by: Gary D. Dorman | Title: Special Agent, Atlanta I Field Office | Signature | Date: 7/9/2019 |
|---|---|---|---|
| Authorized by: Chad D. Munn | Title: Group Supervisor, Atlanta I Field Office | Signature | Date: 7/9/19 |
| Second level reviewer (optional): Arthur D. Peralta | Title: Special Agent in Charge, Atlanta Field Division | Signature | Date: |

Page 1 of 3

ATF EF 3120.2 (10-2004)
For Official Use Only

ATF-ROI-03-0001

| Title of Investigation: | | Investigation Number: | Report Number: |
|---|---|---|---|
| LUMPKIN, Austin | | [redacted] | 3 |

Case 1:19-cr-10328-FDS   Document 300-1   Filed 04/13/22   Page 6 of 7

phone. [redacted]N also has "RICH's" email address stored in his phone (rphilippe3637@gmail.com). [redacted]N explained that [redacted] is his cousin (not a blood relative) and that [redacted] introduced him to "RICH". [redacted]N provided [redacted] phone number as [redacted].

7. SA Dorman asked [redacted] about his firearm purchases on June 21st and June 24th. SA Dorman showed [redacted]N an ATF Form 4473 (Firearms Transaction Record) from June 21, 2019. [redacted]N acknowledged that he purchased the fifteen (15) firearms and verified that it was his signature on the form. [redacted]N stated that after he purchased the firearms he shot them and then sold them to "RICH". [redacted]N claimed that he took a financial loss on the sale of his firearms.

8. [redacted]N stated that he has met "RICH" in person on multiple occasions. [redacted]N described 'RICH" as being a well-dressed, short, "lanky" older black male with a Haitian accent and gray in his beard. [redacted]N stated that he believed "RICH" lived in Georgia and drove a newer model white Ford F250 pickup truck. [redacted]N provided "RICH's" telephone number as 774-203-6780.

9. SA Dorman asked [redacted]N why he went to Dahlonega Gold and Pawn on Friday June 28, 2019. [redacted]N stated that he needed to return to the FFL to complete a form from the June 21, 2019 purchase. [redacted]N believed a staff member misplaced a form he completed for the June 21, 2019 sale of firearms and was returning at their request.

10. SA Dorman asked [redacted] why he went to Dahlonega Gold and Pawn on Saturday June 29, 2019. [redacted] stated that he was going to buy firearms which he knew would be transferred to "RICH". [redacted]N stated that he was told he could not purchase any more firearms.

11. SA Dorman asked [redacted]N if he told "RICH" or [redacted] that he was advised by staff at Dahlonega Gold and Pawn that he was not allowed to purchase anymore firearms from them. [redacted]N stated that he did tell "RICH", [redacted] and his sister that he did could not buy any more firearms.

12. SA Dorman asked [redacted]N if he recalled purchasing approximately thirty (30) firearms from Dahlonega Gold and Pawn in May of 2019. [redacted]N stated that he did and that the total purchase of the firearms was approximately seven thousand ($7,000.00) dollars. [redacted]N stated that all of the firearms except one (1) were purchased by "RICH". [redacted]N said that the multiple firearms purchase occurred over a period of approximately five (5) days and that he made multiple in person sales to "RICH". [redacted]N said that "RICH" paid him for the firearms using cash and had also provided him cash using PAYPAL.

13. SA Dorman provided "RICH's" phone number to an ATF Intelligence Research Specialist (IRS) who located a person associated with that number named Richard Philippe (DOB: [redacted]/1979). SA Dorman received a color digital photograph of Mr. Philippe. SA Dorman showed the photograph (which contained no identifying information) to [redacted]N (attached). [redacted]N observed the photograph and verified the depicted person was the individual known to him as "RICH". "RICH" was identified as Richard PHILIPPE.

14. SA Dorman asked [redacted]N if he thought PHILIPPE would still meet him to purchase more firearms. [redacted]N stated that PHILIPPE would meet him if he told him he had more firearms to sell. SA Dorman asked [redacted]N if he would place a consensually monitored telephone call to PHILIPPE and discuss firearms. [redacted]N agreed. [redacted]N acknowledged that, for the previous four (4) months, he sold all his firearms to PHILIPPE. [redacted]N estimated that he sold PHILLIPE approximately fifty (50) firearms and received approximately eleven thousand ($11,000.00) dollars from PHILIPPE. [redacted] maintained

that he lost approximately four thousand ($4,000.00) on the approximate fifty firearms he sold to PHILIPPE.

15. SA Dorman asked ▓▓▓▓▓N if he thought PHILIPPE would consider it strange for ▓▓▓▓▓N to tell him he now had firearms to sell (after being told he could not purchase anymore firearms the previous Friday). ▓▓▓▓▓N stated that he did not because PHILIPPE called him the previous night (June 30, 2019) and asked him to get him more firearms. SA Dorman asked ▓▓▓▓▓N again if he would be willing to make a recorded phone call to PHILIPPE and ▓▓▓▓▓N said that he would.

16. ▓▓▓▓▓N called PHILIPPE at phone number 774-203-6780 and explained to him that he was in possession of thirteen (13) Glock firearms (.45 caliber and 9 mm). PHILIPPE asked ▓▓▓▓▓N if he was allowed to buy firearms again and he ▓▓▓▓▓) explained that he was. PHILIPPE told ▓▓▓▓▓N that he would "Come down" and pick the firearms up on Wednesday. Later during the call, PHILIPPE told ▓▓▓▓▓N to give him twenty four (24) hours to work his schedule out. This phone call was captured in its entirety.

17. SA Dorman observed multiple photographs of firearms in display cases with price tags attached in ▓▓▓▓▓'s photographs on his cellular telephone. ▓▓▓▓▓N explained that he took the photographs to show his aunt a picture of a particular firearm.

18. The interview was concluded at approximately 2:43 pm.


Attachments;

Audio recording of interview with ▓▓▓▓▓, ATF evidence item #1.
Copy of digital photograph of PHILIPPE.
Copy of ATF Form 4473 dated June 21, 2019.

ATF EF 3120.2 (10-2004)
For Official Use Only

ATF-ROI-03-0003