# Exhibit 8

**Braintree Police Dept.**
**282 Union St.**
**Braintree, MA 02184**
**(781) 794-8600**
**Incident Report**



**Incident Number:** ▓▓▓▓▓
**File No:** N/A
**Dispatch Incident Number:** ▓▓▓▓▓
**Print Date:** September 2, 2020
**Printed By:** mcrowley

**Narratives for Incident Number** ▓▓▓▓▓ **?**   **Yes**
**Other Narratives not authorized for print?**   **None**
**Narratives this user authorized to print:**

**Narrative by:** Patrolman John Connolly (0186)   Division: Patrol Division

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 07/04/2020  01:26 | Probable Cause Narrative | John Connolly (n/a) | Closed | Lieutenant Karen MacAleese | 07/05/2020 |

This narrative serves as a statement of fact to articulate probable cause in order to substantiate criminal charges against Jose Rodriguez (▓▓▓▓/1999) in relation to an incident which took place inside the South Shore Plaza located at 250 Granite Street, Braintree, on July 3, 2020. Additional narratives with further details will be completed and submitted at a later time. The following is merely a summation of the collective observations of police personnel who responded, witness interviews and evidence recovered.

On the afternoon of July 3, 2020 beginning at approximately 4:43 p.m., Braintree Police Department's Emergency Communications Center began receiving an extensive number of emergency calls reporting shots fired inside of the South Shore Plaza ("SSP"), more specifically in the area of the Nordstrom and ultimately determined to be in the concourse area in front of the Expressions/Sephora stores.

Radio broadcasts were immediately transmitted reporting the shooting incident, during which time I was on duty and located in the Nordstrom's parking lot. I made entry into Nordstrom as panicked crowds exited. In proceeding through Nordstorm, I observed blood and broken glass in the store's second floor. I continued through in an effort to make entry to the Nordstrom Wing where updated information indicated the shooter was, however Nordstorm staff had lowered their security grate that leads into the main portion of the SSP.

I circled back through Nordstrom in order to find a different means of access to the Nordstrom Wing, during which time I was alerted to a person who had been shot and was located at the time in one of the Nordstrom's restrooms. I proceeded to that restroom to ensure the shooter wasn't in that portion of the store and briefly made contact with the female who had been shot, later identified as ▓▓▓▓ ▓▓▓▓ ("Juvenile"). After determining there was no immediate threat to Juvenile or the adults who were tending to her gunshot wounds, I returned to my cruiser and relocated to the service corridor that runs parallel to the DSW escalators. Once containment had been set, BPD personnel made contact with Juvenile in the Nordstrom restroom and evacuated her to Brewster EMS, who transported her to the Boston Medical Center.

Upon making entry to the SSP once more, additional BPD and surrounding agencies were beginning to arrive. Shortly thereafter, with the assistance of Boston Police Officer Jose Amado, I made contact with ▓▓▓▓ Wilson, ▓▓▓▓▓▓ Palmer and ▓▓ Palmer's fiancé, ▓▓▓▓ Elston.

I conducted hasty interviews of all three.

Ms. Palmer stated to me that leading up to the shooting incident, she, Ms. Elston and Ms. Wilson were in line at the Expressions store, located in the Nordstrom Wing of the SSP. During that time, a light skinned tall male with braids wearing a sweater walked up to Ms. Wilson. In this portion of the narrative, I will refer to this male as Suspect 1 ("SP1"). SP1 said to Ms. Wilson, "hey, ain't you from Heath Street?" Ms. Palmer reported her daughter, Ms. Wilson, said "I don't have time for this, get out my face," and SP1 asked Ms. Wilson once more "ain't you from Heath Street?" Ms. Wilson again said "get out my face" and backed up. SP1 then punched Ms. Wilson in the face and they "all" started brawling. When asked, Ms. Palmer clarified to me that the participants in the fight were she, Ms. Wilson, Ms. Elston, SP1 and two male associated of SP1. Two of those males were described by Ms. Palmer to be "Spanish" and one described as "Black." The three males were also with a "Spanish" female who was pushing a stroller with a child in it. Ms. Palmer had never seen any of the described individuals before and explained that the female from SP1's group had been inside Expressions, and upon exiting they (female, child and three males) walked off. SP1 walked back and the confrontation began. Ms. Palmer stated the shooter was SP1 and was an estimated five feet from SP1 during the shooting. She described the firearm as a black handgun and stated that she heard four gunshots.

Ms. Elston stated to me that she, Ms. Palmer and Ms. Wilson were standing in line at Expressions. Ahead of them in line was a female with a child in a stroller and two males, who were later joined by two more males. An employee at Expressions allowed the female and one of her male associates in the store and the other males from the group remained outside. While still in line, a male (SP1) came up to Ms. Wilson and said "hey, where you from?" Ms. Wilson didn't respond and SP1 punched Ms. Wilson in the face. Ms. Elston stated they were all "on him," referring to SP1. Numerous individuals came over to break up the fight. She observed him pull out a black gun and fired two to three shots. Ms. Elston did not see where he was pointing the gun but stated he was right in front of Expressions when he fired the weapon. Ms. Elston reported that following the shooting, "they" ran in the direction of Macy's. Ms. Elston stated she had never seen any of them before.

**Braintree Police Dept.**
282 Union St.
Braintree, MA 02184
(781) 794-8600
**Incident Report**



**Incident Number:**
**File No:** N/A
**Dispatch Incident Number:**
**Print Date:** September 2, 2020
**Printed By:** mcrowley

**Narrative by: Patrolman John Connolly (0186)   Division: Patrol Division (continued)**

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 07/04/2020 01:26 | Probable Cause Narrative | John Connolly (n/a) | Closed | Lieutenant Karen MacAleese | 07/05/2020 |

Ms. Wilson identified herself as being associated with Heath Street, a known street gang in the City of Boston. She was less forthcoming with her version of events leading up to the shooting incident, but did state to me that there were five people in the other group, one of whom, a male, shot at her. Within the group, there was one female with a child in a stroller and four males, possibly Hispanic.

After interviewing all three in the area of the service corridor adjacent to DSW, I asked about a black Milwaukee Brewers baseball cap that was placed on the guardrail along the DSW escalator. Ms. Elston explained that after the shooting, she had picked it up believing it belonged to Ms. Wilson. Ms. Wilson explained to me that it wasn't hers, and was actually worn by SP1 prior to the shooting. It is known that the Milwaukee Brewers logo is sometimes associated with the Mission Hill street gang. Given the still lack of containment at the time and fluid scene, I photographed the hat in place with my department phone and secured the hat in my cruiser.

In the immediate aftermath of the described fight and shooting incident, videos from social media circulated depicting both the fight and SP1 retrieving and raising a firearm. In the video depicting the fight, a male, SP1, can be seen on the ground wearing distinctive gray pants with black rectangles and lime green writing down the side. In the video depicting the retrieval and raising of the firearm, which also includes audio consistent with that of a gunshot, SP1 is wearing the same pants described in the video of the fight.

SSP video from Entrance 3, which is roughly 250 feet from the scene of the shooting, depicts SP1 running out of the SSP immediately following the shooting incident. As he runs towards the exit, he is wearing the previously described distinctive pants and appears to be clutching a black object slung over his shoulder with his left hand and clutching a bulge in his waistline with his right hand. SP1 is also wearing a sweatshirt, possibly a darker colored Nike sweatshirt with lettering that appears consistent with the company's "Just Do It" slogan, as he runs towards the exit. At approximately 4:44 p.m., SP1 is observed on an exterior CCTV moving along the south garage fence line between the fence and parked cars in a westerly direction. SP1 appears to be carrying a black object in his left hand and then goes behind the bushes that separate the garage from the access road (Red Robin/Bank of America), at which time the bush visibly shakes. SP1 then proceeds around the bush and passes by the camera angle again, along the aforementioned access road. At that time, as SP1 walks away from the SSP toward Granite Street, he no longer appears to have any object in his hand. In this video, SP1 is wearing the same clothes in the previously described videos depicting him in the fight, shooting and absconding through Entrance 3 post-shooting.

About an hour and a half later, sometime around 6:12 p.m., a Braintree Police K9 located and introduced itself to Jose Rodriguez (   /1999) in the woodline across from 485 Granite Street, which resulted in minor injuries. RODRIGUEZ was taken into custody, during which time he was wearing the above described distinct gray pants with black rectangles and lime green writing along the side. Due to minor injuries sustained from the K9, RODRIGUEZ was transported by Brewster EMS to the South Shore Hospital in the company of Officer J. Hurley. I spoke with Officer Hurley and confirmed he had seen the above described videos of the fight and shooting on social media, which he had. Officer Hurley advised me that aside from RODRIGUEZ not having a sweatshirt on at the time of his arrest, his clothing was an exact match to SP1 as described above. At my request, paper bags were taped off around RODRIGUEZ's hands in anticipation of GSR swabs. After a short period of time, RODRIGUEZ was discharged from the hospital and returned to Braintree PD where he was booked in the usual manner.

Subsequent to RODRIGUEZ's arrest sometime around 9:30 p.m., Det. Wallace notified me that he and members of the FBI VCTF (SA Fierabend and SA Zukawskas) discovered a presumptively discarded bag that had possibly been possessed by RODRIGUEZ in the southwest corner of the South Garage on the first floor. A black firearm, specifically a black Taurus G2C chambered in the 9mm and bearing serial number 29707TLY was ultimately located in the described bag located by FBI VCTF personnel. It should be noted that six 9mm casings were recovered from the scene of the shooting inside the SSP.

The Juvenile who was shot by RODRIGUEZ was transported to the Boston Medical Center. Det. Kallenberg had an opportunity to speak with Juvenile in the presence of her parents. In speaking with Juvenile, it was apparent that she was not involved with, nor knew, any of the individuals involved in this incident. Rather, she was merely a 15 year old girl spending time at a local mall. The Victim's attending physician, Dr. Jillian Duffy, described to Det. Kallenberg that Juvenile's injuries as injury to the medial aspect of Juvenile's right palm, seven centimeters of exposed tissue and a fracture to her 5th metacarpal. There was a second wound to Juvenile's chest, described by Dr. Duffy as a graze wound, approximately two and a half (2.5) centimeters long, to the left interior chest wall.

Given the information detailed above, RODRIGUEZ is being charged with the following violations of Massachusetts General Laws:

Ch. 265 § 15/A: Assault to Murder
Ch. 265 § 15E: A&B by Discharge of Firearm
Ch. 265 § 13J/B: A&B on Child with Substantial Injury