**Affidavit of Notary Presentment**

On ( 04/29/22 ) ( sir Richard Philippe ) appeared before me with the following documents listed below, I the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.

**To:** John. Joseph Moakley U.S. Courthouse.
One Courthouse way, Boston, MA 02210

**List of documents:** AFFIDAVIT FOR APPOINTMENT OF TRUSTEE.

Nicole Cepeda Gomez

**Notary Print Name**

Nicole Cepeda

**Notary Signature**

NICOLE CEPEDA GOMEZ
Notary Public
State of Rhode Island
I.D. #707742
My Commission Expires 09/29/2025

By: Sir richard philip

Sir richard philippe 'Sui Juris'
Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete— RøP
28 U.S.C. ss. 1746.          UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

# district court of the united states

# in the district of massachusets

| | | |
|---|---|---|
| UNITED STATES | ) | |
| V. | ) | Case No. 19-CR-10328-FDS-1 |
| richard philippe | ) | |
| | ) | |

**AFFIDAVIT FOR APPOINTMENT OF TRUSTEE**

I Sir richard philippe 'Sui Juris', Grantor, Executor, and Beneficiary: Appoint the Court, and/or (Trust), Judge Dennis Saylor as Trustee On or About July 5- 2019 of the Trust Created by the Deposit of the Bank's Foreclosure Complaint Security in the Court's Book's. And; Order the Trustee to Exchange the Citation, and/or Complaint, and/or Indictment Security to/or for a Dismissal Order Security.          Under Trust Laws and Under Statutes of the Uniform Trust Code (UTC) Section – 407

I Sir philippe Grantor, Executor, and Beneficiary: Declare that I am not a Trustee and I do not Accept the role of a Trustee.

I Sir philippe Grantor, Executor, and Beneficiary: Deny any Assumption or Presumption of Performance Appointment nor did I or will I Ever Agree to Any Type of Performance Appointment.

I Sir philippe Grantor, Executor, and Beneficiary: Have Never Knowingly, Intentionally, and Intelligently Sign, Agree, Accept, nor Consent to any Contract as Trustee, and if such Contract exist, it was Never properly and Fully Disclose Thus such Contract should be and must be Void.

I Sir philippe Grantor, Executor, and Beneficiary: Declare Under Uniform Trust Code (UTC) Section – 416 Retroactively Appoint the Court, and/or Trust: **(Chief Judge F. Dennis Saylor, IV, Magistrate Judge Jennifer C. Boal, Attorney Fred M. Wyshak, III, Attorney William F. Abely, II, Attorney John Maclin, Attorney Keith Halpern, Attorney Kevin L. Baron)** as Trustee On or About July 5- 2019 of the Trust Created by the Deposit of the Bank's Foreclosure Complaint Security in the Court's Book's. And; Order the Trustee to Exchange the Citation, and/or Complaint, and/or Indictment Security to/or for a Dismissal Order Security.

I Sir philippe Grantor, Executor, and Beneficiary: Declare Under Uniform Trust Code (UTC) – 402(2)(1) that the Appointed Trustee's has all failed to perform and/or has all Breached the Trust and/or Looses their Appointment which causes the Trust to Looses Legal Title and Reverts back to I Sir philippe Grantor, Executor, and Beneficiary: which collapses the Trust. UTC,402(2)(1). This Court have 72 hours to vacate this proceeding with prejudice. Return all Copies to I Sir philippe in writing within 10 days.  Thank you for your service.

Pursuant to Local rule 7.1 **(D.),** I Sir richard philippe **'Sui Juris'** is respectfully requesting all oral argument on my Affidavit for appointment of trustee  to be dismiss because I  believes that such argument will be of assistance of the  court.

Pursuant to 28 U.S.C section 1746, I Sir richard philippe **'Sui Juris'**  Declare under Penalty of Perjury that the Foregoing is Certified true, Correct (accurate) and Complete. In the Name of GOD.          Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1)

          In the words of Henry R. Gibson, 'The Equity completely disregards form, and looks at the substance and not intent.

By: *Sir richard Phil____*

*Seal*

Sir richard philippe 'Sui Juris'

Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1)

Certified true, accurate and complete *P.P*

28 U.S.C. ss. 1746.          UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

## Affidavit of Notary Presentment

On ( _04/29/22_ ) ( _sir RichARD PhiLiPPe_ ) appeared before me with the following documents listed below, I the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.

**To:** John. Joseph Moakley U.S. Courthouse.
One Courthouse way, Boston, MA 02210

**List of documents:** AFFIDAVIT FOR RECORD AN ERROR.

_Nicole cepeda Gomez_

**Notary Print Name**

_Nicole cepeda_

**Notary Signature**

**Notary Seal**

NICOLE CEPEDA GOMEZ
Notary Public
State of Rhode Island
I.D. # 787842
My Commission Expires 03/29/2025

By: _sir richard Philippe_
Sir richard philippe 'Sui Juris'
Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1)

Certified true, accurate and complete: _Ro P_
28 U.S.C. ss 1746.        UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

district court of the united states

in the district of massachusetts

UNITED STATES                )

                             )            Case No. 19-CR-10328-FDS-1

V.                           )

                             )

richard philippe             )

## AFFIDAVIT FOR RECORD AN ERROR

I Sir richard philippe 'Sui Juris/sui juris' **(Flesh Blood Soul Possessing Living Man):** can state that the Clerk of Court is Keeping a Record an Error.

The true date of birth for RICHARD PHILIPPE is October 16, 1979.

By law the record must be corrected. This Court have 72 hours to correct the Record.

Return all Copies to I Sir philippe in writing within 10 days.  Thank you for your service.

Pursuant to Local rule 7.1 (D.),  I Sir richard philippe 'Sui Juris' is respectfully requesting all oral argument on my Affidavit to

Correct record an error to be dismiss because I  believes that such argument will be of assistance of the  court.

Pursuant to 28 U.S.C. Section 1746 I Sir richard philippe 'Sui Juris' Declare under penalty of perjury that the foregoing is true and correct, in

the Name of GOD and our Lord and Savior Jesus Christ.           Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

In the words of Henry R. Gibson, 'The Equity completely disregards form, and looks at the substance and not intent.

By: _Sir rich ... Philippe_

Sir richard philippe 'Sui Juris'.

Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete:

28 U.S.C. ss 1746.           UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

## Affidavit of Notary Presentment

On ( __5/2/22__ ) (_Sir Philippe, Richard_ _____) appeared before me with the following documents listed below, I the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.

**To:** John. Joseph Moakley U.S. Courthouse.
One Courthouse way, Boston, MA 02210

List of documents: AFFIDAVIT OF JOINT RECIPIENT.

_Nicole Cepeda Gomez_
Notary Print Name

_[signature]_
Notary Signature

NICOLE CEPEDA GOMEZ
Notary Public
State of Rhode Island
I.D. S [illegible]
My Commission Expires 09/29/2025

By: _Sir richard philippe_
Sir richard philippe 'Sui Juris'.
Without Prejudice UCC-1-308, UCC-1 207, UCC-3-402(b)(1)

Certified true, accurate and complete: _rp_
28 U.S.C. SS. 1746.                    UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

district court of the united states

in the district of massachusetts

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | Case No. 19-CR-10328-FDS-1 |
| V. | ) | |
| | ) | |
| richard philippe | ) | |

### AFFIDAVIT TIME IS OF THE ESSENCE FOR JOINT RECIPIENT ERROR

I am, who I am, Sir richard philippe 'Sui Juris'; presenting on the record for the record this Affidavit of joint recipient.

As time is Of the Essence; I Sir philippe access that there has been a mistake.

Where the Proper Notice So I Sir philippe is may handle this matter in Honor?

For your information and understanding the reason for this Notice is reciprocation and indemnification within Article 38 of the

lieber code in conjunction with Article 31 of the lieber code in order for Article 2 of the lieber code to be fulfilled.

It appears that I Sir philippe am a joint recipient of Birth Certificate number, (#):80437

In absence evidence to the contrary, would the attached copy of the Birth Certificate number, (#):80437 be evidence of the

obligation /guarantee of performance by the UNITED STATES, United States, UNITED STATES OF AMERICA, United States of

America, USA, U.S.A., US, U.S., and the States of Massachusetts?

In absence evidence to the contrary, and with this agreement, it appears that I Sir philippe am a joint recipient

To and co-user of Social Security number, (#): 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 in the name registered on the Birth Certificate number, (#):80437,

I Sir philippe now Notice you of my acceptance of the agreement and request the Court to instruct the Plaintiff to Provide and Deliver all tools to remedy the Situation.

This Court have 72 hours to Vacate this proceeding with prejudice. Return all Copies to I Sir philippe in writing within 10 days. Thank you for your service.

Pursuant to Local rule 7.1 (D.), I Sir richard philippe 'Sui Juris' is respectfully requesting all oral argument on my Affidavit of Joint recipient error to be Dismiss because I

believes that such argument will be of assistance of the court.

Pursuant to 28 U.S.C. Section 1746 I Sir richard philippe 'Sui Juris' Declare under penalty of perjury that the foregoing is true and correct in the Name of God and our Savior

Jesus Christ.                             Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

In the words of Henry Gibson, "The Equity completely disregards form, and looks at the Substance and Intent.

By: Sir richard philippe

Sir richard philippe 'Sui Juris'.

Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: r p

28 U.S.C. SS. 1746.                    UCC 1-308, UCC 1-207, UCC-3-402(b)(1).

## Affidavit of Notary Presentment

On ( 4/29/2022 ) ( Sir RichARD phiLippe ) appeared before me with the following documents listed below, I the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.

**To:** John. Joseph Moakley U.S. Courthouse.
One Courthouse way, Boston, MA 02210

**List of documents:** AFFIDAVIT OF ROGATORY LETTER.

*Nicole cepeda Gomez*

**Notary Print Name**

**Notary Signature**

**Notary Seal**

NICOLE CEPEDA GOMEZ
Notary Public
State of Rhode Island
I.D. # 767842
My Commission Expires 06/28/2025

By: *Sir richard phili...*
Sir richard philippe 'Sui Juris'.
Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: *RiP*
28 U.S.C. SS. 1746.                    UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

district court of the united states

in the district of massachusetts

UNITED STATES

        )

  V.       )    Case No. 19-CR-10328-FDS-1

         )

richard philippe    )

### AFFIDAVIT OF ROGATORY LETTER

I Sir richard philippe 'Sui Juris/sui juris' flesh, blood, soul possessing Living Man demand in the Sir philippe' Court issuing this Rogatory Letter (See Fed. R. Civ. P. 28), to the foreign Federal corporation Government's Court an accounting of the total amount of the bill for settlement and closure of the account. I Sir Philippe also demand that Judge, Trust Dennis Saylor IV as appointed trustee and acting as trustee See' (trustee ex maleficio) on the account to notify, I Sir philippe of the information he needs to settle this matter! I Sir philippe, Demand for Judge Trust Dennis Saylor IV to be aware that I have posted a Bond for discharge! Prosecutor Fred Wyshak III, John T. McNeil and the Clerk of Court Mathew McKillop are betting that you will default. I Sir philippe needs to know and asking this Court if the opposite party posted a Bond or not; either way this Court have 72 hours to dismiss the case of account number: 19-CR-10328-FDS-1, and/or 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, and/or 80437 or your Court Judge Trust Dennis Saylor IV will be force to pay. It has been two weeks since you posted that Bond, which I have never agree to be the all Capital letter, **(Name (s), Person(s), Corporation(s), Official(s), Officer(s), Fiction(s), Strawman, and Collateral,)**; Therefore I Sir richard philippe 'Sui Juris/sui juris' flesh, blood, soul possessing Living Man, Demand to be release immediately.

**Return All Copies to I Sir philippe in writing within 10 days. Thank you for your service.**

Pursuant to Local rule 7.1 (D.), I Sir richard philippe 'Sui Juris' is respectfully requesting all oral argument on my Rogatory Letter to be Dismiss because I believes that such argument will be of assistance of the court.

Pursuant to 28 U.S.C. Section 1746 I Sir richard philippe 'Sui Juris' Declare under penalty of perjury that the foregoing is true and correct in the Name of God and our Lord and Savior Jesus Christ.    Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

**In the words of Henry Gibson, "The Equity completely disregards form, and looks at the Substance and Intent.**

By: Sir richard philippe

Sir richard philippe 'Sui Juris'

Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: RoP

28 U.S.C. SS. 1746.       UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

## Affidavit of Notary Presentment

On ( _04/29/22_ ) ( _Sir Richard   philippe_ ) appeared before me with the
following documents listed below, I the below signed notary, personally verified that these documents were
placed in an envelope and sealed by me.

**To:** John. Joseph Moakley U.S. Courthouse.
One Courthouse way, Boston, MA 02210

**List of documents:** AFFIDAVIT OF TRUTH.

_Nicole  cepeda Gomez_

**Notary Print Name**

_[signature]_

**Notary Signature**

NICOLE CEPEDA GOMEZ
Notary Public
State of Rhode Island
I.D. #
My Commission Expires 09/29/2025

By: _Sir richard philippe_
Sir richard philippe 'Sui Juris'.
Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: _RP_
28 U.S.C. SS. 1746.                    UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

district court of the united states

in the district of massachusetts

| | | |
|---|---|---|
| UNITED STATES | ) | |
| V. | ) | Case No. 19-CR-10328-FDS-1 |
| *richard philippe* | ) | |

### AFFIDAVIT OF TRUTH

I am, who I am, *Sir richard philippe* 'Sui Juris', presenting on the record for the record this allocution of true facts under **Fed.R.Crim.P. 32(c)(3)(C).** I have made numerous voluntary and involuntary Special Appearance to the district court of the united states in the district of massachusetts at one court house way boston mass seeking to resolve the matter for **docket number: 19-CR-10328-FDS-1** in the COURT,TRUST,OR ESTATE OF JUDGE DENIS SAYLOR IV. I am a Man, Living Upon The Land and Speaking as Only a Man Can. I've Gone Through DENIS SAYLOR'S Courts, Walk Through DENIS SAYLOR'S Flood Gates, Stand in Front of DENIS SAYLOR'S Bar, Sat in DENIS SAYLOR'S box, And Talked to DENIS SAYLOR'S Jury; of his own choosing to support his agenda, and directed the jury on what decision to make without properly educating the jury on the lawful statutes and codes that relates to the claim, and/or complaints as assumed facts, in order for the jury to properly determined what jurisdiction and/or the tort which is an offense committed against a living Man or Woman, or the Crime which is a violation against statutes and code of state governments, which does not apply to me as I am not a state public official, corporation, fiction, civilly dead, nor hold office in state government, and I am not in any way part of the federal corporation, nor that I cause lost harm or damage to a living man or woman. It is unlawful to interfere with the jury in any way during trial which is a direct violation of due process, which provides me with strong grounds to file a class action trial de-novo on Judge DENIS SAYLOR IV. I have Done All DENIS TAYLOR Ask. As no Single Individual Person or Group Thereof Has any Authority to Regulate my Life, Take my Labor or my Property, or Require Me to Submit to His or Their Political Jurisdiction, Then it Reasonably Follows that no Government Created by Such Individuals Can Acquire Such Authority. Since the Rightful Authority of Government Come from the People, they cannot give to the Government what they do not have. I have no Individual Authority to Politically Bind You; as it is Self- Evident that you have no Authority to Politically Bind Me; The Foregoing Limitation Applies Equally to all Without Exception Whatsoever, and no Person, Persons, or Group thereof, Can Form a Government and Imbue that Government with Authority to Properly Claim to Have Political Jurisdiction over Me. This is the Essence of Personal Political Sovereignty; It Cannot be Otherwise When I am Sovereign Over Myself. Those Rights which People Inherently Possess in a State of Nature Prior to Formation of Governments, These Rights Including those of Life, Liberty, and Property, are Considered Inherent and as Such are Unalienable. Since Government is established by People, Government Has the Responsibility to preserve these Rights for the people, the Rights of Personal Security, Personal Liberty, and Private Property do Not Depend on the Constitution for they Existence. They existed before the Constitution was made or the Government was organized. These are what are termed the "Absolute Right of Individuals" which Belong to them Independently of all Government, and which all Governments which Derive their Power from the Consent of the Governed were Instituted to Protect. The People Still Retain all their Rights that they had before the Institution of Government, and the Purpose of Government is to enable the People to combine their Power so they'll Have Sufficient Strength to Repel Invaders. It Remains the Duty and Responsibility of the People to Preserve their Individual, Naturally Acquired God-Given, Rights. I Have Never Voluntarily Waived My natural God-Given Rights, and if I've signed anything under Color of Law, it was a Contract that was not Fully Disclosed, and that's Fraud, and Once a Fraud Always a Fraud. I never agree to appear in any Court proceeding, and to Subject Myself to the Jurisdiction of any Courts; and that I was a citizen of the United States, and a citizen of the State of Massachusetts and that I Have Waived My Political Sovereignty Over Myself to Some Other Entity So I am No in any way appearing. I involuntarily make special appearances as Flesh and Blood Existence, As a Man on the Land. {A} This Proceeding has failed to produce evidence of an injured party. {B} This Proceeding has failed to produce an affidavit of verified complaint, or the existence of a complaining party. {C} This Proceeding has failed to produce an injured

Certified true, accurate and complete: *KøP*
28 U.S.C. SS. 1746.                    UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

party onto the witness stand for testimony. {D} This Proceeding has failed to produce and to state a claim upon which relief can be granted. {E} This Proceeding has failed to produce an honorable ruling, therefore the Court could rule only by an undisclosed presumption of an assumed intention. During the so-called trial I was denied exculpatory evidence such as the Court not answering Motions, notices, affidavits, and denying constitutionally guarantee due process of law. If this Court Ever Had Jurisdiction, Which I Deny, It lost it During the Proceedings by its many Denials of Due Process, and therefore all Judgments made are VOID. I am, who I am a Flesh Blood Living Man Knowing to be called *Sir philippe*, and recognized by many different art form by this Court such as RICHARD PHILIPPE, Richard Philippe, Mr. PHILIPE, Mr. Philippe and Mr. RICHARD PHILIPPE or Mr. Richard Philippe. I Reserve My Natural God-Given Unalienable Rights, Waiving None, Ever-as all is Conditional upon My Receipt of your Written Statement of Claims and Proof of Claim to the Contrary under your Bond of Office and Penalties of Perjury I Have Broken no LAW, I Have Committed no CRIME. There is no LAW that Requires Me, a Living Man in the Private Sector, to Surrender My Labor or My Property Without My Consent, nor Could There be Such a LAW, Since no one, either Individually or in a Group, has the Right to take My Rights, My Labor or Property, and Cannot give that Authority to the Government. For the Government to do so, would be the Very Definition of Involuntary Servitude, totally Prohibited by Nature's LAWS and as is Codified in the 13th Amendment of the Constitution for the United States of America. I have not Violated GOD'S LAW. I have not caused an injury to Another Living Soul, this would be a violation of the royal law of love your neighbor as yourself or man's interpretation do unto others as you would have them do unto you. I have not committed a Crime, and there is nothing on which to Convict Me, Thus the Conviction is Null and Void. And any Bonds Affiliated or Associated with this Case, whether they were issued with the Warrant, or citation in the form of a bid Bond, or as an Appearance Bond, or as a Performance Bond which have been written as a Result of this Procedure, and any other Bonds, written and any way, shape or form whatsoever. I hereby now Cancel, Terminate, Discharge, Dismiss, Deactivate, Eradicate, Nullify, Quash, Rescind, Repeal, Revoke, Abrogate, Abolish, and Expunge; and I forbid the use of My Name and likeness for Profit, as all Bonds Created, whether on the Record or not, are Void Ab-Initio as only I, a Living Man can Cause. I am Canceling The Conviction and all Appearances on My part and Now Cancel any and all Contracts , Entered into by Me, Knowingly or Unknowingly by Any methods including but not Limited to Verbal, by Assent, Consent, Presumption, Assumption, Deception, Threat, Duress, Coercion, Fraud, Fiction, Fantasy or Illusions, or any Other method, Including words of Art, Magic, and Sophistry, Casuistry and Lying, or by Specious Acts of Fallacious, Deceptive, Delusive, Misleading, Apparent, Illusive, Illusory, Ostensible, Practice of Law. I do not accept any offer, nor do I give Consent, I do not give my consent to be warehouse by custodians, or to be forced into any involuntary servitude. I will not go to Jail or Prison, Pay or Discharge any Fines, Fees, Court costs, nor Taxes nor Restitution of any Kind. I do not Accept nor Consent to have My Rights Blocked or Impeded in any Way, Shape, or Form. I do not accept any Offer, nor Consent to have My Body or Possessions Seized or Confiscated or used by anyone or their Agent for their own use, or for the Benefit of Another. I do not Consent to Probation, Parole, or any other form of Supervision Imposed for this Matter, or in Association with this Matter, which may be attempted to be linked with or in Causation with this Matter, or placed twice in Jeopardy for the Same Pretended Crime. My Public Business here is Completed, Perfected, Discharged, Accomplished, Dismissed, Concluded, Terminated, and as Jesus Christ our lord and Savior Stated; it is FINISHED.

This Court have 72 hours to Vacate this proceeding with prejudice. Return all Copies to I *Sir philippe* in writing within 10 days. Thank you for your service.

Pursuant to Local rule 7.1 (D.), I *Sir richard philippe* 'Sui Juris' is respectfully requesting all oral argument on my Affidavit of truth to be Dismiss because I believes that such argument will be of assistance of the court.

Pursuant to 28 U.S.C. Section 1746 I *Sir richard philippe* 'Sui Juris' Declare under penalty of perjury that the foregoing is true and correct in the Name of God and our Lord and Savior Jesus Christ. Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1.)

In the words of Henry Gibson, "The Equity completely disregards form, and looks at the Substance and Intent.

By: *Sir richard philippe*                                                        Seal

*Sir richard philippe* 'Sui Juris'

Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1.)

Certified true, accurate and complete: *RP*

28 U.S.C. SS. 1746.                                     UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

## Affidavit of Notary Presentment

On ( 04/29/22 ) (sir RichARD philippe          ) appeared before me with the

following documents listed below, I the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.

**To:** John. Joseph Moakley U.S. Courthouse.
One Courthouse way, Boston, MA 02210

**List of documents:**   AFFIDAVIT TO FILE 1099 OID.

*Nicole cepeda Gomez*

**Notary Print Name**

**Notary Signature**

Notary Seal

NICOLE CEPEDA GOMEZ
Notary Public
State of Rhode Island
I.D. 8-74...
My Commission Expires 09/29/2025

By: *Sir richard philippe*    Seal
*Sir richard philippe 'Sui Juris'.*
Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1)

Certified true, accurate and complete: *R o P*
28 U.S.C. ss 1746.          UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

# district court of the united states
# in the district of massachusetts

UNITED STATES  )
)
V.  )  Case No. 19-CR-10328-FDS-1
)
richard philippe  )

## **AFFIDAVIT TO FILE 1099 OID**

I Sir richard philippe 'Sui Juris/sui juris' **(Flesh Blood Soul Possessing Living Man),** Demand, Fred M.WYSHAK III and John T. McNeil a full Accounting and provide a 1099 OID within 10 Days.

This Court have 72 hours for the prosecutors to file the 1099 OID Forms.

Return all Copies to I Sir philippe in writing within 10 days.  Thank you for your service.

Pursuant to Local rule 7.1 (D.), I Sir richard philippe **'Sui Juris'** is respectfully requesting all oral argument on my Affidavit 1099 OID to be dismiss because I believes that such argument will be of assistance of the court.

Pursuant to 28 U.S.C. Section 1746 I Sir richard philippe **'Sui Juris'** Declare under penalty of perjury that the foregoing is true and correct, in the Name of GOD and our Lord and Savior Jesus Christ.    Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

In the words of Henry R. Gibson, 'The Equity completely disregards form, and looks at the substance and not intent.

By: _Sir richard philippe_    Seal

Sir richard philippe 'Sui Juris'.

Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: _____
28 U.S.C. ss 1746.        UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

## Affidavit of Notary Presentment

On (04/29/22 ) (Sir RichARD Philippe_____) appeared before me with the following documents listed below, I the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.

**To:** John. Joseph Moakley U.S. Courthouse.
One Courthouse way, Boston, MA 02210.

**List of documents:** AFFIDAVIT TO FILE FORM 433A & 433B.

_Nicole cepeda Gomez_

**Notary Print Name**

_Nicole Cepeda_

**Notary Signature**

Notary NICOLE CEPEDA GOMEZ
Notary Public
State of Rhode Island
I.D. #_____
My Commission Expires 09/29/2025

By: _Sir richard philippe_          Seal
Sir richard philippe 'Sui Juris'.
Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: _R & P_____
28 U.S.C. SS. 1746.                          UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

district court of the united states

in the district of massachusetts

UNITED STATES

|  | ) |  |
|---|---|---|
| V. | ) | Case No. 19-CR-10328-FDS-1 |
|  | ) |  |
| richard philippe | ) |  |

### AFFIDAVIT TO FILE FORM 433A & 433B

I Sir richard philippe 'Sui Juris/sui juris' flesh, blood, soul possessing Living Man Demand for the Court Trust Judge Dennis Saylor IV to have both prosecutors  file form 433A (Collection information statement for wages earners and self-employed individuals) and 433B (Collection information statement for business). This Court have 72 hours to file form 433A & 433B.

**Return all Copies to** I Sir philippe **in writing within 10 days.  Thank you for your service.**

Pursuant to Local rule 7.1 (D.), I Sir richard philippe 'Sui Juris' is respectfully requesting all oral argument on form 433A & 433B  to be Dismiss  because I  believes that such argument will be of assistance of the  court.

Pursuant to 28 U.S.C. Section 1746 I Sir richard philippe 'Sui Juris' Declare under penalty of perjury that the foregoing is true and correct in the Name of God and our Lord and Savior Jesus Christ.                                              Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

**In the words of Henry Gibson, "The Equity completely disregards form, and looks at the Substance and Intent.**

By: Sir richard Philippe

Sir richard philippe 'Sui Juris'

Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: R. P.

28 U.S.C. SS. 1746.

UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

## Affidavit of Notary Presentment

On ( _04/29/22_ ) ( _Sir Richard Philippe_ ) appeared before me with the following documents listed below, I the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.

**To:** John. Joseph Moakley U.S. Courthouse.
One Courthouse way, Boston, MA 02210

**List of documents:** AFFIDAVIT TO VACATE DEFUALT JUDGMENT.

_Nicole Cepeda Gomez_

**Notary Print Name**

_Nicole Cepeda_

**Notary Signature**

Notary Seal

NICOLE CEPEDA GOMEZ
Notary Public
State of Rhode Island
I.D. #
My Commission Expires 09/29/2025

By: _Sir richard Phili_

_Sir richard philippe 'Sui Juris'_

Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete _RoP_

28 U.S.C. ss. 1746.

UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

district court of the united states

in the district of massachusets

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | Case No. 19-CR-10328-FDS-1 |
| V. | ) | |
| | ) | |
| richard philippe | ) | |

## **AFFIDAVIT TO VACATE DEFAULT JUDGMENT**

I Sir richard philippe 'Sui Juris' Demand a dismissal and/or Acquittal with prejudice for **Case No. 19-CR-10328-FDS-1** from the (Court, Trust, Judge) **Dennis Saylor IV** for the fact that this complaint and/or indictment contains a jurisdictional defect."(See):Fed.R.Civ.P. 12(b) (1)." **(FEDERAL RULES OF CIVIL PROCEDURE 11 SIGNATURE);**"States that: Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name or by a party. **The attorney never used his full legal NAME under the real ID act CFR6** because he didn't do that there is no attorney of record on record. For that reason alone; I Sir philippe Demand an Acquittal and/or a Dismissal with prejudice.

I Sir philippe Declare that the Judgment rendered by the (Court, Trust, Judge) **Dennis Saylor IV** is a void judgment for lacked of jurisdiction of the subject matter, and/or of the party, and for the fact that **Judge Dennis Saylor IV** and **Attorney Fred Wyshak III** have acted in a manner inconsistent with due process," (see): fed. Rules Civ.P. For that reason alone; I Sir philippe Demand an Acquittal and/or a Dismissal with prejudice.

I Sir philippe Demand for this (Court, Trust, Judge) **Dennis Saylor IV** and **Attorney Fred Wyshak III to** prove their claim on the record for the record, and if this Court, (Trust, and Judge) **Dennis Saylor IV** fail to prove up their claim: Then the default judgment must be void ab initio subject to vacation without time limitation. And; **A DEFAULT JUDGMENT MUST BE PROVED:** Trial court could not award damages to plaintiff, following default judgment, without requiring evidence of damages."(See): Razorsoft, Inc. v. Maktal Inc., Okla.App. Div. 1, 907 P.2d 1102 (1995). For that reason alone; I Sir philippe Demand an Acquittal and/or a Dismissal with prejudice.

I Sir philippe is not in default and has a pleading on file which makes an issue in the case that requires proof on the part of the Prosecutor (acting as claimant) in order to entitle the Prosecutor (acting as claimant) to recover."(See): Millikan v. Booth, Okla. 4 Okla. 713, 46 P. 489 (1896).

I Sir philippe declare that Constitutionally It is a fundamental precept that the federal (Corporation, Government) courts are courts of limited jurisdiction, constrained exercise only authority conferred by Article III of the constitution and affirmatively granted by federal statute."(See): In re Bulldog Trucking, 147 F.3d 347, 352 (4th Cir.1998) (citations omitted). And Judgments entered where court lacked either subject matter or personal jurisdiction, or that were otherwise entered in violation of due process of Law, must be set aside."(See) Jaffe and Asher v. Van Brunt, S.D.N.Y.1994. 158 F.R.D. 278. "And the federal (Corporation, Government) Court cannot assume jurisdiction exist. Rather, the plaintiff is required to specifically plead adequate facts in its complaint to sufficiently establish the court has jurisdiction."(See): Norton v. Larney, 266 U.S. 511, 515-16 (1925).

Certified true, accurate and complete——*RoP*————

28 U.S.C. ss. 1746.                    UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

ι Sir philippe Demand Proof of or assessment of damages upon the Prosecutor (acting as claimant) claiming damages, it i error for the (Court, Trust, Judge) **Dennis Saylor IV** to pronounce judgment without hearing proof or assessing damages."(See) Atchinson, T. & S.F. Ry. Co. v. Lambert, 31 Okla. 300, 121 P. 654, Ann.Cas.1913E, 329 (1912); City of Guthrie v. T. W. Harvey Lumber Co., 5 Okla 774, 50 P. 84 (1897).

In the assessment of damages following entry of default judgment, by the (Court, Trust, Judge) **Dennis Saylor IV;** ι Sir philippe has a statutory right to a hearing on the extent of unliquidated damage, and encompassed within this right is the opportunity to a fair post-default inquest at which both the Prosecutor-plaintiff (acting as claimant) and ι Sir philippe can participate in the proceedings by cross-examining witnesses and introducing evidence on our own behalf, and a default judgment declaration imposed as a discovery sanction against a defendant, cannot extend beyond saddling defendant with liability for the harm occasioned and for imposition of punitive damages, and the trial (Court, Trust, Judge) of **Dennis Saylor IV;** must leave to a meaningful inquiry the quantum of actual and punitive damages, without stripping; ι Sir philippe of basic forensic devices to test the truth of the Prosecutor's evidence."(See): Payne v. Dewitt, Okla., 995 P.2d 1088 (1999).

Before the (Court, Trust, Judge) of **Dennis Saylor IV;** can proceed judicially, jurisdiction must be completed consisting of two opposing parties (not their attorneys), only the parties can testify and until the "plaintiff" (Prosecutor- **Attorney Fred Wyshak III** acting as claimant) testifies the court has no basis upon which to rule judicially!!! **Two main factors :( A)** The statutory or common law authority the action is brought under (the theory of indemnity)!!! And (B) the testimony of a competent fact witness (claimant with sworn affidavit-living man or woman) regarding the injury (the cause of action). **If there is a jurisdictional failing appearing on the face of the record, the matter is Void, subject to vacation with damages, and can never be time barred. If judgment avoided, the courts cannot try the case again. (A new suit must be filed and that can only be done if within the statute of limitations).**

Lack of jurisdiction cannot be corrected by an order Nunc pro tunc. The only proper office of Nunc pro tunc order is to correct a mistake in the records; it cannot be used to rewrite history."(See): King v. Ionization Int'l, Inc., 825 F.2d 1180, 1188 (7th Cir. 1987). United States v. Daniels, 902 F.2d 1238, 1240 (7th Cir. 1990).* E.g., Transamerica Ins. Co. South, 975 F. 2d 321, 325-26 (7th Cir. 1992), And Central Laborer's Pension Annuity Funds v. Griffee, 198 F.3d 642, 644 (7th Cir. 1999).

ι Sir philippe have made numerous attempt for The court, (Trust, Judge) **Dennis Saylor IV** and **Attorney Fred Wyshak III** to prove the statutory or common law authority for the court to hear the case and the appearance and testimony of a competent fact witness, (sufficiency pleadings), and/or a claimant with a sworn affidavit with red ink signature on it, and this court, (Trust Judge) **Dennis Saylor IV** and **Attorney Fred Wyshak III,** have never provided this document on the record for the record. For that reason alone; ι Sir philippe Demand an Acquittal and/or a Dismissal with prejudice.

Subject matter jurisdiction can never be presumed, never be waived, and cannot be constructed even by mutual consent of the parties; and Res judicata consequences will not be applied to a void judgment which is one which from its inception is a complete nullity and without legal effect,"(See):Allcock v. Allcock, 437 N.E. 2d 392 (III. App. 3 Dist. 1982); and Rendition of default judgment requires production of proof as to amount of unliquidated damages, when face of judgment roll shows judgment on pleadings without evidence as to amount of unliquidated damages then judgment is Void."(See): Reed v. Scott, Okla., 820 P.2d 445 20 A.L.R.5th 913 (1991).

A "void judgment" is one from its inception is and forever continues to be absolutely null without legal efficacy, ineffectual to bind the parties or to support a right of no legal force and effect whatever and incapable of enforcement In any manner or to any degree, and a judgment shown by evidence to be invalid for want of jurisdiction is a void judgment or at all events has all attributes of a void judgment insofar as it purports to be pronouncement of court, is an absolute nullity."(See): Loyd v. Director Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985).* City of Los Angeles v. Morgan, 234 P.2d 319 (Cal.App.2 Dist. 1951).*Rubin v. Johns, 109 F.R.D. 174 (D. Virgin Islands 1985).*Hobbs v. U.S. Office of Personnel Management, 485 F.Supp. 456 (M.D. Fla. 1980).*Lubben V.

Certified true, accurate and complete—( ℛₒℙ _____

28 U.S.C. ss. 1746.                UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Selective Services System Local Bd. No. 27, 453 F.2d 645, 14 A.L.R. Fed. 298 (C.A. 1 Mass. 1972).*Holstein v. City of Chicago, 803 F.Supp 205, reconsideration denied 149 F.R.D. 147, affirmed 29 F.3d 1145 (N.D. III 1992), And Thompson v.Thompson, 238 S.W. 2d 218 (Tex.Civ App.-Waco 1951).

A "void judgment" is one entered by court that lacks the inherent power to make or enter the particular order involved, which has no legal force or effect whatsoever, it is an absolute nullity its invalidity may be asserted by any person whose right are affected at any time and at any place and it may be attacked either directly or collaterally whenever and wherever it i interposed." (See): City of Lufkin v. Mcvicker, 510 S.W.2d 141 (Tex. Civ. App. - Beaumont 1973), and People v. Rolland, 581 N.E.2d 907 (III.App. 4 Dist. 1991).

A "void judgment" under federal law is one in which rendered court lacked subject matter jurisdiction over dispute o jurisdiction over parties, or acted in manner inconsistent with due process law or otherwise acted unconstitutionally in entering judgment."(See):Fed. Rules Civ. Proc., Rule 60(b)(4).*28 U.S.C.A., U.S.C.A. Const. 5th Amend."(See): In re Estate of Wells, 983 P.2d 279, (Kan App. 1999).*Klugh v. U.S., 620 F.Supp. 892 (D.S.C. 1985).*U.S.C.A. Const. 5th Amend. *Hays v. Louisiana Dock Co., 452 n.e.2d 1383 (III.App. 5 dist. 1983).*Eckel v. Macneal, 628 N.E.2d 741 (III. App. Dist. 1993), and Triad Energy Corp. v. McNell 110 F.R.D. 382 (S.D.N.Y. 1986).

A "void judgment" or order is one that is entered by a court lacking jurisdiction over the parties or the subject matter, or lacking the inherent power to enter the particular order or judgment, or where the order was procured by extrinsic or collateral fraud."(See): In re Adoption of E.L., 733 N.E.2d 846,(III.App. 1 Dist. 2000)."(See): Cockerham v. Zikratch, 619 P.2d 739 (Ariz. 1980).*Dusenburr: v. Dusenburry, 625 N.E. Dist. (1993).*Wahl v. Round Valley Bank 38 Ariz. 411,300 P. 955 (1931).*TUBE City Mining & Milling Co. v. Otterson, 16 Ariz.305, 146 P. 203 (1914).*Milliken v. Meyer, 311 U.S. 457, 61 S.Ct. 339, 85 L.E.d. 2d 278 (1940). 310 N.W 2d 502, (Minn. 1981), and Lange v Johnson, 204 N.W.2d 205 (Minn. 1973). , Rook v. Rook, 353 S.E.2d 756, (Va. 1987).

A "void judgment" is one which shows on face of record the want of jurisdiction in court assuming to render judgment, which want of jurisdiction may be either of the person, or of the subject matter generally, or of the particular question attempted to decided or relief assumed to be given."(See):Richardson v. Mitchell, 237 S.W.2d 577, (Tenn.Ct. App. 1950).*State ex rel. Dawson v. Bomar, 354 S.W.2d 763, certiorari denied, (Tenn. 1962), and Irving v. Rodriquez, 169 N.E.2d 145, (III.app. 2 Dist. 1960).

A "void judgment" is one entered by court without jurisdiction of parties or subject matter or lacks inherent power to make or enter particular order involved; such judgment may be attacked at any time either directly or collaterally."(See): People v. Sales, 551 N.E.2d 1359 (III.App . 2 Dist. 1990).*People v. Wade, 506 N.W.2d 954 (III. 1987), and State ex rel. Turner v. Briggs, 971 P.2d 581 (Wash. App. Div. 1999).

A void order which is one entered by court which lacks jurisdiction over parties or subject matter, or lacks inherent power to enter judgment, or order procured by fraud, can be attacked at any time, in any court, either directly or collaterally, and that party is properly provided before the court."(See): people ex rel. Brzica v. Village of Lake Barrington, 644 N.E.2d 66 (III.App. 2 Dist. 1994), and Long v. Shorebank Development Corp., 182 F.3d 548 (C.A. 7 III. 1999).

A "void judgment" which is subject to collateral attack, is simulated judgment devoid of any potency because of jurisdictional defects, defect of jurisdiction may relate to a party or parties, the subject matter the cause of action the question to be determined or relief to be granted,"(See): Davidson Chevrolet, Inc. v. City and County of Denver, 330 P.2d 1116, certiorari denied 79 S.Ct 609,359 U.S. 926, 3 L.E.d. 2d 629(Colo. 1958).*Ward v. Terriere, 386 P.2d 352 (Colo. 1963).

A "void judgment" is one which has merely semblance, without some essential element, as when court purporting to render judgment and has no jurisdiction, and decision is void on the face of the judgment roll when from four corners of that roll, it may be determined that at least one of three elements of jurisdiction was absent: (1) jurisdiction over parties, (2) jurisdiction over subject matter, (3) jurisdictional power to pronounce particular judgment that was rendered."(See) B &C Investments, Inc. v. F & M Nat. Bank & Trust, 903 P.2d 339 (Okla. App. Div. 3, 1995). Mills v. Richardson, 81 S.E. 2d 409, (N.C. 1954).

A "void judgment" is one in which the judgment is facially invalid because the court lacked jurisdiction or authority to render the judgment." (See) State v. Richie, 20 S.W.3d 624 (Tenn. 2000).*state v. Blankenship, 675 N.E. 2d 1303, (Ohio App. 9 Dist.1996).*When

Certified true, accurate and complete ~Roy~

28 U.S.C. ss. 1746.        UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Rule providing for relief from void judgments is applicable, relief is not discretionary matter, but is mandatory." (See) Orner v Shalala, 30 F.3d 1307, (Colo. 1994

A "void judgment" such as may be vacated at any time is one whose invalidity appears on face of judgment roll." (See) Graff v Kelly, 814 P.2d 489 (Okl. 1991).*Capital Federal Savings Bank v. Bewley, 795 P.2d 1051 Okl. 1990) Com. V. Miller, 150 A.2d 585 (Pa Super 1959).*Underwood v. Brown, 244 S.W. 2d 168 (Tenn. 1951). Henderson v. Henderson, 59 S.E. 2d 227, (N.C. 1950).*Crockett Oil Co, v. Effie, 374 S.W.2d 154 (Mo.App. 1964), and Estate of Page v. Litzenberg, 852 P.2d 128, review denied (Ariz.App Div. 1, 1998).

A void order may be attacked, either directly or collaterally, at any time." (See):In re Estate of Steinfield, 630 N.E.2d 801, certiorari denied." (See): also Steinfield v. Hoddick, 513 U.S. 809, (III. 1994). While voidable orders are readily appealable and must be attacked directly, void order may be circumvented by collateral attack or remedied by mandamus."* Sanchez v. Hester, 911 S.W.2d 173 (Tex.App.-Corpus Christi 1995).

A "void judgment", grounds no rights, forms no defense to actions taken there under, and is vulnerable to any manner of collateral attack (thus here, by). No statute of limitations or repose runs on its holdings, the matter thought to be settled thereby are not res judicata, and years later, when the memories may have grown dim and rights long been regarded as vested, an disgruntle litigant may reopen the old wound and once more probe its depths. And it is than as though trial and adjudication had never been. **10/13/58 FRITTS V. KRUGH. SUPREME COURT OF MICHIGAN, 92 N.W.2d 604, 354 Mich. 97.** On certiorari this Court may not review questions of fact."(See):Brown v. Blanchard, 39 Mich 790. **It is not at liberty to determined disputed facts.**" (See):(Hyde v. Nelson, 11 Mich 353), **nor to review the weight of the evidence.**" (See): Linn v. Roberts, 15 Mich 443; Lynch v. People, 16 Mich 472. **Certiorari is an appropriate remedy to get rid of a void judgment, one which there is no evidence to** sustain." (See) Lake Shore & Michigan Southern Railway Co. v. Hunt, 39 Mich 469.   Even if the **(Court, Trust, Judge) of Dennis Saylor IV and Attorney Fred Wyshak III; had or appeared to haved subject matter jurisdiction,** I sir richard philippe Declare's that the Court's subject matter jurisdiction was lost by those many violation of due process of law and failure to submit demanded credentials on the record for the record. Major reason why subject matter jurisdiction is lost:  (1) Fraud upon the court, In re Village of Willowbrook, 37 III.App.3d 393 (1962). (2) A judge does not follow statutory procedure, Armstrong v. Obucino, 300 III 140, 143 (1921). (3) Unlawful activity of a judge or undisclosed conflict of interest. (Code of judicial conduct). (4) Violation of due process, Johnson v Zerbst, 304 U.S. 458, 5 S.Ct 1019 (1938); Pure Oil Co. v City of Northlake, 10 III.2d 241, 245, 140 N.E.2d 289 (1956); Hallberg v. Goldblatt Bros., 363 III 25 (1936). (5) If the court exceeded its statutory authority, Rosenstiel, 278 F.Supp. 794 (S.D.N.Y. 1967). (6) Any acts in violation of 11 U.S.C. 362(a),(the bankruptcy stay) in re Garcia 109 B.R. 335 (N.D. Illinois, 1989). (7) where no justiciable issue is presented to the court through proper pleadings, Ligon v. Williams 264 III.App.3d 701, 63 N.E.2d 633 (1ST Dist. 1994).    (8) Where a complaint states no cognizable cause of action against that party, Charles v. Gore, 248 III.App.3d 441, 618 N.E.2d 554 (1st Dist. 1993). (9) where any litigant was represented before a court by a person/law firm that is prohibited by law to practice law in that jurisdiction (10) When the judge is involved in a scheme of bribery (the Alemann cases, Bracey v. Warden, U.S. Supreme Court No. 96-6133 (June 9, 1997), (11) when a summons was not properly issued. (12) Where service of process was not made pursuant to statute and Supreme Court Rules, Janove v. Bacon, 6 III.2d 245, 249, 218 N.E.2d 706, 708 (1955). (13) Where the statute is vague, People v Williams, 638 N.E.2d 207 (1st Dist. 1994). (14) When proper notice is not given to all parties by the movant, Wilson v. Moore, 13 III.App.3d 632, 301 N.E.2d 39 (1st Dist. 1973). (15) Where an order/judgment is based on a Void order/judgment, Austin v. Smith, 312 F.2d 337,343 (1962); English v. English, 72 III.App.3d 736, 393 N.E.2d 18 (1st Dist. 1979). (16) Where public policy is violated, Martin-Tregano v. Roderick, 29 III.App.3d 553, 331 N.E.2d 100 (1st Dist. 1975).

This Court have 72 hours to vacate this proceeding with prejudice. Return all Copies to I Sir philippe in writing within 10 days.  Thank you for your service.

Pursuant to Local rule 7.1 (D.), I Sir richard philippe 'Sui Juris' is respectfully requesting all oral argument on my Default Judgment to be dismiss because I believes that such argument will be of assistance of the court.

Pursuant to 28 U.S.C section 1746, I Sir richard philippe 'Sui Juris' Declare under Penalty of Perjury that the Foregoing is Certified true, Correct (accurate) and Complete. In the Name of GOD and our Lord and Savior Jesus Christ.          Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

In the words of Henry R. Gibson, 'The Equity completely disregards form, and looks at the substance and not intent.

By: *Sir richard Phili...*   seal

*Sir richard philippe 'Sui Juris'*

Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete *R.P*

28 U.S.C. ss. 1746.          UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

## Affidavit of Notary Presentment

On ( *04/29/22* ) ( *Sir Richard Philippe* ) appeared before me with the
following documents listed below, I the below signed notary, personally verified that these documents were
placed in an envelope and sealed by me.

**To:** John. Joseph Moakley U.S. Courthouse.
One Courthouse way, Boston, MA 02210

**List of documents:** AFFIDAVIT TO VOID JUDGMENT.

*Nicole Cepeda Gomez*

**Notary Print Name**

*Nicole Cepeda*

**Notary Signature**

Notary Seal
NICOLE CEPEDA GOMEZ
Notary Public
State of Rhode Island
I.D. #
My Commission Expires 09/29/2025

By: *Sir richard phili*
Sir richard philippe 'Sui Juris'.
Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: *RoP*
28 U.S.C. SS. 1746.                                    UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

district court of the united states

in the district of massachusetts

UNITED STATES

           )

     v.          )        Case No. 19-CR-10328-FDS-1

           )

richard philippe      )

### AFFIDAVIT TO VOID JUDGMENT

I am who I am Sir richard philippe "Sui Juris/sui juris; presenting on the record for the record this Affidavit to void judgment. All Sovereign Birth Rights are expressly claimed and Retained by I Sir philippe having full immunity being in individual, as defined as a "Foreign Government. I Sir philippe; Demand to be cleared of the alleged criminal case **(Case No. 19-CR-10328-FDS-1)**, due to securitization of equity claims without giving full disclosure.! For Judge, Trust Dennis Saylor IV to move the Court forward against I Sir philippe a Sovereign National is Treason **"See 5 USC Chapter 5Section 552a(a)(2),- 18 USC 11,-28, CFR 1604,- 18 USC 288 and 112.**

I Sir philippe, Declares that the judgment is Void for **Case No. 19-CR-10328-FDS-1**; and demand copies of document and credentials pertaining to the case Under Federal Rules of Civil Procedure 11: Every Pleading Written Motion, and other Paper must be signed by at Least one Attorney of Record in the Attorney's Name or by a Party. **List of Reasons for Void-Judgment:** the (Court, Trust and Judge) Dennis Saylor IV, Clerk and Attorneys have not followed Federal Rules of Civil Procedure 11 and 17 therefore could not provide three forms of I.D. for the officials on the record and prove that I Sir philippe not an Officer for the record. Void-No plaintiff that has made a general appearance warrant to independently bonding a case, there's no affidavit attached to the pleadings stating harm, damage, and loss on record. Void-No claimant, living man or woman appeared in the court to seek remedy from I Sir philippe. Void-The Six amendment states that I have the right to face my accuser but I Sir philippe have not seen my accuser or any proof of my accuser on the record. Void-Due process of law requires that I Sir philippe be given notice and opportunity, the Claimant never gave I Sir philippe the opportunity to right the wrong which proves that there is no injured man or woman claiming that I Sir philippe have cause them loss harm and damage; I Sir philippe see no facts of evidence that an interested party in the matter has sworn an affidavit stating harm, loss, and damage that I Sir philippe have caused. Void-**Delegation of Authority (Warrant of Attorney): Because** there is no injured man or woman claiming that I Sir philippe cause them loss harm or damage the delegation of authority for prosecutor Fred M. Wyshak, III to operate outside the Washington DC has not been granted. Void-**Suit against Dissimilar Entities:** Suit cannot be brought against dissimilar entities, only corporations can sue corporations, and man/woman can sue man/woman; I Sir philippe not a corporation, so therefore the federal corporation (government) cannot bring suit against living man and woman under at law proceedings and/or at law and rem proceedings. Void-**Foreign Registration Act of 1938:** The Prosecutor, Fred M. Wyshak, III has not submitted his foreign registration act certificate for the official record. Void-**Oaths:** The Prosecutor, Fred M. Wyshak, III has not provided his title **4,101 oath, article 6 oath, and state constitutional oaths.** Void-**Judges Qualification:** All Judges are require to have with them at all time the following Credentials on the Court's record: **(Commission of Office, Oath of Office, Public Bond, Letter of Marque, anti-bribery statement and Delegation of Authority Letter with my Red ink Signature on it).** Void-Was never giving a fair Legal and Lawful Procedure; the Right to have my day in Court as Flesh, Blood, and Soul Possessing Living Man to represent myself; and not as a **(trust, strawman, collateral, official, officer, person, nor fiction);** The Constitution has long recognized a Living Man's constitutionally protected liberty and interest, especially when those liberties and interests are secured and protected by State Laws. Void-No plaintiff/claimant with sworn affidavit with my red ink signature on it, and no copy of the grand jury indictment; therefore all claim are false without verification of proof.

Certified true, accurate and complete: _R●P_____
28 U.S.C. SS. 1746.                              UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Void- ɪ *Sir philippe;* Demand that Judge, Trust Dennis Saylor IV should grant relief and this court numerous times and Judge, Trust Dennis Saylor IV has not done so. Void-Constitutional challenge to a statue" only indicates parties (means more than one); the only living being who can take control of this case is ɪ *Sir richard philippe* **"Sui Juris/sui juris. See "Rule 5.1 (Constitutional challenge to a statue)"** Void-Federal State Statutes, Rules, Regulations, do not apply to (individual(s) only applies to Judge(s), Attorney(s), Plaintiff(s), Organization(s) Government(s), State(s) official(s), officer(s), corporation(s), Person(s), as Defendant(s) and not for Flesh, Blood, Soul Possessing Living Man/Woman." See federal Rules of Criminal Procedure under Applicability – Rule I(b)(7) and 18 USC 18 Which were Created by Congress in 2007 from the Original Statutes (18 USC 54(C) Which Stated Federal and State Statutes within the fifty States do not apply to Sovereign(s). "See Marbury v. Madison, 5 U.S. 1 Cranch 137 174 176 (1803). Void–" See Nick Wu v. Hopkins 118 356 370. Void-Violation under 28 U.S.C. section, 2255. Void-See Title 18 U.S.C. and Title 42 U.S.C. (Kidnapping and human trafficking). Void- And if any Judge Sentence anyone to prison He/She Commits the Following Federal Crimes: 18 USC 1581, 18 USC 1583, 18 USC 241 and 18 USC 242. "See 18 USC 1201. Void-Violation of the "Law of Peace" outlined via Article 2 of the Lieber Code thru Article 43 of the Hague Convention (Restoration of public order and safety) in Article 31 and 38 of the Lieber Code and Article 55 of the Hague Convention. Void- Equity will not allow a Trust to fail for want of Trustee; maxim of law state "he who benefits ought to bear the burden." See (per Article 31 of the Lieber code). Void- Violation of (28USC 3002) American Status is foreign to and recognized in the United States; where a Foreign Oath Comprises Automatic Loss of U.S. Nationality. "See 8 USC 1481(a)(2). Void-Violation of Public policy Law 73-10/HJR192 OF 1933. "See U.C.C. 3-603(b). Void-Violation of all Reserved Rights, without prejudice by: (signature)." See U.C.C. 3-402(b)(1). Void-Violation of Federal Rules of evidence under 'FDCPA'." See 15 USC 1692g"

This Court have 72 hours to vacate this proceeding with prejudice.

**Return all Copies to** ɪ *Sir philippe* **in writing within 10 days.  Thank you for your service.**

Pursuant to Local rule 7.1 (D.), ɪ *Sir richard philippe* 'Sui Juris' is respectfully requesting all oral argument on my Affidavit to void judgment be Dismiss because ɪ believes that such argument will be of assistance of the court.

Pursuant to 28 U.S.C. Section 1746 ɪ *Sir richard philippe* 'Sui Juris' Declare under penalty of perjury that the foregoing is true and correct in the Name of God and our Savior Jesus Christ.                    Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

**In the words of Henry Gibson, "The Equity completely disregards form, and looks at the Substance and Intent.**

By: _Sir richard philip_
*Sir richard philippe* 'Sui Juris'.
Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: _R. P_
28 U.S.C. SS. 1746.                    UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Form **433-A**
(May 2020)

Department of the Treasury
Internal Revenue Service

# Collection Information Statement for Wage Earners and Self-Employed Individuals

**Wage Earners** Complete Sections 1, 2, 3, 4, and 5 including the signature line on page 4. *Answer all questions or write N/A if the question is not applicable.*

**Self-Employed Individuals** Complete Sections 1, 3, 4, 5, 6 and 7 and the signature line on page 4. *Answer all questions or write N/A if the question is not applicable.*

**For Additional Information,** refer to Publication 1854, "How To Prepare a Collection Information Statement."

*Include attachments if additional space is needed to respond completely to any question.*

| Name on Internal Revenue Service (IRS) Account | SSN or ITIN on IRS Account | Employer Identification Number EIN |
|---|---|---|
| | | |

## Section 1: Personal Information

| 1a Full Name of Taxpayer and Spouse *(if applicable)* | 1c Home Phone ( ) | 1d Cell Phone ( ) |
|---|---|---|
| 1b Address *(Street, City, State, ZIP code) (County of Residence)* | 1e Business Phone ( ) | 1f Business Cell Phone ( ) |
| | 2b Name, Age, and Relationship of persons in household or claimed as a dependent(s) | |

2a Marital Status: ☐ Married ☐ Unmarried *(Single, Divorced, Widowed)*

| | SSN or ITIN | Date of Birth *(mmddyyyy)* | Driver's License Number and State |
|---|---|---|---|
| 3a Taxpayer | | | |
| 3b Spouse | | | |

## Section 2: Employment Information for Wage Earners

*If you or your spouse have self-employment income instead of, or in addition to wage income, complete Business Information in Sections 6 and 7.*

| Taxpayer | Spouse |
|---|---|
| 4a Taxpayer's Employer Name | 5a Spouse's Employer Name |
| 4b Address *(Street, City, State, and ZIP code)* | 5b Address *(Street, City, State, and ZIP code)* |

| 4c Work Telephone Number ( ) | 4d Does employer allow contact at work ☐ Yes ☐ No | 5c Work Telephone Number ( ) | 5d Does employer allow contact at work ☐ Yes ☐ No |
|---|---|---|---|
| 4e How long with this employer *(years) (months)* | 4f Occupation | 5e How long with this employer *(years) (months)* | 5f Occupation |
| 4g Number of withholding allowances claimed on Form W-4 | 4h Pay Period: ☐ Weekly ☐ Bi-weekly ☐ Monthly ☐ Other | 5g Number of withholding allowances claimed on Form W-4 | 5h Pay Period: ☐ Weekly ☐ Bi-weekly ☐ Monthly ☐ Other |

## Section 3: Other Financial Information *(Attach copies of applicable documentation)*

| 6 Are you a party to a lawsuit *(If yes, answer the following)* | | | ☐ Yes ☐ No |
|---|---|---|---|
| ☐ Plaintiff ☐ Defendant | Location of Filing | Represented by | Docket/Case No. |
| Amount of Suit $ | Possible Completion Date *(mmddyyyy)* | Subject of Suit | |

| 7 Have you ever filed bankruptcy *(If yes, answer the following)* | | | | ☐ Yes ☐ No |
|---|---|---|---|---|
| Date Filed *(mmddyyyy)* | Date Dismissed *(mmddyyyy)* | Date Discharged *(mmddyyyy)* | Petition No. | Location Filed |

| 8 In the past 10 years, have you lived outside of the U.S for 6 months or longer *(If yes, answer the following)* | | ☐ Yes ☐ No |
|---|---|---|
| Dates lived abroad: from *(mmddyyyy)* | To *(mmddyyyy)* | |

| 9a Are you the beneficiary of a trust, estate, or life insurance policy *(If yes, answer the following)* | | | ☐ Yes ☐ No |
|---|---|---|---|
| Place where recorded: | | EIN: | |
| Name of the trust, estate, or policy | Anticipated amount to be received $ | When will the amount be received | |

| 9b Are you a trustee, fiduciary, or contributor of a trust | | ☐ Yes ☐ No |
|---|---|---|
| Name of the trust: | EIN: | |

| 10 Do you have a safe deposit box (business or personal) *(If yes, answer the following)* | | ☐ Yes ☐ No |
|---|---|---|
| Location *(Name, address and box number(s))* | Contents | Value $ |

| 11 In the past 10 years, have you transferred any assets for less than their full value *(If yes, answer the following)* | | | ☐ Yes ☐ No |
|---|---|---|---|
| List Asset(s) | Value at Time of Transfer $ | Date Transferred *(mmddyyyy)* | To Whom or Where was it Transferred |

Form 433-A (Rev. 2-2019)                                                                                    Page **2**

## Section 4: Personal Asset Information for all Individuals (Foreign and Domestic)

**12   CASH ON HAND** Include cash that is not in a bank       **Total Cash on Hand** | $

**PERSONAL BANK ACCOUNTS** Include all checking, online and mobile (e.g., PayPal etc.) accounts, money market accounts, savings accounts, and stored value cards (e.g., payroll cards, government benefit cards, etc.).

| Type of Account | Full Name & Address (Street, City, State, ZIP code) of Bank, Savings & Loan, Credit Union, or Financial Institution | Account Number | Account Balance As of _____ mmddyyyy |
|---|---|---|---|
| **13a** | | | $ |
| **13b** | | | $ |
| **13c   Total Cash** (Add lines 13a, 13b, and amounts from any attachments) | | | $ |

**INVESTMENTS** Include stocks, bonds, mutual funds, stock options, certificates of deposit, and retirement assets such as IRAs, Keogh, 401(k) plans and commodities (e.g., gold, silver, copper, etc.). Include all corporations, partnerships, limited liability companies, or other business entities in which you are an officer, director, owner, member, or otherwise have a financial interest. Include attachment(s) if additional space is needed to respond.

| Type of Investment or Financial Interest | Full Name & Address (Street, City, State, ZIP code) of Company | Current Value | Loan Balance (if applicable) As of _____ mmddyyyy | Equity Value minus Loan |
|---|---|---|---|---|
| **14a** | Phone | $ | $ | $ |
| **14b** | Phone | $ | $ | $ |

**VIRTUAL CURRENCY (CRYPTOCURRENCY)** List all virtual currency you own or in which you have a financial interest. (e.g., Bitcoin, Ethereum, Litecoin, Ripple, etc.) If applicable, attach a statement with each virtual currency's public key.

| Type of Virtual Currency | Name of Virtual Currency Wallet, Exchange or Digital Currency Exchange (DCE) | Email Address Used to Set-up With the Virtual Currency Exchange or DCE | Location(s) of Virtual Currency (Mobile Wallet, Online, and/or External Hardware storage) | Virtual Currency Amount and Value in US dollars as of today (e.g., 10 Bitcoins $64,600.00 USD) |
|---|---|---|---|---|
| **14c** | | | | $ |
| **14d** | | | | $ |
| **14e   Total Equity** (Add lines 14a through 14d and amounts from any attachments) | | | | $ |

**AVAILABLE CREDIT** Include all lines of credit and bank issued credit cards.

| Full Name & Address (Street, City, State, ZIP code) of Credit Institution | Credit Limit | Amount Owed As of _____ mmddyyyy | Available Credit As of _____ mmddyyyy |
|---|---|---|---|
| **15a** Acct. No | $ | $ | $ |
| **15b** Acct. No | $ | $ | $ |
| **15c   Total Available Credit** (Add lines 15a, 15b and amounts from any attachments) | | | $ |

**16a   LIFE INSURANCE** Do you or have any interest in any life insurance policies with cash value (Term Life Insurance does not have a cash value)
☐ Yes       ☐ No       If yes, complete blocks 16b through 16f for each policy.

| | | | |
|---|---|---|---|
| **16b** Name and Address of Insurance Company(ies): | | | |
| **16c** Policy Number(s) | | | |
| **16d** Owner of Policy | | | |
| **16e** Current Cash Value | $ | $ | $ |
| **16f** Outstanding Loan Balance | $ | $ | $ |
| **16g   Total Available Cash** (Subtract amounts on line 16f from line 16e and include amounts from any attachments) | | | $ |

Form 433-A (Rev. 2-2019)                                                                                          Page **3**

**REAL PROPERTY** Include all real property owned or being purchased

| | Purchase Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | **Equity** FMV Minus Loan |
|---|---|---|---|---|---|---|
| **17a** Property Description | | $ | $ | $ | | $ |
| Location *(Street, City, State, ZIP code)* and County | | | Lender/Contract Holder Name, Address *(Street, City, State, ZIP code)*, and Phone | | | |
| | | | | Phone | | |
| **17b** Property Description | | $ | $ | $ | | $ |
| Location *(Street, City, State, ZIP code)* and County | | | Lender/Contract Holder Name, Address *(Street, City, State, ZIP code)*, and Phone | | | |
| | | | | Phone | | |

**17c   Total Equity** *(Add lines 17a, 17b and amounts from any attachments)*                                  $

**PERSONAL VEHICLES LEASED AND PURCHASED**  Include boats, RVs, motorcycles, all-terrain and off-road vehicles, trailers, etc.

| **Description** (Year, Mileage, Make/Model, Tag Number, Vehicle Identification Number) | | Purchase/ Lease Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | **Equity** FMV Minus Loan |
|---|---|---|---|---|---|---|---|
| **18a** Year | Make/Model | | $ | $ | $ | | $ |
| Mileage | License/Tag Number | Lender/Lessor Name, Address *(Street, City, State, ZIP code)*, and Phone | | | | | |
| Vehicle Identification Number | | | | | Phone | | |
| **18b** Year | Make/Model | | $ | $ | $ | | $ |
| Mileage | License/Tag Number | Lender/Lessor Name, Address *(Street, City, State, ZIP code)*, and Phone | | | | | |
| Vehicle Identification Number | | | | | Phone | | |

**18c   Total Equity** *(Add lines 18a, 18b and amounts from any attachments)*                                  $

**PERSONAL ASSETS**  Include all furniture, personal effects, artwork, jewelry, collections *(coins, guns, etc.)*, antiques or other assets. Include intangible assets such as licenses, domain names, patents, copyrights, mining claims, etc.

| | Purchase/ Lease Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | **Equity** FMV Minus Loan |
|---|---|---|---|---|---|---|
| **19a** Property Description | | $ | $ | $ | | $ |
| Location *(Street, City, State, ZIP code)* and County | | | Lender/Lessor Name, Address *(Street, City, State, ZIP code)*, and Phone | | | |
| | | | | Phone | | |
| **19b** Property Description | | $ | $ | $ | | $ |
| Location *(Street, City, State, ZIP code)* and County | | | Lender/Lessor Name, Address *(Street, City, State, ZIP code)*, and Phone | | | |
| | | | | Phone | | |

**19c   Total Equity** *(Add lines 19a, 19b and amounts from any attachments)*                                  $

Form 433-A (Rev. 2-2019)                                                                                                    Page **4**

**If you are self-employed, sections 6 and 7 must be completed before continuing.**

## Section 5: Monthly Income and Expenses

Monthly Income/Expense Statement *(For additional information, refer to Publication 1854.)*

| Total Income | | | Total Living Expenses | | IRS USE ONLY |
|---|---|---|---|---|---|
| Source | Gross Monthly | | Expense Items [6] | Actual Monthly | Allowable Expenses |
| 20  Wages (Taxpayer) [1] | $ | | 35  Food, Clothing and Misc. [7] | $ | |
| 21  Wages (Spouse) [1] | $ | | 36  Housing and Utilities [8] | $ | |
| 22  Interest - Dividends | $ | | 37  Vehicle Ownership Costs [9] | $ | |
| 23  Net Business Income [2] | $ | | 38  Vehicle Operating Costs [10] | $ | |
| 24  Net Rental Income [3] | $ | | 39  Public Transportation [11] | $ | |
| 25  Distributions (K-1, IRA, etc.) [4] | $ | | 40  Health Insurance | $ | |
| 26  Pension (Taxpayer) | $ | | 41  Out of Pocket Health Care Costs [12] | $ | |
| 27  Pension (Spouse) | $ | | 42  Court Ordered Payments | $ | |
| 28  Social Security (Taxpayer) | $ | | 43  Child/Dependent Care | $ | |
| 29  Social Security (Spouse) | $ | | 44  Life Insurance | $ | |
| 30  Child Support | $ | | 45  Current year taxes (Income/FICA) [13] | $ | |
| 31  Alimony | $ | | 46  Secured Debts (Attach list) | $ | |
| Other Income (Specify below) [5] | | | 47  Delinquent State or Local Taxes | $ | |
| 32 | $ | | 48  Other Expenses (Attach list) | $ | |
| 33 | $ | | 49  Total Living Expenses (add lines 35-48) | $ | |
| 34  Total Income (add lines 20-33) | $ | | 50  Net difference (Line 34 minus 49) | $ | |

1  **Wages, salaries, pensions, and social security:** Enter gross monthly wages and/or salaries. Do not deduct tax withholding or allotments taken out of pay, such as insurance payments, credit union deductions, car payments, etc. To calculate the gross monthly wages and/or salaries:
   *If paid weekly* - multiply weekly gross wages by 4.3. Example: $425.89 x 4.3 = $1,831.33
   *If paid biweekly (every 2 weeks)* - multiply biweekly gross wages by 2.17. Example: $972.45 x 2.17 = $2,110.22
   *If paid semimonthly (twice each month)* - multiply semimonthly gross wages by 2. Example: $856.23 x 2 = $1,712.46

2  **Net Income from Business:** Enter monthly net business income. This is the amount earned after ordinary and necessary monthly business expenses are paid. **This figure is the amount from page 6, line 89.** If the net business income is a loss, enter "0". Do not enter a negative number. If this amount is more or less than previous years, attach an explanation.

3  **Net Rental Income:** Enter monthly net rental income. This is the amount earned after ordinary and necessary monthly rental expenses are paid. Do not include deductions for depreciation or depletion. If the net rental income is a loss, enter "0." Do not enter a negative number.

4  **Distributions:** Enter the total distributions from partnerships and subchapter S corporations reported on Schedule K-1, and from limited liability companies reported on Form 1040, Schedule C, D or E. Enter total distributions from IRAs if not included under pension income.

5  **Other Income:** Include agricultural subsidies, unemployment compensation, gambling income, oil credits, rent subsidies, sharing economy income from providing on-demand work, services or goods (e.g., Uber, Lyft, AirBnB, VRBO) and income through digital platforms like an app or website, etc.

6  **Expenses not generally allowed:** We generally do not allow tuition for private schools, public or private college expenses, charitable contributions, voluntary retirement contributions or payments on unsecured debts. However, we may allow these expenses if proven that they are necessary for the health and welfare of the individual or family or the production of income. See Publication 1854 for exceptions.

7  **Food, Clothing and Miscellaneous:** Total of food, clothing, housekeeping supplies, and personal care products for one month. The miscellaneous allowance is for expenses incurred that are not included in any other allowable living expense items. Examples are credit card payments, bank fees and charges, reading material, and school supplies.

8  **Housing and Utilities:** For principal residence: Total of rent or mortgage payment. Add the average monthly expenses for the following: property taxes, homeowner's or renter's insurance, maintenance, dues, fees, and utilities. Utilities include gas, electricity, water, fuel, oil, other fuels, trash collection, telephone, cell phone, cable television and internet services.

9  **Vehicle Ownership Costs:** Total of monthly lease or purchase/loan payments.

10  **Vehicle Operating Costs:** Total of maintenance, repairs, insurance, fuel, registrations, licenses, inspections, parking, and tolls for one month.

11  **Public Transportation:** Total of monthly fares for mass transit *(e.g., bus, train, ferry, taxi, etc.)*

12  **Out of Pocket Health Care Costs:** Monthly total of medical services, prescription drugs and medical supplies *(e.g., eyeglasses, hearing aids, etc.)*

13  **Current Year Taxes:** Include state and Federal taxes withheld from salary or wages, or paid as estimated taxes.

**Certification:** *Under penalties of perjury, I declare that to the best of my knowledge and belief this statement of assets, liabilities, and other information is true, correct, and complete.*

| Taxpayer's Signature | Spouse's signature | Date |
|---|---|---|
| | | |

**After we review the completed Form 433-A, you may be asked to provide verification for the assets, encumbrances, income and expenses reported.** Documentation may include previously filed income tax returns, pay statements, self-employment records, bank and investment statements, loan statements, bills or statements for recurring expenses, etc.

**IRS USE ONLY** *(Notes)*

Form 433-A (Rev. 2-2019)                                                                                                   Page **5**

## Sections 6 and 7 must be completed only if you are SELF-EMPLOYED.

### Section 6: Business Information

| 51 | Is the business a sole proprietorship *(filing Schedule C)* | ☐ Yes, Continue with Sections 6 and 7. | ☐ No, Complete Form 433-B. |
|---|---|---|---|

All other business entities, including limited liability companies, partnerships or corporations, must complete Form 433-B.

**52** Business Name & Address *(if different than 1b)*

| 53 Employer Identification Number | 54 Type of Business | 55 Is the business a Federal Contractor ☐ Yes ☐ No |
|---|---|---|

| 56 Business Website (web address) | 57 Total Number of Employees | 58 Average Gross Monthly Payroll |
|---|---|---|

| 59 Frequency of Tax Deposits | 60 Does the business engage in e-Commerce *(Internet sales)* If yes, complete *lines 61a and 61b* ☐ Yes ☐ No |
|---|---|

**PAYMENT PROCESSOR** *(e.g., PayPal, Authorize.net, Google Checkout, etc.)* Include virtual currency wallet, exchange or digital currency exchange.

| Name & Address *(Street, City, State, ZIP code). Name & Address (Street, City, State, ZIP code)* | Payment Processor Account Number |
|---|---|
| **61a** | |
| **61b** | |

**CREDIT CARDS ACCEPTED BY THE BUSINESS**

| Credit Card | Merchant Account Number | Issuing Bank Name & Address *(Street, City, State, ZIP code)* |
|---|---|---|
| **62a** | | |
| **62b** | | |
| **62c** | | |

| **63** **BUSINESS CASH ON HAND** Include cash that is not in a bank. | **Total Cash on Hand** $ |
|---|---|

**BUSINESS BANK ACCOUNTS** Include checking accounts, online and mobile *(e.g., PayPal)* accounts, money market accounts, savings accounts, and stored value cards *(e.g., payroll cards, government benefit cards, etc.)*. Report Personal Accounts in Section 4.

| Type of Account | Full name & Address *(Street, City, State, ZIP code)* of Bank, Savings & Loan, Credit Union or Financial Institution. | Account Number | Account Balance As of _____ *mmddyyyy* |
|---|---|---|---|
| **64a** | | | $ |
| **64b** | | | $ |
| **64c**  Total Cash in Banks *(Add lines 64a, 64b and amounts from any attachments)* | | | $ |

**ACCOUNTS/NOTES RECEIVABLE** Include e-payment accounts receivable and factoring companies, and any bartering or online auction accounts. *(List all contracts separately, including contracts awarded, but not started.)* Include Federal, state and local government grants and contracts.

| Accounts/Notes Receivable & Address *(Street, City, State, ZIP code)* | Status *(e.g., age, factored, other)* | Date Due *(mmddyyyy)* | Invoice Number or Government Grant or Contract Number | Amount Due |
|---|---|---|---|---|
| **65a** | | | | $ |
| **65b** | | | | $ |
| **65c** | | | | $ |
| **65d** | | | | $ |
| **65e** | | | | $ |
| **65f**  Total Outstanding Balance *(Add lines 65a through 65e and amounts from any attachments)* | | | | $ |

Form 433-A (Rev. 2-2019)                                                                                                                Page **6**

**BUSINESS ASSETS**  Include all tools, books, machinery, equipment, inventory or other assets used in trade or business. Include a list and show the value of all intangible assets such as licenses, patents, domain names, copyrights, trademarks, mining claims, etc.

| | Purchase/ Lease Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | **Equity** FMV Minus Loan |
|---|---|---|---|---|---|---|
| **66a**  Property Description | | $ | $ | $ | | $ |
| Location *(Street, City, State, ZIP code)* and Country | | | Lender/Lessor/Landlord Name, Address *(Street, City, State, ZIP code)*, and Phone | | | |
| | | | Phone | | | |
| **66b**  Property Description | | $ | $ | $ | | $ |
| Location *(Street, City, State, ZIP code)* and Country | | | Lender/Lessor/Landlord Name, Address *(Street, City, State, ZIP code)*, and Phone | | | |
| | | | Phone | | | |
| **66c**  **Total Equity** *(Add lines 66a, 66b and amounts from any attachments)* | | | | $ | | |

## Section 7 should be completed only if you are SELF-EMPLOYED

**Section 7: Sole Proprietorship Information** *(lines 67 through 87 should reconcile with business Profit and Loss Statement)*

Accounting Method Used: ☐ Cash   ☐ Accrual
*Use the prior 3, 6, 9 or 12 month period to determine your typical business income and expenses.*

Income and Expenses during the period *(mmddyyyy)* _____ | to *(mmddyyyy)* _____

*Provide a breakdown below of your average monthly income and expenses, based on the period of time used above.*

| **Total Monthly Business Income** | | | **Total Monthly Business Expenses** (Use attachments as needed) | | |
|---|---|---|---|---|---|
| Source | Gross Monthly | | Expense Items | Actual Monthly | |
| 67  Gross Receipts | $ | | 77  Materials Purchased [1] | $ | |
| 68  Gross Rental Income | $ | | 78  Inventory Purchased [2] | $ | |
| 69  Interest | $ | | 79  Gross Wages & Salaries | $ | |
| 70  Dividends | $ | | 80  Rent | $ | |
| 71  Cash Receipts not included in lines 67-70 | $ | | 81  Supplies [3] | $ | |
| Other Income (Specify below) | | | 82  Utilities/Telephone [4] | $ | |
| 72 _____ | $ | | 83  Vehicle Gasoline/Oil | $ | |
| 73 _____ | $ | | 84  Repairs & Maintenance | $ | |
| 74 _____ | $ | | 85  Insurance | $ | |
| 75 _____ | $ | | 86  Current Taxes [5] | $ | |
| 76  **Total Income** (Add lines 67 through 75) | $ | | 87  Other Expenses, including installment payments (Specify) | $ | |
| | | | 88  **Total Expenses** (Add lines 77 through 87) | $ | |
| | | | 89  **Net Business Income** (Line 76 minus 88) [6] | $ | |

**Enter the monthly net income amount from line 89 on line 23, section 5. If line 89 is a loss, enter "0" on line 23, section 5.
Self-employed taxpayers must return to page 4 to sign the certification.**

1  **Materials Purchased:** Materials are items directly related to the production of a product or service.

2  **Inventory Purchased:** Goods bought for resale.

3  **Supplies:** Supplies are items used in the business that are consumed or used up within one year. This could be the cost of books, office supplies, professional equipment, etc.

4  **Utilities/Telephone:** Utilities include gas, electricity, water, oil, other fuels, trash collection, telephone, cell phone and business internet.

5  **Current Taxes:** Real estate, excise, franchise, occupational, personal property, sales and employer's portion of employment taxes.

6  **Net Business Income:** Net profit from Form 1040, Schedule C may be used if duplicated deductions are eliminated (e.g., expenses for business use of home already included in housing and utility expenses on page 4). Deductions for depreciation and depletion on Schedule C are not cash expenses and must be added back to the net income figure. In addition, interest cannot be deducted if it is already included in any other installment payments allowed.

**IRS USE ONLY** *(Notes)*

**Privacy Act**: The information requested on this Form is covered under Privacy Acts and Paperwork Reduction Notices which have already been provided to the taxpayer.

Form **433-B**
(February 2019)

Department of the Treasury
Internal Revenue Service

# Collection Information Statement for Businesses

**Note:** *Complete all entry spaces with the current data available or "N/A" (not applicable). Failure to complete all entry spaces may result in rejection of your request or significant delay in account resolution. Include attachments if additional space is needed to respond completely to any question.*

## Section 1: Business Information

**1a** Business Name

**1b** Business Street Address

Mailing Address

City ___ State ___ ZIP ___

**1c** County

**1d** Business Telephone ( )

**1e** Type of Business

**1f** Business Website (web address)

**2a** Employer Identification No. (EIN)

**2b** Type of entity *(Check appropriate box below)*
☐ Partnership  ☐ Corporation  ☐ Other ___
☐ Limited Liability Company (LLC) classified as a corporation
☐ Other LLC - Include number of members ___

**2c** Date Incorporated/Established
*mmddyyyy*

**3a** Number of Employees

**3b** Monthly Gross Payroll

**3c** Frequency of Tax Deposits

**3d** Is the business enrolled in Electronic Federal Tax Payment System (EFTPS)  ☐ Yes  ☐ No

**4** Does the business engage in e-Commerce *(Internet sales)* If yes, complete 5a and 5b.  ☐ Yes  ☐ No

**PAYMENT PROCESSOR** *(e.g., PayPal, Authorize.net, Google Checkout, etc.)* Include virtual currency wallet, exchange or digital currency exchange.

| | Name and Address *(Street, City, State, ZIP code)* | Payment Processor Account Number |
|---|---|---|
| **5a** | | |
| **5b** | | |

**CREDIT CARDS ACCEPTED BY THE BUSINESS**

| | Type of Credit Card *(e.g., Visa, Mastercard, etc.)* | Merchant Account Number | Issuing Bank Name and Address *(Street, City, State, ZIP code)* |
|---|---|---|---|
| **6a** | | | Phone |
| **6b** | | | Phone |
| **6c** | | | Phone |

## Section 2: Business Personnel and Contacts

**PARTNERS, OFFICERS, LLC MEMBERS, MAJOR SHAREHOLDERS (Foreign and Domestic), ETC.**

**7a** Full Name ___
Title ___
Home Address ___
City ___ State ___ ZIP ___
Responsible for Depositing Payroll Taxes  ☐ Yes  ☐ No
Taxpayer Identification Number ___
Home Telephone ( )
Work/Cell Phone ( )
Ownership Percentage & Shares or Interest ___
Annual Salary/Draw

**7b** Full Name ___
Title ___
Home Address ___
City ___ State ___ ZIP ___
Responsible for Depositing Payroll Taxes  ☐ Yes  ☐ No
Taxpayer Identification Number ___
Home Telephone ( )
Work/Cell Phone ( )
Ownership Percentage & Shares or Interest ___
Annual Salary/Draw

**7c** Full Name ___
Title ___
Home Address ___
City ___ State ___ ZIP ___
Responsible for Depositing Payroll Taxes  ☐ Yes  ☐ No
Taxpayer Identification Number ___
Home Telephone ( )
Work/Cell Phone ( )
Ownership Percentage & Shares or Interest ___
Annual Salary/Draw

**7d** Full Name ___
Title ___
Home Address ___
City ___ State ___ ZIP ___
Responsible for Depositing Payroll Taxes  ☐ Yes  ☐ No
Taxpayer Identification Number ___
Home Telephone ( )
Work/Cell Phone ( )
Ownership Percentage & Shares or Interest ___
Annual Salary/Draw

Form 433-B (Rev. 2-2019)                                                                                                    Page **2**

## Section 3: Other Financial Information *(Attach copies of all applicable documents)*

**8**  **Does the business use a Payroll Service Provider or Reporting Agent** *(If yes, answer the following)*   ☐ Yes ☐ No

| Name and Address *(Street, City, State, ZIP code)* | Effective dates *(mmddyyyy)* |
|---|---|
| | |

**9**  **Is the business a party to a lawsuit** *(If yes, answer the following)*   ☐ Yes ☐ No

| ☐ Plaintiff  ☐ Defendant | Location of Filing | Represented by | Docket/Case No. |
|---|---|---|---|
| Amount of Suit $ | Possible Completion Date *(mmddyyyy)* | Subject of Suit | |

**10**  **Has the business ever filed bankruptcy** *(If yes, answer the following)*   ☐ Yes ☐ No

| Date Filed *(mmddyyyy)* | Date Dismissed *(mmddyyyy)* | Date Discharged *(mmddyyyy)* | Petition No. | District of Filing |
|---|---|---|---|---|
| | | | | |

**11**  **Do any related parties** *(e.g., officers, partners, employees)* **have outstanding amounts owed to the business** *(If yes, answer the following)*   ☐ Yes ☐ No

| Name and Address *(Street, City, State, ZIP code)* | Date of Loan | Current Balance As of *mmddyyyy* | Payment Date | Payment Amount |
|---|---|---|---|---|
| | | $ | | $ |

**12**  **Have any assets been transferred, in the last 10 years, from this business for less than full value** *(If yes, answer the following)*   ☐ Yes ☐ No

| List Asset | Value at Time of Transfer | Date Transferred *(mmddyyyy)* | To Whom or Where Transferred |
|---|---|---|---|
| | $ | | |

**13**  **Does this business have other business affiliations** *(e.g., subsidiary or parent companies)* *(If yes, answer the following)*   ☐ Yes ☐ No

| Related Business Name and Address *(Street, City, State, ZIP code)* | Related Business EIN: |
|---|---|
| | |

**14**  **Any increase/decrease in income anticipated** *(If yes, answer the following)*   ☐ Yes ☐ No

| Explain *(Use attachment if needed)* | How much will it increase/decrease $ | When will it increase/decrease |
|---|---|---|
| | | |

**15**  **Is the business a Federal Government Contractor**  *(Include Federal Government contracts in #18, Accounts/Notes Receivable)*   ☐ Yes ☐ No

## Section 4: Business Asset and Liability Information (Foreign and Domestic)

**16a**  **CASH ON HAND**  *Include cash that is not in the bank*          **Total Cash on Hand** $

**16b**  **Is there a safe on the business premises**  ☐ Yes ☐ No   | Contents

**BUSINESS BANK ACOUNTS** Include online and mobile accounts *(e.g., PayPal)*, money market accounts, savings accounts, checking accounts and stored value cards *(e.g., payroll cards, government benefit cards, etc.)*
List safe deposit boxes including location, box number and value of contents. Attach list of contents.

| Type of Account | Full Name and Address *(Street, City, State, ZIP code)* of Bank, Savings & Loan, Credit Union or Financial Institution | Account Number | Account Balance As of _____ *mmddyyyy* |
|---|---|---|---|
| **17a** | | | $ |
| **17b** | | | $ |
| **17c** | | | $ |
| **17d**  **Total Cash in Banks** *(Add lines 17a through 17c and amounts from any attachments)* | | | $ |

Form 433-B (Rev. 2-2019)                                                                                   Page **3**

**ACCOUNTS/NOTES RECEIVABLE** Include e-payment accounts receivable and factoring companies, and any bartering or online auction accounts.
*(List all contracts separately including contracts awarded, but not started). **Include Federal, state and local government grants and contracts.***

| Name & Address *(Street, City, State, ZIP code)* | Status *(e.g., age, factored, other)* | Date Due *(mmddyyy)* | Invoice Number or Government Grant or Contract Number | Amount Due |
|---|---|---|---|---|
| **18a**<br><br>Contact Name<br>Phone | | | | $ |
| **18b**<br><br>Contact Name<br>Phone | | | | $ |
| **18c**<br><br>Contact Name<br>Phone | | | | $ |
| **18d**<br><br>Contact Name<br>Phone | | | | $ |
| **18e**<br><br>Contact Name<br>Phone | | | | $ |
| **18f  Outstanding Balance** *(Add lines 18a through 18e and amounts from any attachments)* | | | | $ |

**INVESTMENTS** List all investment assets below. Include stocks, bonds, mutual funds, stock options, certificates of deposit, commodities (e.g., gold, silver, copper, etc.) and virtual currency (e.g., Bitcoin, Ripple and Litecoin).

| Name of Company & Address *(Street, City, State, ZIP code)* | Used as collateral on loan | Current Value | Loan Balance | **Equity** Value Minus Loan |
|---|---|---|---|---|
| **19a**<br><br>Phone | ☐ Yes  ☐ No | $ | $ | $ |
| **19b**<br><br>Phone | ☐ Yes  ☐ No | $ | $ | $ |
| **19c  Total Investments** *(Add lines 19a, 19b, and amounts from any attachments)* | | | | $ |

**AVAILABLE CREDIT** Include all lines of credit and credit cards.

| Full Name & Address *(Street, City, State, ZIP code)* | Credit Limit | Amount Owed<br>As of _____<br>*mmddyyy* | **Available Credit**<br>As of _____<br>*mmddyyy* |
|---|---|---|---|
| **20a**<br><br>Account No. | $ | $ | $ |
| **20b**<br><br>Account No. | $ | $ | $ |
| **20c  Total Credit Available** *(Add lines 20a, 20b, and amounts from any attachments)* | | | $ |

Form 433-B (Rev. 2-2019)                                                                                                      Page **4**

**REAL PROPERTY**  Include all real property and land contracts the business owns/leases/rents.

| | | Purchase/ Lease Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | **Equity** FMV Minus Loan |
|---|---|---|---|---|---|---|---|
| **21a** | Property Description | | $ | $ | $ | | $ |
| | Location *(Street, City, State, ZIP code)* and County | | Lender/Lessor/Landlord Name, Address, *(Street, City, State, ZIP code)* and Phone | | | | |
| | | | | | | Phone | |
| **21b** | Property Description | | $ | $ | $ | | $ |
| | Location *(Street, City, State, ZIP code)* and County | | Lender/Lessor/Landlord Name, Address, *(Street, City, State, ZIP code)* and Phone | | | | |
| | | | | | | Phone | |
| **21c** | Property Description | | $ | $ | $ | | $ |
| | Location *(Street, City, State, ZIP code)* and County | | Lender/Lessor/Landlord Name, Address, *(Street, City, State, ZIP code)* and Phone | | | | |
| | | | | | | Phone | |
| **21d** | Property Description | | $ | $ | $ | | $ |
| | Location *(Street, City, State, ZIP code)* and County | | Lender/Lessor/Landlord Name, Address, *(Street, City, State, ZIP code)* and Phone | | | | |
| | | | | | | Phone | |

**21e**  **Total Equity** *(Add lines 21a through 21d and amounts from any attachments)*                                          $

**VEHICLES, LEASED AND PURCHASED**  Include boats, RVs, motorcycles, all-terrain and off-road vehicles, trailers, mobile homes, etc.

| | | | Purchase/ Lease Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | **Equity** FMV Minus Loan |
|---|---|---|---|---|---|---|---|---|
| **22a** | Year | Make/Model | | $ | $ | $ | | $ |
| | Mileage | License/Tag Number | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone | | | | | |
| | Vehicle Identification Number (VIN) | | | | | | Phone | |
| **22b** | Year | Make/Model | | $ | $ | $ | | $ |
| | Mileage | License/Tag Number | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone | | | | | |
| | Vehicle Identification Number (VIN) | | | | | | Phone | |
| **22c** | Year | Make/Model | | $ | $ | $ | | $ |
| | Mileage | License/Tag Number | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone | | | | | |
| | Vehicle Identification Number (VIN) | | | | | | Phone | |
| **22d** | Year | Make/Model | | $ | $ | $ | | $ |
| | Mileage | License/Tag Number | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone | | | | | |
| | Vehicle Identification Number (VIN) | | | | | | Phone | |

**22e**  **Total Equity** *(Add lines 22a through 22d and amounts from any attachments)*                                          $

Form 433-B (Rev. 2-2019)                                                                                                          Page **5**

**BUSINESS EQUIPMENT AND INTANGIBLE ASSETS** Include all machinery, equipment, merchandise inventory, and other assets in 23a through 23d. List intangible assets in 23e through 23g *(licenses, patents, logos, domain names, trademarks, copyrights, software, mining claims, goodwill and trade secrets.)*

| | Purchase/ Lease Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | **Equity** FMV Minus Loan |
|---|---|---|---|---|---|---|
| **23a** Asset Description | | $ | $ | $ | | $ |

Location of asset *(Street, City, State, ZIP code)* and County | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone

Phone

| | | | | | | |
|---|---|---|---|---|---|---|
| **23b** Asset Description | | $ | $ | $ | | $ |

Location of asset *(Street, City, State, ZIP code)* and County | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone

Phone

| | | | | | | |
|---|---|---|---|---|---|---|
| **23c** Asset Description | | $ | $ | $ | | $ |

Location of asset *(Street, City, State, ZIP code)* and County | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone

Phone

| | | | | | | |
|---|---|---|---|---|---|---|
| **23d** Asset Description | | $ | $ | $ | | $ |

Location of asset *(Street, City, State, ZIP code)* and County | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone

Phone

| | |
|---|---|
| **23e** Intangible Asset Description | $ |
| **23f** Intangible Asset Description | $ |
| **23g** Intangible Asset Description | $ |

**23h** **Total Equity** *(Add lines 23a through 23g and amounts from any attachments)* | $

**BUSINESS LIABILITIES** Include notes and judgements not listed previously on this form.

| Business Liabilities | Secured/ Unsecured | Date Pledged *(mmddyyyy)* | Balance Owed | Date of Final Payment *(mmddyyyy)* | Payment Amount |
|---|---|---|---|---|---|
| **24a** Description: | ☐ Secured  ☐ Unsecured | | $ | | $ |
| Name | | | | | |
| Street Address | | | | | |
| City/State/ZIP code | | | Phone | | |
| **24b** Description: | ☐ Secured  ☐ Unsecured | | $ | | $ |
| Name | | | | | |
| Street Address | | | | | |
| City/State/ZIP code | | | Phone | | |

**24c** **Total Payments** *(Add lines 24a and 24b and amounts from any attachments)* | $

Catalog Number 16649P                         www.irs.gov                         Form **433-B** (Rev. 2-2019)

Form 433-B (Rev. 2-2019)                                                                                                 Page **6**

## Section 5: Monthly Income/Expenses Statement for Business

**Accounting Method Used:** ☐ Cash   ☐ Accrual
Use the prior 3, 6, 9 or 12 month period to determine your typical business income and expenses.

**Income and Expenses during the period** *(mmddyyyy)* _____   *to (mmddyyyy)* _____

Provide a breakdown below of your average monthly income and expenses, based on the period of time used above.

| Total Monthly Business Income | | Total Monthly Business Expenses | |
|---|---|---|---|
| Income Source | Gross Monthly | Expense items | Actual Monthly |
| 25  Gross Receipts from Sales/Services | $ | 36  Materials Purchased [1] | $ |
| 26  Gross Rental Income | $ | 37  Inventory Purchased [2] | $ |
| 27  Interest Income | $ | 38  Gross Wages & Salaries | $ |
| 28  Dividends | $ | 39  Rent | $ |
| 29  Cash Receipts (Not included in lines 25-28) | $ | 40  Supplies [3] | $ |
| Other Income (Specify below) | | 41  Utilities/Telephone [4] | $ |
| 30 | $ | 42  Vehicle Gasoline/Oil | $ |
| 31 | $ | 43  Repairs & Maintenance | $ |
| 32 | $ | 44  Insurance | $ |
| 33 | $ | 45  Current Taxes [5] | $ |
| 34 | $ | 46  Other Expenses (Specify) | $ |
| 35  **Total Income** (Add lines 25 through 34) | $ | 47  IRS Use Only-Allowable Installment Payments | $ |
| | | 48  **Total Expenses** (Add lines 36 through 47) | $ |
| | | 49  **Net Income** (Line 35 minus Line 48) | $ |

1  **Materials Purchased:** Materials are items directly related to the production of a product or service.

2  **Inventory Purchased:** Goods bought for resale.

3  **Supplies:** Supplies are items used to conduct business and are consumed or used up within one year. This could be the cost of books, office supplies, professional equipment, etc.

4  **Utilities/Telephone:** Utilities include gas, electricity, water, oil, other fuels, trash collection, telephone, cell phone and business internet.

5  **Current Taxes:** Real estate, state, and local income tax, excise, franchise, occupational, personal property, sales and the employer's portion of employment taxes.

**Certification:** *Under penalties of perjury, I declare that to the best of my knowledge and belief this statement of assets, liabilities, and other information is true, correct, and complete.*

| Signature | Title | Date |
|---|---|---|
| | | |

**Print Name of Officer, Partner or LLC Member**

After we review the completed Form 433-B, you may be asked to provide verification for the assets, encumbrances, income and expenses reported. Documentation may include previously filed income tax returns, profit and loss statements, bank and investment statements, loan statements, financing statements, bills or statements for recurring expenses, etc.

**IRS USE ONLY** *(Notes)*

**Privacy Act:** The information requested on this Form is covered under Privacy Acts and Paperwork Reduction Notices which have already been provided to the taxpayer.

## Affidavit of Notary Presentment

On ( _04/29/22_ ) ( _Sir Richard Philippe_ ) appeared before me with the following documents listed below, I the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.

**To:** John. Joseph Moakley U.S. Courthouse.
One Courthouse way, Boston, MA 02210

**List of documents:** AFFIDAVIT OF DEMAND FOR ACQUITTAL.
LACK OF SUBJECT MATTER JURISDICTION.

_Nicole Cepeda Gomez_

**Notary Print Name**

_[signature]_

**Notary Signature**

```
Notary: CEPEDA GOMEZ
        Notary Public
     State of Rhode Island
          I.D. #
  My Commission Expires 09/29/2025
```

By: _Sir richard philippe_     Seal.
_Sir richard philippe 'Sui Juris'._
Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: _RoP_
28 U.S.C. ss. 1746.          UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

# district court of the united states
# in the district of massachusetts

UNITED STATES       )
      V.              )      Case No. 19-CR-10328-FDS-1
richard philippe     )

### AFFIDAVIT OF DEMAND FOR ACQUITTAL
### LACK OF SUBJECT MATTER JURISDICTION

I Sir richard philippe 'Sui Juris' denying and challenging the jurisdiction of the above-named court over the subject matter in the above-entitled cause, for the reasons explained in the following memorandum: The jurisdiction of a court over the subject matter has been said to be essential, necessary, indispensable and an elementary prerequisite to the exercise of judicial power. **21 C.J.S., "Courts" § 18, p. 25.** A court cannot proceed with a trial or make a judgment without such jurisdiction existing. It is elementary that the jurisdiction of the court over the subject matter of the action is the most critical aspect of the court's authority to act. Without it the court lacks any power to proceed; therefore, a defense based upon this lack cannot be waived and may be asserted at any time. **(See) United States v. Corrick, 298 U.S. 435 (1936).** Subject matter jurisdiction cannot be conferred by waiver or consent, and may be raised at any time. "**See Gosa v. Mayden, 413 U.S. 665, 708 (1973).** "Subject matter jurisdiction may be raised by either party or the court at any time and cannot be conferred by waiver." **See United States v. Cotton, 535 U.S. 625, 630, 122 S. Ct. 1781, 152 L. Ed. 2d 860 (2002).** Thus if the charging instruments are invalid, there is a lack of subject matter jurisdiction. An act committed within a State, whether for good or bad purpose, or whether with honest or a criminal intent, cannot be made an offense, "**See United States v. Fox, 95 U.S. 670, 672 (1877).** In most cases in which there would be subject matter jurisdiction are self-evident. If a subject matter or the crimes alleged was to have been committed outside the territorial jurisdiction of the court, then the court would not have jurisdiction over the thing or crime involved. Where judicial tribunals have no jurisdiction of subject matter, the proceedings are void. **See 21 C.J.S., "Courts," § 18, p. 25.** Subject matter jurisdiction is lacking in this matter, this court can do nothing except dismiss the cause of action. Any other court proceeding is usurpation. No authority need to be cited for the proposition that, when a court lacks jurisdiction, any judgment rendered by it is void and unenforceable, and without any force or effect." **See Hooker v. Boles, 346 Fed.2d 285, 286 (1965).** For the court with trial and make a judgment or sentence after such a jurisdictional challenge has been made, would simply result in an act of usurpation and treason. Judgment lacking subject jurisdiction is void." **See Burnham v SUPERIOR COURT OF CAL., County of Marin, 495 US 604, 110 SCT 2105, 109 LED2D 631, (1990) and Ashley v. United States, 37 F. Supp. 2d 1027, 1029 (W.D. Mich. 1997).** A court lacking jurisdiction cannot render judgment but must dismiss the cause at any stage of the proceedings in which it becomes apparent that jurisdiction is lacking." **See Sweeton v. Brown, 27 F.3d 1162, 1169 (6th Cir. 1994) (quoting United States v. Siviglia, 686 F.2d 832, 835 (10th Cir. 1981), cert. denied, 461 U.S. 918, 103 S. Ct. 1902, 77 L. Ed. 2d 289 (1983)).** When subject matter jurisdiction is challenged, the plaintiff has the burden of proving

Certified true, accurate and complete: _____
28 U.S.C. ss. 1746.           UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

jurisdiction in order to survive a motion to dismiss." See Wayside Church v. Van Buren Cty., 847 F.3d 812, 817 (6th Cir. 2017). Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach its merits, but rather should dismiss the action." See Melo v. U.S. 505 F.2d 1026 (8th Cir. 1974). There is no discretion to ignore lack of jurisdiction." See Joyce v. U.S. 474 F.2d 215 (3rd Cir. 1973). "Court must prove on the record, all jurisdiction Facts related to the jurisdiction asserted." Lantana v. Hopper, 102 F.2d 118; Chicago v. New York 37 F Supp. 150 (5th Cir. 1939). The law provides that once state and Federal Jurisdiction has been challenged, it must be proven." 448 U.S. 1, 100 S. Ct. 2502, 65 L. Ed. 2d 555 (1980). "Jurisdiction can be challenged at any time." Basso v. Utah Power and Light Co. 495 F.2d 906, 910 (10th Cir. 1974). "Once Challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medical Examiners 94 Ca 2d 751, 211 P.2d 389. Though not specifically alleged, defendant's challenge to subject matter jurisdiction implicitly raised claim that default judgment against him was void and relief should be granted under Rule 60(b)(4)." Honneus v. Donovan, 93 F.R.D. 433, 436-37(1982), aff'd, 691 F.2d 1 (1st Cir. 1982) and Kocher v. Dow Chem. Co., 132 F.3d 1225, 1230-31 (8th Cir. 1987) See Louisville & Nashville R. Co. v. Mottley, 211 U.S. 149, 53 L. Ed. 126, 29 S. Ct. 42 (1908) (Supreme Court raising objection to federal court jurisdiction). See generally Erwin Chemerinsky, Federal Jurisdiction 249-250 (2d ed. 1994) (explaining that federal courts may raise sua sponte objections to subject matter jurisdiction because the restrictions on federal jurisdiction advance important values of federalism and separation of powers). Here, defendant has expressly challenged the existence of federal subject matter jurisdiction. "Once the existence of subject matter jurisdiction is challenged, the burden of establishing it always rests on the party asserting jurisdiction." 2A Moore's Federal Practice at 12-50. A federal court may challenge sua sponte subject matter jurisdiction. " United States v. Paredes, 950 F. Supp. 584 (S.D.N.Y. 1996). It is well-established that the Constitution created a federal government of limited powers. This principle is embodied in U.S. Const. amend. X. See U.S. Const. Amend. X. Because Congress does not have unfettered discretion to pass laws, all federal enactments must be "based on one or more powers enumerated in the Constitution." United States v. Morrison, 529 U.S. 598, 120 S. Ct. 1740, 1748, 146 L. Ed. 2d 658 (2000); Marbury v. Madison, 5 U.S. 137, 1 Cranch 137, 176, 2 L. Ed. 60 (1803). Morrison, 120 S. Ct. at 1749; United States v. Lopez, 514 U.S. 549, 558-59, 131 L. Ed. 2d 626, 115 S. Ct. 1624 (1995).  the federal government may not manufacture jurisdiction which is what the government is doing here. Federal jurisdiction in criminal prosecutions should not be recognized when patently contrived by means adopted solely for the purpose of creating a federal crime. Federal courts are under an obligation to scrutinize the government's apparent reasons for its actions whenever such a jurisdictional ploy is suggested. United States v. Coates, 949 F.2d 104 (4th Cir. 1991). Under our federal system, the "'States possess primary authority for defining and enforcing criminal law.'" United States v. Lopez, 514 U.S. 549, 131 L. Ed. 2d 626, 115 S. Ct. 1624, 1631 n.3 (1995) (quoting Brecht v. Abrahamson, 507 U.S. 619, 113 S. Ct. 1710, 1720, 123 L. Ed. 2d 353 (1993) (quotation omitted)). See also Screws v. United States, 325 U.S. 91, 109, 89 L. Ed. 1495, 65 S. Ct. 1031 (1945) (plurality opinion) ("Our national government is one of delegated powers alone. Here, it is clear that I Sir philippe have not violated Massachusetts state law or Federal Corporation, government law, therefore, the federal government clearly lacks subject matter, and that explains why I Sir philippe in the district court of Massachusetts is challenging the federal corporation, government for lack of jurisdiction and all General constitutional Laws. See" Lopez, 115 S. Ct. at 1631 n.3 (quoting United States v. Emmons, 410 U.S. 396, 411-412, 35 L. Ed. 2d 379, 93 S. Ct. 1007 (1973) (quotation omitted). The principles of limited national powers and state sovereignty are intertwined. While neither originates in the Tenth Amendment, both are expressed by it. Impermissible interference

Certified true, accurate and complete: _____
28 U.S.C. ss. 1746.                    UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

with state sovereignty is not within the enumerated powers of the national government, and action that exceeds the national government's enumerated powers undermines the sovereign interests of states. The unconstitutional action can cause concomitant injury to persons in individual cases. **United States v. Bond, 564 U.S. 211, 131 S. Ct. 2355, 180 L. Ed. 2d 269 (2011).** Congress cannot punish felonies generally" **Cohes v. Virginia, 19 U.S. 264, 6 Wheat. 264, 428, 5 L. Ed. 257 (1821).** Reservation by Tenth Amendment of state powers cannot be defeated by undue extension of power of Congress given by Commerce Clause. **See"NLRB v. Jones & Laughlin Steel Corp., 301 U.S. 1, 57 S. Ct. 615, 81 L. Ed. 893, 1 Empl. Prac. Dec. (CCH) ¶9601, 1 L.R.R.M. (BNA) 703, 1 Lab. Cas. (CCH) ¶17017 (1937)** the powers of the National Government are limited to those granted by the Constitution. **See"A. L. A. Schechter Poultry Corp. v. United States, 295 U. S. 495, 544, 79 L. ed. 1570, 1587, 55 S. Ct. 837, 97 A.L.R. 947.** Therefore, I *Sir philippe* moves to dismiss all charges on the ground that the treaty-making power of the United States embraces all such power as would have belonged to the several states if the Constitution had not been adopted; in the exercise of that power the Federal government is the accredited agent of both the people of the United States and of the states themselves. **Baldwin v. Franks, 120 U. S. 678, 682, 683, 30 L. ed. 766-768, 7 Sup. Ct. Rep. 656, 763.** Nor can the government use **18 U.S.C. 3231** to justify jurisdiction over the subject matter. Title 18 of the United States Code, which Title codifies the federal criminal laws.  Section 3231 of that Title provides: Nothing in this title shall be held to take away or impair the jurisdiction of the courts of the several States under the laws thereof.   To interfere with the penal laws of a State, where they have for their sole object the internal government of the country, is a very serious measure, which Congress cannot be supposed to adopt lightly, or inconsiderately, It would be taken deliberately, and the intention would be clearly and unequivocally expressed." **Cohens v Virginia (US) 6 Wheat 264, 443, 5 L ed 257, 300.**   Based upon the above memorandum. I *Sir philippe* moves that this action and cause be dismissed for lack of subject matter jurisdiction.  A court lacking jurisdiction cannot render judgment but must dismiss the cause at any stage of the proceedings in which it becomes apparent that jurisdiction is lacking. **United States v. Siviglia, 686 Fed. 2d 832, 835 (1981), cases cited.** Consequently, there is no subject matter jurisdiction by which I can be tried in the district court of the united States' district of massachusetts. I *Sir philippe* regards it as just and necessary to give fair warning to this court of the consequences of its failure to follow the Constitution of the United States of America and uphold its oath and duty in this matter, being that it can result in this Court committing acts of treason, usurpation, and tyranny. Such trespasses would be clearly evident to the public, especially in light of the clear and unambiguous provisions of the Constitution that are involved here which leave no room for construction , and in light of the numerous adjurations upon them as herein stated. The possible breaches of law that may result by denying this Affidavit are enumerated as follows: The failure to uphold these clear and plain provisions of our Constitution cannot be regarded as mere error in judgment, but deliberate USURPATION. Usurpation is defined as unauthorized arbitrary assumption and exercise of power. While error is only voidable, such usurpation is void.  The boundary between an error in judgment and the usurpation of judicial power is this: The former is reversible by an appellate court and is, therefore, only voidable, which the latter is a nullity. To take jurisdiction where it clearly does not exist is usurpation, and no one is bound to follow acts of usurpation, and in fact it is a duty of citizens to disregard and disobey them since they are void and enforceable. No authority need be cited for the proposition that, when a court lacks jurisdiction, any judgment rendered by it is void and unenforceable. Hooker v. Boles, 346 Fed. 2d. 285, 286 (1965). The fact that the "United States Statutes" has been in use for over forty years cannot be held as a justification to continue to usurp power and set aside the constitutional provisions which are contrary to such, as Judge Cooley stated: Acquiescence

for no length of time can legalize a clear usurpation of power, where the people have plainly expressed their will in the constitution. Cooley, Constitutional Limitations, p. 71.  To assume jurisdiction in this case would result in TREASON. Chief Justice John Marshall once stated:  'We [judges] have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution. **Cohens v. Virginia, 6 Wheat. (19 U.S.) 264, 404 (1821).** The judges of this Honorable Court took an oath to uphold and support the Constitution of the United States, and is blatant disregarded of that obligation and allegiance can only result in an act of treason. If this Court departs from the clear meaning of the Constitution, it will be regarded as a blatant act of TYRANNY. Any exercise of power which is done without the support of law or beyond what the law allows is tyranny. It has been said, with much truth, "Where the law ends, tyranny begins." **Merritt v. Welsh, 104 U.S. 694, 702 (1881).** Tyranny and despotism exist where the will and pleasure of those in the government is followed rather than established law. It has been repeatedly said and affirmed as a most basic principle of our government that, "this is a government of laws and not men; and that there is no arbitrary power located in any individual or body of individuals." **Cotting v. Kansas City Stock Yards Co., 183 U.S. 79, 84 (1901).** Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason." **Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958).** Judges are deemed to know the law and are sworn to uphold and can hardly claim that they acted in good faith for willful deformation of a law and certainly cannot plead ignorance of the law. It is the duty of the courts to be watchful for the Constitutional rights of the citizen and against any stealthy encroachments thereon". **[Boyd v. United States, 116 U.S. 616, 635].** It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgment in our constitutional jurisprudence.  No higher duty rest upon this Court than to assert its full authority to prevent all violations of the principles of the Constitution." **[Downs v. Bidwell, 182 U.S. 244 (1901).** "We (judges) have no more right to decline the exercise of jurisdiction which is given, than usurp that which is not given. The one or the other would be treason to the Constitution." **[Cohen v. Virginia, (1821), 6 Wheat. 264 and U.S. v. Will, 449 U.S. 200].** It is the duty of the Courts to be watchful for the Constitutional rights of the Citizens, and against any stealthy encroachments thereon. Their motto should be Obsta Principiis. **[Boyd v. United States 116 U.S. 616 at 636 (1885).**

This Court have 72 hours to Vacate this proceeding with prejudice. **Return all Copies to** ɩ Sir philippe **in writing within 10 days.  Thank you for your service. Pursuant to Local rule 7.1 (D.),** ɩ Sir richard philippe **'Sui Juris' is respectfully requesting all oral argument on my demand for Acquittal to be dismiss because I believes that such argument will be of assistance of the court.**

Pursuant to 28 U.S.C section 1746, ɩ Sir richard philippe **'Sui Juris'  Declare under Penalty of Perjury that the Foregoing is Certified true, Correct (accurate) and Complete.  In the Name of GOD and our Lord and Savior Jesus Christ.       Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).**

In the words of Henry R. Gibson, 'The Equity completely disregards form, and looks at the substance and not intent.

By: *Sir richard Philip*            Seal

*Sir richard philippe 'Sui Juris'.*

Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: *RoP*

28 U.S.C. ss. 1746.            UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

## Affidavit of Notary Presentment

On ( 04/29/22 ) ( Sir Richard Philippe ) appeared before me with the following documents listed below, I the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.

**To:**  John. Joseph Moakley U.S. Courthouse.
One Courthouse way, Boston, MA 02210

**List of documents:** AFFIDAVIT OF DEMAND FOR ACQUITTAL.
VIOLATION OF FIFTH AMENDMENT DUE PROCESS.

Nicole Cepeda Gomez

**Notary Print Name**

**Notary Signature**

NICOLE CEPEDA GOMEZ
Notary Public
State of Rhode Island
My Commission Expires 09/29/2025

By: Sir Richard Philippe

Sir richard philippe 'Sui Juris'.
Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: R.P.
28 U.S.C. ss 1746.                UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

# district court of the united states
## in the district of massachusetts

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | Case No.19-CR-10328-FDS-1 |
| V. | ) | |
| | ) | |
| richard philippe | ) | |

### AFFIDAVIT OF DEMAND FOR ACQUITTAL
### VIOLATION OF FIFTH AMENDMENT DUE PROCESS

I am, who I am, Sir richard philippe 'Sui Juris'; presenting on the record for the record this Affidavit of demand for Acquittal.        The Fifth Amendment to the Constitution of the United States provides that" [n]o person shall be deprived of life, liberty, or property without due process of law." U.S. Const. amend. V. I Sir philippe (collateral) in the matter of the person RICHARD PHILIPPE access that my continued detention violates my Due Process Clause. **United States v. Gonzales Claudio, 806 F.2d 334 (2d Cir. 1986).** The Due Process limit on the duration of preventive detention requires assessment on a case-by-case basis, since due process does not necessarily set a bright line for length of pretrial confinement. **Abreu v. Barr, 2020 U.S. Dist. Lexis 139728** "freedom from imprisonment-from government custody, detention, or other forms of physical restraint-lies at the heart of the liberty that the clause protects. **Zadvydas v. Davis, 533 U.S. 678, 690, 121 S. Ct. 2491, 150 L. Ed. 2d 653 (2001).** "[G]overnment detention violates that clause unless the detention is order in a criminal proceeding with adequate procedural protections... which cannot be so by the federal corporation whose only allowed to regulate Commerce and not punish, and/or in certain special and narrow non-punitive circumstances ..., where special justification, such as harm-threatening mental illness, outweighs the individuals' constitutionally personal interest and avoiding physical restraint." Which is not the case Id. (emphasis in original) (citations omitted). Other than those unique, special, and narrow circumstances, ONLY A JURY, acting on proof beyond a reasonable doubt, may take a person's liberty, and in this case there's plenty reasonable doubt and proof that the federal corporation only has the power to regulate Commerce, must provide proof of jurisdiction with credentials for the record and not to punish. That promise stands as one of the constitutions most vital protections against arbitrary government. **United States v. Haymond, 139 S. Ct. 2369, 2373, 204 L. Ed. 2d 897 (2019).** Fifth Amendment protects against undue delays in presenting formal charge as well as delays between indictment and trial. **Mann v. United States, 304 F.2d 394, n.4 (D.C. Cir. 1962).** I Sir philippe (collateral) in the matter of the person RICHARD PHILIPPE has been subject to a prolonged pretrial detention, which has become excessive and consequently punitive, which has resulted in violation of my due process rights to the Fifth Amendment. **See United States v. Gonzales-Claudio, 806 F.2d 334, 340 (2d Cir.) (Quoting United States v. Salerno, 794 F.2d 64, 78-79 (2d Cir. 1986).** Especially due to the fact that: I Sir philippe (collateral) in the matter of the person RICHARD PHILIPPE has been punished from the lengthy pre-trial incarceration and false imprisonment without obtaining a trial, or conviction, which has well exceeded 28 months before trial.  The Sixth Amendment of the United States Constitution provides: I Sir philippe (collateral) in the matter of the person RICHARD PHILIPPE with the constitutional right to a speedy trial. "[I]n all criminal prosecutions, the

Certified true, accurate and complete: _____
28 U.S.C. ss 1746.                    UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

accused shall enjoy the right to a speedy and public trial." U.S. Const. Amend. VI. 'The Speedy Trial Clause serves the public interest by penalizing official abuse of the criminal process and discouraging official lawlessness." Dickey v. Florida, 398 U.S. 30, 43 (1970). The right to a speedy trial attaches when a defendant is "indicted, arrested or otherwise officially accused," whichever comes first. United States v. MacDonald, 456 U.S. 1, 6 (1982); Dillingham v. United States, 423 U.S. 64, 65 (1975). I *Sir philippe* (collateral) in the matter of the person RICHARD PHILIPPE was arrested on July 5th, 2019 at which point his Sixth Amendment rights attached.  It is well known, The United States Constitution protects our fundamental freedoms and liberties. One of the most important rights guaranteed by the Constitution is the Sixth Amendment right off the accused to a public and speedy trial. It protects against undue and oppressive incarceration prior to trial and allows the accused the ability to defend him/herself against the criminal charges before evidence becomes lost or destroys and witnesses' memories fade. But the Sixth Amendment protects much more than just the rights of the accused. It also protects the right of all of us. It gives each of us called for jury service a voice in our justice system. And holds the government accountable to the principles of the Constitution. Thomas Jefferson and the other Framers of the Constitution wisely recognized that without jury trials, power is abused and liberty gives way to tyranny. Furthermore, given the constitutional importance of jury trial to our democracy, a court cannot deny an accused his right to a jury trial unless conducting one would be impossible. This is true whether the United States is suffering through a national disaster, a terrorist attack, civil unrest, or the coronavirus pandemic that the country and the world are currently facing. Nowhere in the Constitution is there an exception for times of emergency or crisis. There are no exceptions. I *Sir philippe* (collateral) in the matter of the person RICHARD PHILIPPE has sadly been denied , by the UNITED STATES DISTRSCT COURT for the District of Massachusetts my Sixth Amendment right to a public and speedy trial on the criminal charges that were filed against I in this case. See United States v. Handa, 892 F.3d 95 (1st Cir. 2018).  In analyzing a speedy trial violation, the court must analyze the four factors set out by the Supreme court in barker v. Wingo, 407 U.S. 514, 530-32 (1972), including: (1) the length of delay; (2) the reason for the delay; (3) whether and when I asserted the right to a speedy trial; and (4 whether any actual prejudice resulted to I *Sir philippe* (collateral) in the matter of the person RICHARD PHILIPPE;  The Constitution does not succumb to considerations of safety, risk, and difficulty. Even if it is difficult to effectuate the Constitution's guarantees, courts must confront and overcome those difficulties, not surrender to them. United States v. Hennings, 2021 U.S. Dist. Lexis 12246. I *Sir philippe* (collateral) in the matter of the person RICHARD PHILIPPE was arrested on July 5th, 2019 and the indictment was issued approximately 2 months later on September 5th, 2019, and trial was set up approximately 28 months later. The federal corporation (Government) has not provided a clear reason or rationale to explain the delay in indicting: I *Sir philippe* (collateral) in the matter of the person RICHARD PHILIPPE nor has the federal corporation (Government) gave an explanation for the delay in providing; I *Sir philippe* (collateral) in the matter of the person RICHARD PHILIPPE with a prompt trial."  The federal corporation's (Government) conduct, however, indicates that the delay was a result of negligence and bad faith. Although the federal corporation's (Government) negligence may be weighed less heavily, it should nevertheless be considered when the ultimate responsibility for the delay rest within the federal corporation's (Government) and not

Certified true, accurate and complete:  *P. P.*
28 U.S.C. ss 1746.          UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

ı Sir philippe (collateral) in the matter of the person RICHARD PHILIPPE (See): United States v. Handa, 266 F. Supp. 3d 443 (1ˢᵗ Cir. 2017)."

In fact, ı Sir philippe (Collateral) in the matter of the person RICHARD PHILIPPE has asserted my speedy trial. The nature of the speedy trial right does make it impossible to pinpoint a precise time in the process when the right must be asserted or waived, but that fact does not argue for placing the burden of protecting the right solely on ı Sir philippe (Collateral) in the matter of the person RICHARD PHILIPPE. ı Sir philippe have no duty to bring myself to trial; the United State federal corporation (Government) has that duty as well as the duty of insuring that the trial is consistent with due process. My assertion of or failure to assert my right to a speedy trial is one of the factors to be considered in an inquiry into the deprivation of my right. Therefore, every speedy trial case must be considered on an "ad hoc" basis where factors such as length of delay, the reason for the delay, the assertion of my right, and prejudice to me should be considered in determining whether in particular that ı Sir philippe has been deprived of my rights. Prejudice against ı Sir Philippe **is** presumed when the length of the delay is excessive. **See Doggett v. United States, 505 U.S. 647, 652 n.1, 120 L. Ed 2d 520, 112 S. Ct. 2686 (1992).** Here ı Sir philippe asserts that my ability to mount a defense has been impaired. I Sir philippe has experienced, "lengthy pre-trial incarceration, family hardships, mounting anxiety, and most importantly my ability to have mounted a defense has been impaired." Moreover, ı Sir philippe has been falsely arrested, maliciously prosecuted, incarcerated, and still going on now approximately 35 months since July 5ᵗʰ 2019 which is substantially prejudicial and has violated my Sixth Amendment right to a speedy and fair trial, and to my Fifth Amendment Due Process rights. "An accused's right to a prompt inquiry into criminal charges is fundamental, and the duty of the charging authority is to prove a prompt trial. In ı Sir philippe case trial was set more than two years later which is a direct violation of my rights and due process." **See Strunk v. United States, 412 US 434"** Delay of around one year is considered presumptively prejudicial for purposes of the speedy trial under U.S. Const. amend. VI, and the presumption, that delay's prejudices against ı Sir philippe "intensifies over time." **United States v. Carpenter, 781 F.3d 599 (1st Cir. 2015).** ı Sir philippe respectfully request this (Court, Trust, and Judge) Dennis Saylor IV to dismiss all Counts with prejudice due to violation of my constitutional rights, and failure of the federal corporation's (Government) compliance with the Speedy Trial Act and rule 48(b).

**This Court have 72 hours to Vacate this proceeding with prejudice. Return all Copies to** ı Sir philippe **in writing within 10 days. Thank you for your service.**
**Pursuant to Local rule 7.1 (D.),** ı Sir richard philippe **'Sui Juris' is respectfully requesting all oral argument on my demand for Acquittal to be dismiss because I believes that such argument will be of assistance of the court.**

**Pursuant to 28 U.S.C. Section 1746** ı Sir richard philippe **'Sui Juris' Declare under penalty of perjury that the foregoing is true and correct, in the Name of God and our Lord and Savior Jesus Christ.                Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).**

**In the words of Henry Gibson, "The Equity completely disregards form, and looks at the Substance and Intent.**

Seal

By: *Sir richard philipp*
     *Sir richard philippe 'Sui Juris'.*
     Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: _____
28 U.S.C. ss 1746.          UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

## Affidavit of Notary Presentment

On ( *04/29/22* ) ( *Sir Richard Philippe* ) appeared before me with the

following documents listed below, I the below signed notary, personally verified that these documents were

placed in an envelope and sealed by me.

**To:**  John. Joseph Moakley U.S. Courthouse.
One Courthouse way, Boston, MA 02210

**List of documents:**   AFFIDAVIT OF DEMAND FOR ACQUITTAL.
VIOLATION OF SIX ADMENDMENT DUE PROCESS.

*Nicole cepeda Gomez*

**Notary Print Name**

*Nicole cepeda*

**Notary Signature**

**Notary Seal**

NICOLE CEPEDA GOMEZ
Notary Public
State of Rhode Island
I.D. #
My Commission Expires 09/29/2025

**By:** *Sir richard philippe*
Sir richard philippe 'Sui Juris'.
Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete: _____
28 U.S.C. ss 1746.          UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

# district court of the united states
# in the district of massachusetts

UNITED STATES                  )

                                )       Case No.19-CR-10328-FDS-1

V.                            )

                                )

richard philippe             )

### AFFIDAVIT OF DEMAND FOR ACQUITTAL
### VIOLATION OF SIXTH AMENDMENT DUE PROCESS

I Sir richard philippe 'Sui Juris' hereby files this motion to dismiss the indictment and/or Void the judgment  Case No. 19-CR-10328-FDS-1 of the person RICHARD PHILIPPE with prejudice because it violates the Sixth Amendment right to a speedy and trial. (Speedy Trial Act Violation 18 U.S.C. §§ 3161-3174, Violation of Fifth Amendment Due Process (Pre-indictment delay) and based on violation of Fed. R. Crim. P. Rule 48(b). Respectfully request that an evidentiary hearing be held on this motion and the issue set forth herein. United States v. Ganious, 635 F. Supp. 2d 80, 85 (D.C. Mass. 2009) (citing United States v. Lewis, 40F.3d 1325, 1332 (1stCir.1994). In support of this motion: I Sir philippe asserts the following facts and law.Fed.R.Crim.P.Rule48 (b). Fed. R. Crim. P. Rule 48(b) provides that: (T)he court may dismiss an indictment, information, or complaint if unnecessary delay occurs] in (1) Presenting a charge to the grand jury (2) Filing an information against a defendant; or (3) (Bringing a defendant to trial)." Here, I Sir philippe in the matter of the person RICHARD PHILIPPE has suffered prejudice, Malicious Prosecution, False Imprisonment, deformation of character, Loss Harm and Damage as a result of the delay in issuing the indictment, and providing the person RICHARD PHILIPPE with a prompt trial, the delay was a result of the Federal (Corporation, government)'s willful negligence and bad faith, and the Corporation could have reasonably avoided the delay. Most importantly, I Sir philippe has been falsely imprisoned in the matter of the person RICHARD PHILIPPE for 33 months, which I've been (warehouse) incarcerated for approximately 14 months from the 33 months and still being warehouse by custodians. I've rebuked and rebutted all presumptions many times through court filling and by involuntary special appearance verbally on the record for the record, and such delay and false imprisonment was not warranted by any valid law and/or reasonable justification. Additionally, prejudice has been established due to the fact that I Sir philippe (collateral for the Strawman) in the matter of the person RICHARD PHILIPPE has been subject to a lengthy pre-trial incarceration in violation of I in the matter of the person RICHARD PHILIPPE of the Fifth Amendment right to Due Process, for being punished without due process of law. The Court of Appeals for the First Circuit, however, has held that Rule 48 applies only to post-arrest delay. See, e.g., United States v. McCoy, 977 F.2d 706, 712 & n. 6 (1st Cir. 1992) ("Rule 48(b) is limited in application to post-arrest delay." (citing United States v. Marion, 404 U.S. 307, 319, 92 S. Ct. 455, 30 L. Ed. 2d 468 (1971)." Most importantly, I Sir philippe (collateral) in the matter of the person RICHARD PHILIPPE has sustained undue prejudice while being detained pending trial, due to the fact that I Sir philippe belongs to a population particularly susceptible to complications if infected with Covid-19 and has been infected by the virus and most likely will be infected by the virus again Delta variant, due to the poor conditions at the Donald Wyatt Detention Facility Center).

Certified true, accurate and complete: _____
28 U.S.C. ss 1746.               UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

ı *Sir philippe* (collateral) in the matter of the person RICHARD PHILIPPE  has also been subject to a lengthy pre-trial incarceration and false imprisonment for about 28-30 months which results in the presumption of prejudice. The district court has the ability to conduct trials safely and has recently and currently is/was doing so. ı *Sir philippe* (collateral) in the matter of the person RICHARD PHILIPPE should not have the burden to show prejudice due to the injury's that ı *sir philippe*  has sustained from this current matter." **Delay of around one year is considered presumptively prejudicial for purposes of the speedy trial under U.S. Const. amend. VI, and the presumption that delay prejudices the defendant "intensifies over time." United States v. Carpenter, 781 F.3d 599 (1st Cir. 2015)."** The due process clause of the United States Constitution might well be violated if the length of detention is substantial enough to constitute punishment without trial." **United States v. Salerno, 481 U.S. 739, 747 n.4, 95 L. Ed. 2d 697, 107 S. Ct. 2095 (1987).** Prolonged pretrial detention may become excessive and consequently punitive so as to violate the person's right to due process afforded by **U.S. Const. amend. V. United States v. Zannino, 798 F.2d 544, 547 (1st Cir. 1986)."** In this matter, the Federal Corporation, government cannot use the Coronavirus pandemic as an excuse for the delay of prosecution. Because during the Covid-19 Pandemic the government continued to charge people with crimes and seek detention pending trial during the Coronavirus pandemic, the Federal Corporation government was assembling grand juries during the pandemic meaning that it was not impossible to conduct a trial during the pandemic. **See United States v. Henning, 2021 U.S. Dist. Lexis 12246."** Additionally, ı *Sir philippe* 'Sui Juris' (collateral) in the matter of the person RICHARD PHILIPPE was incarcerated well before the pandemic was established, indicating that was deprived of his Sixth amendment right to a speedy trial. "The right to a prompt inquiry into criminal charges is fundamental and the duty of the charging authority is to provide a prompt trial." **Dickey v. Florida, 398 U.S. 30, 37-38, 90 S. Ct. 1564, 1569, 26 L. Ed. 2d 26 (1970).**  Due to the nature of the delay and prejudice to ı *Sir philippe* (collateral) in the matter for the person RICHARD PHILIPPE should be dismissed with prejudice. Prejudice to ı *Sir philippe* (collateral) in the matter of the person RICHARD PHILIPPE is inherent in any pre-trial delay. In addition, to the potential prejudice to ı *Sir philippe* (collateral) in the matter of the person RICHARD PHILIPPE of this case, ı *Sir philippe* (collateral) in the matter of the person RICHARD PHILIPPE Has suffered obvious prejudice, due to the 33 months of lengthy false imprisonment and pretrial incarceration, which has resulted in impairment to mount a defense, and unnecessary delay in bringing ı *Sir philippe* **(collateral)** in the matter of the person RICHARD PHILIPPE to trial. **See United States v. Black, 416 F. Supp. 59 (M.D. Fla 1976)."** Fed. R. Crim. P. Rule 48(b) provides a legal basis for dismissal of an indictment for unnecessary delay. **United States v. Hay, 187 F. Supp. 2d 653, 660 (N.D. Tex. 2002).** It is well accepted that any "purposeful or oppressive delay" on part of the government is unjustifiable and clearly unnecessary. **Dickey v. Florida, 398 U.S. 30, 51 (1970)."**  As such, the denial of a speedy trial may be found based on a "showing that the person RICHARD PHILIPPE's prosecution was delayed beyond the point at which a probability of prejudice arose and that ı *Sir philippe* (collateral) in the matter of the person RICHARD PHILIPPE was not responsible for the delay, and by alleging that the Federal Corporation government might reasonably have avoided it." Id at 56. "Prejudice against ı *Sir philippe* (collateral) in the matter of the person RICHARD PHILIPPE may be presumed where the delay is long and groundless." **United States v. Mann, 291 F. Supp. 268, 271 (S.D.N.Y. 1968).** Nor did ı *Sir philippe*  (collateral) in the matter of the person RICHARD PHILIPPE give consent or agree to any continuances regarding the exclusion of time pertaining to the ends of justice provisions.

Certified true, accurate and complete: _____
28 U.S.C. ss 1746.          UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

I 𝒮ir philippe (collateral) in the matter of the person RICHARD PHILIPPE has informed former attorneys on multiple occasions that I wish to object to any continuances and that I 𝒮ir philippe (collateral) in the matter of the person RICHARD PHILIPPE asserts my Sixth amendment right to a speedy trial." Therefore, due to the delay and the fact that I 𝒮ir philippe (collateral) in the matter of the person RICHARD PHILIPPE has been prejudiced by the Federal Corporation government's negligence and bad faith, this matter should be dismissed with prejudice." **United States v. Brown, 550 F.2d 241, 242 (1ˢᵗ Cir. 1985).** It seems only proper that when an order of dismissal based on finding of unnecessary, unjustified, and prejudicial delay, the considered judgment of court is not to be circumvented by re-indictment of the person RICHARD PHILIPPE, and the case must be dismissed with prejudice. **SPEEDY TRIAL ACT VIOLATION 18 U.S.C. §§. 31613174:** The case against the person RICHARD PHILIPPE which I 𝒮ir philippe (collateral) in the matter of the person RICHARD PHILIPPE should be dismissed with prejudice because the Federal Corporation, government failed to bring the initial indictment within the statutory time limit set out in **18 U.S.C. § 3161(b)** and thereby violated the Speedy Trial Act. The indictment was filed against the person RICHARD PHILIPPE on September 5, 2019, approximately two months after falsely imprison me on (July 5, 2019), far exceeding the thirty-day time limit set out in the **Speedy Trial Act, 18 U.S.C. § 3161(b). A violation of the Speedy Trial Act Thirty-day deadline requires the mandatory dismissal of the charges. 18 U.S.C. 3162 § (a)(1). See United States v. Watkins, 339 F.3d 167 (3ʳᵈ Cir. 2003).** I 𝒮ir philippe (collateral) in the matter of the person RICHARD PHILIPPE also contends that I was not brought to trial in the matter for the person RICHARD PHILIPPE within the 70-day requirement statutory time limit set out in 18 U.S.C. § 3161(c). **See United States v. Ramirez, 973 F.2d 36 (1ˢᵗ Cir. 1992) (eleven-day delay resulting from administrative and prosecutorial inadvertence warrant dismissal of indictments with prejudice).** Under the Speedy Trial Act: A federal arrestee must be charged by a federal indictment or information within 30 days of arrest. **18 U.S.C. § 3161(b). See United States v. Asfour, 717 Fed. Appx. 822 (10ᵗʰ Cir. 2017).** The thirty day requirement of **18 U.S.C. §§ 3161(b)** applies to an indictment issued in connection with the offense for which I 𝒮ir philippe (collateral) in the matter of the person RICHARD PHILIPPE was arrested. **United States v. Contreras-Macedas, 437 F. Supp. 2d 69 (D.D.C. 2006).** I 𝒮ir philippe (collateral) in the matter of the person RICHARD PHILIPPE was held by agents from the federal corporation, government solely to answer to so called federal corporation, government charges because **(1)** the federal corporation, government claims that the initial detention was criminal in nature and federal corporation, government charges were filed deriving from the arrest that occurred on July 5, 2019, **(2)** the Commonwealth decided to nolle prosequi the matter as soon as the National government filed an indictment to make sure there was probable cause to prosecute the matter, and most importantly the thirty day indictment requirement of the Speedy Trial Act applies to this matter at hand. The arrest was clearly in connection with the so called charges contained within the later indictment. **Cf. United States v. Orbino, 981 F.2d 1035, 1036 (9ᵗʰ Cir. 1992)** (In addition to the requirement that the detention be pursuant to a criminal arrest for the provisions of the Act to apply, the arrest must also have been "in connection with" the so called charges contained within the later indictment). I 𝒮ir philippe (collateral) in the matter of the person RICHARD PHILIPPE's initial detention that occurred on July 5, 2019 was wholly related to the so called criminal charges contained in the so called criminal complaint / indictment, the federal (corporation, government)'s

intentions was to have ı _Sir philippe_ 'Sui Juris' (collateral) in the matter of the person RICHARD PHILIPPE held in federal corporation, government's custody while they prepared and accumulated additional assumed and presumed evidence to so called prosecute; ı _Sir philippe_ (collateral) in the matter of the person RICHARD PHILIPPE in Admiralty/Maritime, and/or Military tribunal Court and/or federal corporation government  public court, "(Not a Court of Record, Not a Civil, Common Law, nor cannon Court)."  Congress enacted the Speedy Trial Act in 1974 in order to make effective the Sixth Amendment's guarantee of a speedy trial. **Pub. L. No. 93-619; See United States v. Furlow, 644 F. 2d at 768-69 (describing the Speedy Trial Act as the Sixth Amendment's "implementation").** The Act requires that a defendant's trial begin within 70 days of the filing of the indictment or the defendant's initial court appearance, whichever is later. **18 U.S.C. 3161(c)(1).** ı _Sir philippe_ (collateral) in the matter of the person RICHARD PHILIPPE was not provided with a trial date within the statutory time limit. The prohibition in our criminal justice system against unnecessary delay is designed (1) to protect against "undue and oppressive incarceration prior to trial", (2) to "minimize anxiety and concern accompanying public accusation," and (3) to protect the "ability of an accused to defend himself. " Smith v. Hooey, 393 U.S. 374, 378 (1969)." Congress intended the "ends of justice" provision to be 'rarely used." **United States v. Nance, 666 F.2d 353, 355 (9ᵗʰ Cir. 1982) (quoting the Act's legislative history).** For the purpose of Speedy trial Act, what is more, an ends of justice exclusion must be justified with reference to specific factual circumstances in the particular cases as of the time the delay is ordered. The "ends of justice" exclusion is to be based on specific underlying factual circumstances and cannot be involved without specific findings in the record. **See United States v. Olsen, 2020 U.S. Dist. LEXIS 193045."** Here, the government may not use the Coronavirus pandemic as an excuse to justify the unreasonable delay, which resulted in noncompliance with the STA procedures especially due to the fact that ı _Sir philippe_ was arrested and prosecuted prior to the Corona-virus pandemic. There is no question that the current pandemic is serious, and with little precedent. But the current circumstances, it is simply not a physical or logistical impossibility to conduct a jury trial." ı _Sir philippe_ (collateral) in the matter of the person RICHARD PHILIPPE can and will prove that my right to a speedy trial is/was damaged in the same way regardless of whether the government's delay is negligent or intentional. **See Dickey v. Florida, 398 U.S. 30, 51-52 (1970) (Harlan, J., concurring)."** Accordingly, 'where the government has negligently delayed bringing an indictment and such delay has operated to prejudice against ı _Sir philippe_ in order to obstruct my ability to defend myself, delay is 'unnecessary'." **United States v. Hern, 331 F. Supp. 472, 474 (E.D. Pa. 1971).** Even if a delay results from a good-faith miscalculation, the negligence militates in favor of dismissal with prejudice. **United States v. Hernandez, 676 F. Supp. 63, 64 (D. Vt. 1988)."** The First Circuit Court of Appeals in United States v. Barnes, **159 F.3d 4 (1ˢᵗ Cir. 1998)** has held that: The court vacated and reversed the judgment of the district court finding that the unaccounted for continuance by the courts invocation of the "Ends of Justice" exception was not appropriate, that the appellant's waiver of the Speedy trial act had been violated for numerous reasons. Because fault could not be placed with any one party, therefore, the indictment was dismissed." Importantly, when an indictment is brought more than 30 days after the initial complaint and reflects the crime charged in that complaint, it must be dismissed as untimely under the Speedy Trial Act. **United States v. Martinez, 268 F. Supp. 2d 70, 72 (D. Mass. 2003).** "Where the government indicts a defendant for the same conduct for which it had arrested him more than thirty days previously, the charge must be dismissed." **United States v. Bilotta, 645 F. Supp. 369, 371 (E.D.N.Y.198 1986).**     Here, the indictment contains the same charges sought in the Criminal Complaint, and the government could have, with diligence, brought the charges contained in the indictment within the statutory time frame set out in **18 U.S.C. § 3161(b).**" ı _Sir philippe_ (collateral) in the matter of the person RICHARD PHILIPPE was

Certified true, accurate and complete: _____

28 U.S.C. ss 1746.          UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

arrested for the charges  alleged in the indictment on July 5ᵗʰ, 2019, and  was indicted more than 2 to 3 months after the Criminal Complaint was issued on September 5ᵗʰ, 2019." Accordingly, the charges brought *against I Sir philipe* in this case in the indictment was clearly untimely and must be dismissed with prejudice under the Speedy trial Act. **United States v. Peppin, 365 F. Supp. 2d 261 (N.D.N.Y. 2005).** Furthermore, the defendant has yet to receive a trial date further supporting his argument for violation of the Speedy trial Act. "The Speedy Trial Act, **18 U.S.C. § 3161**, controls the conduct of the parties and the court itself during criminal pretrial proceedings. Not only must the court police itself. The act is much aimed at the delay caused by judicial congestion and mismanagement as it is aimed at the deliberate stalling of counsel." **United States v. Pringle, 751F.2d 419 (1ˢᵗ Cir. 1984).**

. **This Court have 72 hours to Vacate this proceeding with prejudice.  Return all Copies to** I *Sir philippe* **in writing within 10 days.  Thank you for your service.**

**Pursuant to Local rule 7.1 (D.),** I *Sir richard philippe* **'Sui Juris'** is respectfully requesting all oral argument on my demand for Acquittal to be dismiss because I  believes that such argument will be of assistance of the  court.

**Pursuant to 28 U.S.C. Section 1746** I *Sir richard philippe* **'Sui Juris'** Declare under penalty of perjury that the foregoing is true and correct**, in the Name of GOD and  our Lord and Savior Jesus Christ.**                    **Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).**

**In the words of Henry R. Gibson, 'The Equity completely disregards form, and looks at the substance and not intent.**

By: *Sir richard Philippe*

*Sir richard philippe* 'Sui Juris'

Without prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete:

28 U.S.C. ss 1746.                    UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

## Affidavit of Notary Presentment

On ( 04/29/22 ) ( _Sir Richard Philippe_ ) appeared before me with the following documents listed below, I the below signed notary, personally verified that these documents were placed in an envelope and sealed by me.

**To:** John. Joseph Moakley U.S. Courthouse.
One Courthouse way, Boston, MA 02210

**List of documents:** WRIT OF HABEAS CORPUS.

_Nicole Cepeda Gomez_
**Notary Print Name**

**Notary Signature**

Notary Seal
NICOLE CEPEDA GOMEZ
Notary Public
State of Rhode Island
I.D. #
My Commission Expires 09/29/2025

By: _Sir richard philippe_

Seal

Sir richard philippe 'Sui Juris'
Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

Certified true, accurate and complete— _R.P_
28 U.S.C. ss. 1746.                    UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

district court of the united states

in the district of massachusets

| | | |
|---|---|---|
| UNITED STATES | ) | |
| V. | ) | Case No. 19-CR-10328-FDS-1 |
| richard philippe | ) | |

## WRIT OF HABEAS CORPUS

The intention of this intellectual property, Will and Words of I Sir richard philippe 'Sui Juris', is for the unconditional and immediate release and/or discharge from unlawful and illegal detainment and confinement due to ultra vires acts by the former UNITED STATES, United States, UNITED STATES OF AMERICA, United States of America, (US, U.S, USA, U.S.A.), an instrumentality of the UNITED STATES OF AMERICA, defendant. Having Operated outside of, and in absolute violation of, each real-man's Oath or Affirmation aka acceptance and, Acknowledgement of employment and the explicit terms thereof, and the Original Contracts aka the Declaration of independence, see (1776), the Constitution for the United states of America, see (1819), constitute at minimum ultra vires acts, thereby voiding the original Contracts and their employment. The defendants have forfeited, by an operation of Law, the rights and privileges of any and all purported sovereignty, authorities, jurisdiction, venues, procedures and Law forms to exist and be utilized, in force, effecting and affecting I Sir philippe at any place and/or any time, without limitation. The violation, include but are not limited to, the following, to WIT; Operating and/or conducting business by, under and/or pursuant to any nature, shape, cause, kind, form and format of corporate, commercial, military, political, ecclesiastical and other capacities, characters, conditions, status, standings not explicitly authorized by the Original Contracts; Altering and/or changing jurisdictions, venues, Law forms, authorities, procedures, Law forms not explicitly authorized by the Original contracts; Non-compliance to/with Article III section II of the Constitution for the United states of America, see (1819). Which explicitly states and commands the delegation of Original Jurisdiction of all cases in which a state is a party to the Supreme Court of the United States of America; Non –compliance to/with the constitution for the United States of America, see (1819). Article VI which explicitly states and commands that the constitution for the United of America see (1819), and the Law in pursuance thereof, shall be the "Supreme Law of the Land", and that all state Judges shall be bound thereby, And that all executive and judicial officers will be bound by Oath or Affirmation to support the same; Misapplication of Original Contracts non-compliant and inapplicable "case law" to which I have/had no standing and was not a party to; Non-production of first-hand fact evidence of Original Contracts compliant Jurisdiction(s), venue(s) and Law form(s); Non-production of first-hand fact evidence of my knowing, willing, intentional and intelligent act(s) of putting upon the defendants at any place and any time; Non-production of first hand fact evidence of any and all alleged issue(s) being knowingly, willingly, intelligently and intentionally joined in any and all alleged matters pertaining to mine and/or myself ; Non-production of first hand fact evidence properly identifying the real party in interest.

## REMEDY AND RELIEF

I Sir richard philippe 'Sui Juris' have made several public notices as a Flesh Blood, Living Man, Spirit and Soul to many registrar's, state offices, and many other…. Government departments and have Demanded and still Demanding and Requiring any order, judgement, decree, writ and/or tangible medium necessary to effectuate the release and/or discharge of I Sir philippe's physical, spirit(s) and/or soul being(s) and representation(s) from illegal and unlawful warehousing, control, custody and/or confinement of any nature, shape, cause, kind, form and format, without further hinder and/or delay; Further, Demanded and Required is any order, Judgment, decree, writ and/or tangible medium necessary to effectuate the removal, voiding, extinguishing and/or canceling of any and all unlawful actual, assumed and/or presumed character(s), condition(s), capacity(ies), status, standing(s) and/or agreement(s), contract(s), lien(s), liability(ies), claim(s), et cetera, that permit the illegal and unlawful enslavement, detainment, custody and/or Confinement of I Sir philippe in any and all nature, shape, cause, kind, form and format and/or the illegal and unlawful conversion(s), transfer(s) and/or utilization(s) of any and all of my assets Creation-Wide; Further Demanded and Required is any order, Judgment, decree, writ and/or tangible medium necessary to Declare and publish that I Sir philippe is not an acceptor, accommodating party, guarantor, surety, debtor, trustee and/or any other term of art describing, demonstrating and/or utilized to mean the same, to And/or for anything and/or any real-man Creation-Wide; Furthermore, Demanded and Required is any order, Judgment

Certified true, accurate and complete  rp

decree, writ and/or tangible medium necessary to carry out the full intent of this document and other Will and Words of ɪ Sir philippe and any and all other equitable, lawful, legal, Talmudic, Babylonian, political, social, civil, commercial, statutory, administrative ecclesiastical, personal private, public, qua-public, military, corporate, international, universal, quantum, spiritual, beneficial, pecuniary, managerial, regulatory and other remedy, relief audit, accounting, reconciliation, discharging, payment, settlement, closure, dissolving, transfer and forgiveness, and the upholding of plenary truth, plenary justice, the Laws of the Creator of all that always was, is and shall be, the Laws of Creation.

ɪ Sir philippe reserve the right to amend, enhance and/or delete from this document and tangible medium at any time, by explicit reservation. Any omission is not a waiver thereof. A copy, facsimile and digital scan are lawfully declared to be, and has the same force, affect and effect as, the Original.

ɪ Sir philippe reserve the right to define all words and letter combinations contained herein; and further reserve the right to interpret and construct the intent thereof, with plenary finality, by explicit reservation.

ɪ Sir philippe do hereby knowingly, willingly, intelligently and intentionally declare and affirm that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the truth, to the best of my knowledge and ability, so help me Creator.

ɪ Sir philippe under full liability and complete transparency, do hereby knowingly, willingly, intelligently and intentionally Affirm, Declare, Proclaim and Publish that this document and tangible medium is hereby absolutely and duly affirmed, authorized, declared, stated, made, issued, certified, confirmed, ratified, verified, executed, noticed, re-affirmed, re-authorized, re-declared, re-stated, re-issued, re-certified, re-confirmed, re-ratified, re-verified and re-noticed, absolutely and duly perfected, protected and secured in their entirety for all of Creation to rely upon, without limitation, in perpetuity, without recourse, without prejudice, under the penalties of false witness, to the best of my knowledge and ability, governed by, and under, the Laws of the Creator of all that always was, is and shall be, under the Laws of Creation. Hereunto ɪ Sir philippe have set my Hand and knowingly, willingly, intelligently, and intentionally caused my autograph to become affixed hereto. Executed in the Creation, by, under and pursuant to the Laws of the Creator of all that always was, is and shall be and the Laws of the Creation On the ___29___ day of ___April___ in the Year of my Lord Jesus Christ two thousand twenty two ɪ Sir philippe Heir of the Creator of all that always was, is and shall be, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest, Grantor, Bailor Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and immunities are hereby claimed, reserved and exercised without limitation, without prejudice, without recourse.

This Court have 72 hours to vacate this proceeding with prejudice.

Return all Copies to ɪ Sir philippe in writing within 10 days. Thank you for your service.

Pursuant to Local rule 7.1 (D.), ɪ Sir richard philippe 'Sui Juris' is respectfully requesting all oral argument on my Affidavit for remedy and relief to be dismiss because I believes that such argument will be of assistance of the court

Pursuant to 28 U.S.C. Section 1746, ɪ Sir richard philippe 'Sui Juris' Declare under the Penalty of Perjury that the Foregoing is Certified True, Correct, (accurate) and Complete. In the Name of GOD and our Lord and Savior Jesus Christ.    Without Prejudice UCC-1-308, UCC-1-207, UCC-3-402(b)(1).

In the words of Henry Gibson, "The Equity completely disregards form, and looks at the Substance and Intent."

By: Sir richard philippe

Sir richard philippe 'Sui Juris'

Without prejudice UCC-1-308, UCC-1-207, UCC-3-40 (1).

Certified true, accurate and complete___rp___

28 U.S.C. ss. 1746.    UCC-1-308, UCC-1-207, UCC-3-402(b)(1).